Gregory B. Collins (#023158)
Jenessa G. B. Coccaro (#027090)
KERCSMAR & FELTUS PLLC
6263 North Scottsdale Road, Suite 320
Scottsdale, Arizona 85250
Telephone: (480) 421-1001
Facsimile: (480) 421-1002
gbc@kflawaz.com
jbc@kflawaz.com

Attorneys for Plaintiffs Ron Kramer, Sal Abraham, and ThermoLife International LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ron Kramer, an Arizona resident; Sal Abraham, a Florida resident; ThermoLife International LLC, an Arizona limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>Creative Compounds LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 2:11-cv-1965-PHX-JAT (Lead)<br>2:11-cv-2033-PHX-JAT (Cons)<br><br>**PLAINTIFFS' NOTICE OF DEATH OF COUNSEL FOR CREATIVE COMPOUNDS AND REQUEST FOR 60 DAY CONTINUANCE OF DEADLINES** |
| Creative Compounds LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Ron Kramer, an Arizona resident; and Sal Abraham, a Florida resident,<br><br>Defendants. | |

Plaintiffs in Lead Case No. 11-1965-PHX-JAT, Ron Kramer ("Kramer"), Sal Abraham ("Abraham") and ThermoLife International LLC ("ThermoLife") and defendants Kramer and Abraham in Consolidated Case No. 11-2033-PHX-JAT, provide notice to the Court that the attorney for Creative Compounds LLC ("Creative

1

Compounds"), Mathew Rosenberg, has passed away.[1] Although counsel that has not made an appearance in this case, Creative Compounds has requested a continuance of all deadlines in this matter in order to obtain substitute counsel. ThermoLife agrees that an extension of deadlines in this matter is appropriate, given the death of Mr. Rosenberg. For this reason, ThermoLife requests that the Court continue all deadlines for 60 days and reset the scheduling conference, which is currently set for Monday, December 12, 2011 at 12:15 P.M.

## I.   BRIEF BACKGROUND

On September 23, 2011, Creative Compounds filed suit against Kramer and Abraham in Federal District Court for the Eastern District of Missouri. Kramer and Abraham are the inventors listed on U.S. Patent No. 7,919,533 ("the '533 Patent"). Creative Compounds' lawsuit sought a declaratory judgment that the '533 Patent was not infringed by Creative Compounds or, alternatively, that the '533 Patent was invalid. Hereinafter, this action is referred to as the "Declaratory Judgment Action."

On October 7, 2011 Kramer, Abraham, and ThermoLife brought this suit against Creative Compounds for infringement of the '533 Patent and false advertising. On October 11, 2011, Creative Compounds, through its counsel Mathew Rosenberg, contacted counsel for ThermoLife. Through counsel, Creative Compounds consented to transfer the Missouri action to this Court and the parties later consented to consolidate the transferred Declaratory Judgment Action into this case.

Creative Compounds filed its answer in this action on October 28, 2011. Kramer and Abraham answered the Declaratory Judgment Action on November 3, 2011.

On October 27, 2011, Creative Compounds' counsel contacted counsel for ThermoLife and sought to schedule a Rule 16 conference. The parties agreed to hold a telephonic conference on November 3, 2011. Creative Compounds counsel could not be reached for the November 3, 2011 conference.

---

[1] ThermoLife was informed that Mr. Rosenberg passed away through multiple phone calls, including a phone call from Mr. Rosenberg's sister.

On November 9, 2011, the Court entered its Order Setting Rule 16 Conference. Per the Court's Order, the last day to hold the Rule 16 conference was November 21, 2011. On November 21, 2011, counsel for ThermoLife received phone call from an attorney at Jaburg Wilk, Adam Kunz. Mr. Kunz informed undersigned counsel that Mr. Rosenberg had passed away. Mr. Kunz requested that the ThermoLife agree to stay this matter for a period of 120 days while Creative Compounds obtained new counsel. Because this matter is in its infancy, without discovery having commenced, ThermoLife indicated that it could not agree to such a lengthy stay of discovery, but ThermoLife would agree to a 60 day continuance of all deadlines.[2]

## II.  RELIEF REQUESTED

At the request of Creative Compounds, ThermoLife agrees that a continuance of all deadlines in this matter is appropriate. Although ThermoLife is ready and able to proceed, as a practical matter and out of respect for the tragic loss of Creative Compounds' counsel, ThermoLife believes that a continuance of all deadlines, for 60 days, is appropriate.

DATED this 30th day of November, 2011.

KERCSMAR & FELTUS PLLC

By *s/ Gregory B. Collins*
Gregory B. Collins
Jenessa G. B. Coccaro
6263 North Scottsdale Road, Suite 320
Scottsdale, Arizona 85250
*Attorneys for Plaintiffs Ron Kramer, Sal Abraham, and ThermoLife International LLC*

---

[2] ThermoLife's agreement to a 60 day stay was expressly conditioned on an acknowledgement from Creative Compounds that it is no longer practicing the invention embodied in the '533 Patent. In discussions regarding the length of any continuance here, Mr. Kunz confirmed that Creative Compounds has discontinued practicing the invention embodied in the '533 Patent.

**CERTIFICATE OF SERVICE**

I certify that on November 30, 2011, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing.

I also certify that on November 30, 2011, I served copies, via first class mail and electronic mail, upon the following:

Adam Kunz
**Jaburg Wilk**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012

 *s/ Gregory B. Collins*