# THOMPSON COBURN LLP

One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
FAX 314-552-7000
www.thompsoncoburn.com



```
___ FILED        ___ LODGED
___ RECEIVED     ___ COPY

        DEC 1 6 2011

    CLERK U S DISTRICT COURT
       DISTRICT OF ARIZONA
BY_____ DEPUTY
```

November 29, 2011

Sharon B. Rosenberg
314-552-6173
FAX 314-552-7173
srosenberg@
thompsoncoburn.com

Clerk, United States District Court
District of Arizona
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85003-2118

Re:   *Ron Kramer v. Creative Compounds, LLC* / Case No. 2:11-cv-01965-JAT

      *Creative Compounds, LLC v. Ron Kramer* / Case No. 2:11-cv-02033-JAT

Dear Clerk

Pursuant to the request made in the voice message I received today from your office, please accept this letter as notification that Matthew A. Rosenberg, counsel of record for Creative Compounds, LLC in the two matters referenced above, is deceased as of October 31, 2011. Mr. Rosenberg was a sole practitioner. The undersigned has been appointed trustee of the Law Offices of Matthew A. Rosenberg, LLC, but does not represent Creative Compounds, LLC, as legal counsel in the above-referenced cases or otherwise.

Very truly yours,

Thompson Coburn LLP

By
   Sharon B. Rosenberg

SBR/ssg

cc: Gregory Blain Collins
    Jenessa G.B. Coccaro
    Adam S. Kunz

**Chicago**      **St. Louis**      **Southern Illinois**      **Washington, D.C.**