Exhibit A

**Litigation SERVICES**
Discovery + Depositions + Decisions

**CERTIFIED COPY**

Las Vegas

Reno

Carson City

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

RON KRAMER, an Arizona )
resident; SAL ABRAHAM, a)
Florida resident; )
THERMOLIFE INTERNATIONAL)
LLC, an Arizona limited )
liability company, )
)
      Plaintiffs, )
)
          vs. )Case No.
)2:11-cv-01965-PHX-JAT (Lead)
)2:11-cv-02033-PHX-JAT (Cons)
CREATIVE COMPOUNDS LLC, )
a Nevada limited )
liability company, )
)
      Defendant. )
_____)
)
CREATIVE COMPOUNDS LLC )
a Nevada limited )
liability company, )
)
      Plaintiff, )
)
          vs. )
)
RON KRAMER, an Arizona )
resident; and SAL )
ABRAHAM, a Florida )
resident, )
)
      Defendants. )

DEPOSITION OF DEREK CORNELIUS
CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
TAKEN ON BEHALF OF THE PLAINTIFFS
FEBRUARY 7, 2013
(Starting time of the deposition: 10:20 a.m.)

REPORTED BY: JOANNA CHARLTON, RPR, CCR(MO), CSR(IL)
JOB NO. 174594-C

1        A.  Okay.

2        Q.  **First, what's your role with Creative**

3  **Compounds?**

4        A.  The vast majority of what I do -- I act as

5  a consultant.  Paid as a consultant.  The vast

6  majority of what I do is R and D work.  Mainly

7  looking for new compounds, looking for ways,

8  technologies to improve existing -- you know,

9  Creative Compounds sells raw materials in bulk to

10  companies that then package them to re -- for final

11  retail product.  So for that company I look for

12  either new compounds or look for ways to improve

13  existing compounds, make it pure, better, something

14  to make it stand out compared to a competitor's.

15        Q.  **Okay.  In your role with Creative**

16  **Compounds, do you have knowledge regarding Creative**

17  **Compounds' use of diiodothyroacetic acid in dietary**

18  **supplements?**

19        A.  Yes.  I would expect Creative Compounds has

20  never bought or done anything with -- I mean, they

21  were going to, but, I mean, I'm familiar with

22  anything that Creative Compounds would've done with

23  it.

24        Q.  **Okay.  Diiodothyroacetic acid you say that**

25  **-- you can probably say that better than I can.**

1        A.  Yes.  Diiodothyroacetic acid, you can call

2  it DIAC, if you want, for short.

3        Q.  Let's call it DIAC today, and when we're

4  talking about DIAC, I'm referring to this compound.

5        A.  Correct.

6        Q.  To the extent we're referring to a specific

7  variation of DIAC, we'll go through those variations.

8  Okay?

9        A.  Okay.

10       Q.  Are you familiar with Creative Compounds'

11  knowledge of U.S. Patent Number 7,919,533 B2?

12       A.  Say one more time.

13       Q.  7,9 -- 7,919,533 B2.

14       A.  Which one is that?

15       Q.  It's the patent that's at issue in this

16  lawsuit.

17       A.  The ThermoLife patent, yes, I'm familiar a

18  little bit with it, at least.

19       Q.  Okay.  The patent that Sal Abraham and Ron

20  Kramer are listed inventors of.

21       A.  Right.

22       Q.  Okay.  Are you familiar with Creative's

23  research and development of products or raw materials

24  that involve or relate to DIAC?

25       A.  Yes.

DEREK CORNELIUS - 2/7/2013

Page 14

1        Q.   Is there anyone else at Creative Compounds

2   that has knowledge regarding Creative Compounds'

3   communication with Francisco Tabak and Tolbiac,

4   S.R.L.?

5        A.   No.   The only other person I could think of

6   would be Corey.

7        Q.   Okay.   Mr. Cornelius, did you prepare for

8   your deposition today?

9        A.   I mean, as much as I felt necessary.   I

10  didn't do a lot of research or anything, but, I mean,

11  I feel like I'm prepared to answer the questions.

12       Q.   Did you meet with your lawyer before the

13  deposition?

14       A.   Yes.

15       Q.   When was the last time you met with your

16  lawyer?

17       A.   Yesterday.

18       Q.   You met your lawyer regarding this lawsuit?

19       A.   Yes.

20       Q.   Mr. Cornelius, do you have a college

21  education?

22       A.   Yes, I do.

23       Q.   Do you hold a Master's Degree?

24       A.   No, I do not.

25       Q.   Okay.   Where did -- did you graduate from

1    college?

2         A.  Yes.

3         Q.  Where did you graduate?

4         A.  Loyola University in Baltimore, Maryland.

5         Q.  And what year was that?

6         A.  '92.

7         Q.  And what is your degree in?

8         A.  Biology.

9         Q.  Do you have a minor?

10        A.  No, I do not.

11        Q.  Okay.  Any specific category of biology'

12        A.  Not a specific, I mean, category.  I took

13   biochemistry, physiology, I mean, pretty much.

14        Q.  No.  But your degree doesn't list an

15   emphasis?

16        A.  No.

17        Q.  Okay.  Since attending Loyola and earning a

18   degree in biology in 1992, have you attended any

19   other college classes?

20        A.  I was in the military, so I did some

21   military stuff, but no, not related to the science

22   degree.

23        Q.  Okay.  Have you ever attended any seminars

24   related to biology or your work at Creative

25   Compounds?

Page 18

1    like, most companies have a hundred.  They have,

2    like, 4 or 500 in them, a lot of generals and colonel

3    and stuff like that, so, you know, just pretty much

4    what I did.

5         Q.  You had a degree in biology.  Were you able

6    to use that degree while working for the Army?

7         A.  Not to a great extent, maybe a little bit

8    when I went through, like, the NBC, the nuclear,

9    biological, chemical course.  Beyond that, I didn't

10   do anything in the medical field or anything.

11        Q.  Okay.  The NBC is what you called it?

12        A.  NBC, yeah, nuclear, biological, chemical.

13        Q.  What did you do in that course?

14        A.  Basically the basics of a nuclear attack,

15   biological, chemical what do you do, what different

16   types there are, that type of thing.

17        Q.  Okay.  How to be prepared for one and what

18   to do in the event of one?

19        A.  Right.

20        Q.  After leaving the Army in 1996, what was

21   your next employment?

22        A.  I actually came out here to Cape Girardeau.

23   Was recruited by a company called Lee Rowan, L-E-E --

24   R-O-W-A-N, and I was a supervisor of -- it was a

25   powder coating.  It's kind of like an epoxy paint.

```
 1      Goes on like as a powder.  Gets kilned up and it
 2      melts.  I don't know.  There's like 80 people
 3      underneath of me.
 4           Q.  And what was your role with that company?
 5      You were a supervisor?
 6           A.  Yes.
 7           Q.  Okay.  Did you use your biology degree at
 8      all in that role?
 9           A.  Not on the biological side, but, you know,
10      as a biology grad, I had a lot of chemistry two, so I
11      think there was some opportunity there to do some,
12      you know, to improve processes and stuff like that,
13      so it was you attempting to use those things there.
14      But I only worked there three months, so I didn't
15      have a lot of opportunity.
16           Q.  Okay.  What was your next position?
17           A.  Then I actually started my own company,
18      which is Trigonal Industries.  That was pet litter,
19      selling wood pellet fuel.
20           Q.  Could you say the name of that company
21      again?
22           A.  Yeah, Trigonal Industries, T-R-I-G-O-N-A-L.
23           Q.  That company sold pet litter?
24           A.  Yes.
25           Q.  Like cat litter?
```

1        A.   Yeah.   It was multi pet litter.   It was

2    piggybacked off the wood pellet fuel industry.   They

3    make these wood pellets, look like rabbit food, and

4    it makes a really good litter, so that actually used

5    my biology degree.

6        Q.   Okay.   How did you use your biology degree

7    there?

8        A.   Actually being able to come up with the

9    concept.   Wood is bacteriostatic, so it doesn't kill

10   bacteria but prevents -- as a compound it prevents

11   the bacteria from growing, and one of the things with

12   cat litter that you have a problem with is with clay

13   litter that doesn't have that property you get an

14   ammonia smell after a while because it breaks down --

15   the bacteria breaks down the nitrogenous compounds

16   into ammonia.   With the wood that doesn't happen or

17   at least to a lot less extent, so you don't get the

18   odor that you get.   Actually you get kind a wood --

19   kind of a fresh wood odor, so?

20       Q.   You said you started that company?

21       A.   Yes.

22       Q.   Okay.   Were you the sole owner of that

23   company?

24       A.   Yes, I was.

25       Q.   Do you still own that company?

1          A.  Yes.

2          Q.  Is that company still doing business?

3          A.  A little.

4          Q.  Okay.  Did that company sell more than one

5     product?

6          A.  No.  It only sold the one, which was called

7     Pellet Mania.

8          Q.  Is that product still sold?

9          A.  Like I said, a little.

10         Q.  Okay.  You still have any role with that

11     company?

12         A.  I mean, I guess I'm technically the

13     president, but it doesn't really do that much now,

14     so.

15         Q.  Okay.  What was your next employment?  I

16     mean, you're still employed by Trigonal?

17         A.  Correct.

18         Q.  Okay.  You left Lee Rowan?

19         A.  Lee Rowan.

20         Q.  Lee Rowan.  You started this company.  You

21     don't -- did you work full time for that company?

22         A.  Yes, I did.

23         Q.  Okay.  How long did you work full time for

24     that company?

25         A.  Roughly a year.

1    Q.   What was your next employment?

2         A.   Then I started a company with another

3    gentleman called Mass Quantities.  It was an online

4    -- sold dietary supplements in bulk.  I won't say in

5    huge bulk, but, you know, if the retail shelf had a

6    hundred grams or whatever, you may sell a kilo at a

7    time.  So it was very, very, very aggressive pricing

8    for larger quantities of supplements, and it was an

9    online store.

10        Q.   Okay.  That was called Mass Quantities?

11        A.   Yes.

12        Q.   Okay.  Do you have a business partner in

13   that?

14        A.   Yes, I do -- did.

15        Q.   Who was that?

16        A.   I don't remember his last name.  His first

17   name was Andy.  He was a junior in college at the

18   time, and he took care of the website and back end.

19   And I took care of pretty much everything else.

20        Q.   Okay.  Pretty much everything else.  What

21   did that include?

22        A.   Sourcing, coming up with the new products,

23   how they were going to be marketed, packaging,

24   fulfillment, shipping pretty much everything on my

25   end.  He had the website, and I think he also had the

```
 1    bank account, so took care of the money.
 2         Q.  You said that these products were sold in
 3    mass quantities.  Were they sold to end consumers, or
 4    were they used by other dietary supplement companies?
 5         A.  They were end consumers.
 6         Q.  End consumers.  Okay.  Do you still own
 7    that company?
 8         A.  No, I do not.
 9         Q.  Okay.  Is that company still doing
10    business?
11         A.  I don't know.
12         Q.  Okay.  When did you -- when did you leave
13    that company?
14         A.  Between -- after about a year to two years.
15    There was some discord over the amount of work being
16    done by different people, so I had them buy me out,
17    and at that point I started Syntrax.
18         Q.  And what year was that, if you remember?
19         A.  I don't remember off the top of my head.
20    It was, you know, '98, something like that maybe.
21         Q.  And that's Syntrax Industries?
22         A.  Innovations.
23         Q.  Innovations.  Thank you.  Did you wholly
24    own that company?
25         A.  Yes, I did.
```

DEREK CORNELIUS - 2/7/2013

Page 36

1    We didn't force anybody to do that, but people like

2    Brenda -- I think you're going to depose her, too --

3    you know, she would help source them I'd say.  I

4    wouldn't do all the sourcing, or maybe I would find

5    some companies but she would be the one that would

6    interact with them or communicate with them, so.

7        Q.  So if Syntrax Innovations was going to

8    develop a new product, you would come up with the

9    idea for the new product; correct?

10       A.  Correct.

11       Q.  No one else would?

12       A.  Yeah.  99 -- yeah, for the most part that's

13   true.

14       Q.  As far as you remember, you don't remember

15   any product that was developed by anyone else?

16       A.  No.

17       Q.  Okay.  Other people would assist in the

18   research, but the idea was yours?

19       A.  Correct.

20       Q.  Okay.  What sort of products did Syntrax

21   Innovations offer?

22       A.  Started out focussed on majority were in

23   the fat burning, weight loss, and ergogenic, which I

24   would say sports performance, build muscle.  It did

25   get into -- towards the end I believe it got into

1    some protein powders, macronutrients, also some items

2    for general health.

3         Q.  Do you know what its top selling product

4    was?

5         A.  Without knowing numbers a hundred percent,

6    just off the top of my head, I would probably say a

7    fat burner called Adipokinetix,

8    A-D-I-P-O-K-I-N-E-T-I-X.

9         Q.  How about a product called Triax, did

10   Syntrax sell Triax?

11        A.  Triax, T-R-I-A-X, yes.  It was really well

12   selling, too.

13        Q.  Okay.  What was the role of that product?

14        A.  It was in the fat-burning category.  It

15   contained a product called triiodothyroacetic acid,

16   which is a metabolite of T3 or triiodothyronine,

17   which is one of the main thyroid hormones that people

18   take for replacing T4 and T3.  T3 being the most

19   active.  There was a lot of research done in Europe

20   on the compound.  It's naturally occurring.  A lot of

21   research done on it in humans, in rats, I mean, a lot

22   maybe up to a hundred even, I mean, just a lot of

23   studies.  Nobody had ever actually sold it as a

24   dietary supplement in the U.S., so I actually

25   introduced it in the U.S.  I was the first company to

DEREK CORNELIUS - 2/7/2013

Page 38

1     do that, not the only one but the first one to bring

2     that to the market.

3          Q.  If I use the abbreviation TRIAC, do you

4     know what that refers to?

5          A.  Yeah.  That would be the triiodothyroacetic

6     acid.

7          Q.  Are you okay with me using the abbreviation

8     TRIAC for that?

9          A.  Yes.

10         Q.  Triax contains TRIAC a raw material;

11    correct?

12         A.  Correct.

13         Q.  Okay.  Did the FDA eventually determine

14    that TRIAC was not appropriate for use in dietary

15    supplements?

16         A.  Yeah.  They -- in the beginning when they

17    actually -- they actually thought it was T3 at first.

18    When they found that it didn't, they kept going down

19    the road that it wasn't a dietary supplement, and

20    really the -- I guess the kind of the game changer

21    was -- this is not public information, so it's not

22    something we could've found out, but they found an

23    investigation on a new drug application.  And part of

24    the definition of a dietary supplement is if there's

25    an IND you can't have -- you can't be a dietary

1    supplement, so once they brought that to -- out in

2    the open we pretty much laid down the fight or

3    whatever.

4         Q.  You decided not to sell it any longer?

5         A.  Well, not to sell it.  We decided not even

6    to fight them on the issue anymore because we were

7    actually fighting them in court at one point.  So we

8    decided not to fight them anymore.  We already

9    weren't selling it at that point.

10        Q.  Okay.  Do you know when that decision was

11   made not to sell TRIAC in dietary supplements any

12   longer?

13        A.  I don't remember the exact date.  I mean,

14   it was -- no.  I mean, it was early.  Early part of

15   -- I don't know 2000 maybe, somewhere in there.  I

16   don't know.

17        Q.  Okay.  Do you know where TRIAC that Syntrax

18   Industries purchased was sourced from?

19        A.  Yes.  I believe all of it came from Tolbiac

20   or Francisco Tabak.  He was my contact.

21        Q.  Have you ever met Francisco Tabak?

22        A.  Yes, I have.

23        Q.  When was the first time you met him?

24        A.  I don't know the date.  He has a son -- at

25   least at the time he had a son that lived I believe

* CONFIDENTIAL *

DEREK CORNELIUS - 2/7/2013

Page 40

1    in New Jersey.  He would come regularly up to visit

2    him.  On one of those trips he came here to Cape

3    Girardeau, visited me and my wife, spent a day with

4    us.

5         Q.  Were there any -- were there any other raw

6    materials that Syntrax Innovations sourced from

7    Tolbiac, S.R.L?

8         A.  We looked at -- he also did some herbal

9    extracts.  We looked at silymarin, which is a milk

10   thistle extract.  I don't believe we actually ever

11   bought any from him, but we did look at that.  I also

12   developed and brought to the market a product called

13   T2, which is a metabolite of T3.  So, T3 has all

14   these metabolites.  T2 just has one less iodine on

15   it, so it's just like T3 but one less iodine.  No

16   acetic acid.  And we brought that into the U.S. and

17   brought it in for a product called Lipokinetix, which

18   was another fat burner.

19        Q.  Who was Lipokinetix sold by?

20        A.  Syntrax.

21        Q.  Syntrax?

22        A.  Yes.

23        Q.  Okay.  And that product contained T2?

24        A.  Yes, it did.

25        Q.  Okay.  Any other raw materials that you can

1    of foundation, calls for speculation.

2         A.   I mean, it was a significant amount.   I

3    don't know if it got to a hundred thousand or it was

4    over a hundred thousand.   I don't know.

5         Q.   Okay.   When was the last time you

6    communicated with Francisco Tabak?

7         A.   I don't know how many months ago.   I mean,

8    it was within the last year sometime.   I had some

9    e-mail communications.   I think you guys have those.

10        Q.   Okay.   And your last communications with

11   Mr. Tabak would've been related to this lawsuit?

12        A.   Correct.

13        Q.   Okay.   When was the last time you met with

14   Mr. Tabak?

15        A.   Just that one meeting that we had here in

16   the U.S.

17        Q.   Okay.   And that was while you still owned

18   the company Syntrax?

19        A.   Correct.

20        Q.   So it would've been somewhere in the 1999

21   to 2004 time range?

22        A.   Sure.   Yes.

23        Q.   Okay.   You mentioned earlier that you did

24   not believe T2 was a good replacement for TRIAC;

25   correct?

1          A.   Correct.

2          **Q.   Why not?**

3          A.   Well, one -- and this is a very big

4   sticking point for the FDA is when they thought we

5   were selling T3 they went after it right away.   T

6   and I'll say T4 too, but that's only because T4 is a

7   derivative of T3.   But T3 -- there's several thyroid

8   hormone receptors in the body, and one of those

9   receptors is concentrated a lot in the heart.   So T3

10  is -- I mean, you have to have the thyroid hormone

11  for your metabolism, but if you get too much, it's

12  very cardio stimulatory.   And actually it's

13  considered cardio toxic.   So it causes enlargement of

14  the heart.   It increases your heart rate.   It just

15  has a lot of negative consequences on the heart.   So

16  the T2 and the Lipokinetix the dosage used because it

17  was part of a formula did not have to be near as high

18  as a standalone product.   So the dosage used didn't

19  have those cardio toxic problems, but it wasn't --

20  the T2 being more like the T3 wasn't as refined.   The

21  TRIAC didn't -- doesn't bind -- if you look at the

22  research, doesn't bind to those one receptors very

23  much, so it's pretty specific for the other type of

24  receptor that lowers cholesterol and increases

25  metabolism, stuff like that.   So the TRIAC was

* CONFIDENTIAL *

Page 44

1    actually very safe, and actually there were doctors,
2    people that couldn't even hardly take T3 would take
3    -- did very well on the TRIAC because it just had
4    different receptors and was a lot better and safer
5    for certain people.  Of course, that was taken off
6    the market.  We were looking for a replacement, and
7    purpose of the DIAC was to find something that was
8    equivalent to the TRIAC at least -- it wouldn't have
9    been equivalent in terms of potency.  It was less --
10   it was not as strong, but something that was as safe
11   and that could be sold in a standalone product.
12       **Q.  Okay.  When did you first become familiar**
13   **with DIAC?**
14       A.  Well, at some point I decided -- and I
15   don't know exactly when that was.  I don't know --
16   I'm a type of type A person, and I'm not satisfied
17   unless I feel like I know everything about what I'm
18   looking at.  So I don't know if it was when I was
19   researching TRIAC and I decided to look at everything
20   then or if it was later when I was looking for a
21   replacement.  At some point in there I decided to say
22   I'm going to try to lay out every possible naturally
23   occurring compound that had thyroid hormone activity,
24   whether it was chemicals in herbs that didn't have
25   any kind of similar structure or any metabolite, any

1    derivative.  I was looking at anything and

2    everything.  Obviously if it was totally synthetic,

3    we couldn't use it as a dietary supplement.  I wasn't

4    looking in any pharmaceutical that somebody was

5    coming up with but anything that was naturally

6    occurring that could possibly be sold as a dietary

7    supplement.  So I was looking at, you know, there's

8    T4 metabolites.  There's T3.  There's T2.  There's

9    even monoiodothyroacetic acid.  There's all these

10   different ones, and I pretty much looked at the

11   entire gamut.  During that study, you know, I

12   discovered the T2.  I discovered the DIAC, of course

13   some other ones, but they're the ones I focussed on.

14        Q.  Okay.  At some point did you obtain a

15   sample of DIAC?

16        A.  Yes, I did.

17        Q.  When was that?

18        A.  I don't know the exact date.  I'm guessing

19   it was probably -- get my dates right.  I'm thinking

20   it was at the end of 2000ish, early 2001.  Again I'm

21   not a hundred percent sure of that date, but I mean,

22   that's probably the best I can come up with.

23        Q.  Do you know where you obtained that sample

24   from?

25        A.  Yes.  It was in my office.  It could've

1    came to the Chaffee -- or Syntrax Innovations was
2    always located in Chaffee, which is about a half an
3    hour away.  The sample would've came directly to the
4    office and --
5         Q.  Who was it developed by?
6         A.  Well, I came up with the compound what I
7    wanted, and then Tabak -- I didn't come up with how
8    to synthesize it.  I mean, he's one of the few
9    companies in the world that's like an expert on the
10   chemistry.
11        Q.  Right.
12        A.  So I said this is what I'm looking for.
13   You come up with it.  You figure out how to make it.
14        Q.  Right.  So at some point you asked
15   Francisco Tabak and his company to synthesize I think
16   your word?
17        A.  Yes.
18        Q.  A sample of DIAC?
19        A.  Correct.
20        Q.  Okay.  What do you remember about that
21   discussion?
22        A.  I remember talking to him about
23   exclusivity.  There was an issue with the T2 that we
24   had, or it wasn't -- exclusivity wasn't specifically
25   discussed.  So there was a little bit of

1      misunderstanding.  So I wanted to make sure that

2      didn't happen on this one, so I pretty quickly

3      brought that discussion up.  Basically told him

4      something new that I had a good feeling about.  Based

5      on the studies I think it can be a good product for

6      the U.S. market and wanted him to develop it.  So I

7      pretty much probed and asked him his feelings on

8      exclusivity and if he thought he could make it and if

9      the price would be reasonable.

10         Q.   Okay.  You indicated that based on the

11     studies you thought it would be a good product.  What

12     studies were you looking at?

13         A.   I was using a database at the time.  It

14     wasn't Pub Med.  I don't remember even what it was

15     called, but it had -- I think it was chemical

16     abstracts or at least it contained that database

17     also.  So I had that and stuff from Pub Med.  It was

18     a very huge database.  So I was just doing all my

19     research on that.  There was quite a few.  I mean,

20     there's not near as many on DIAC as TRIAC, but

21     there's quite a few studies on DIAC.  Most of those

22     are in humans -- most of those are in animals, but

23     the studies I saw I felt like it was promising.

24         Q.   Do you remember any studies in humans?

25         A.   Off the top of my head I don't.  I might

1      have come across some, but I don't remember all the

2      different studies and information that I looked at.

3           Q.  So you remember seeing these studies and

4      believing this was a product that would work in

5      humans; correct?

6           A.  Yes.

7           Q.  Was there anything -- as you sit here

8      today, do you remember anything that led you to

9      believe that specifically?

10          A.  Like, any specific study or anything?

11          Q.  Yeah.  Yes.

12          A.  No.

13          Q.  Okay.  So you asked Tolbiac and Tabak to

14     manufacture or synthesize DIAC for you?

15          A.  Correct.

16          Q.  Did you ask him for a specific quantity of

17     the DIAC?

18          A.  In terms of like a sample?

19          Q.  Yes.

20          A.  I don't remember if I actually asked him,

21     hey, look, I need this amount or if I just said I

22     need a sample.  I don't remember.  I know I asked him

23     for -- obviously I needed a sample because I needed

24     to experiment with and test it and that type of thing

25     to make sure it worked in humans and it was safe.

```
 1              Q.  Okay.  Eventually you obtain a sample;
 2     correct?
 3              A.  Correct.  Yes.
 4              Q.  What do you remember about that sample?
 5              A.  The base main thing that I remember is that
 6     it -- I don't know we even probably -- I think we
 7     even call it like a sexy container or whatever, but
 8     it was a very -- maybe not quite that long.
 9              Q.  The length of a pen?
10              A.  Yeah.  But maybe a little shorter than
11     this, so I don't know four to five inches maybe and
12     maybe a little bit higher and thicker in diameter, so
13     maybe about half inch in diameter, maybe a little
14     less than half inch, and I believe it had a screw
15     top.  But it was just the whole thing was filled, so
16     I don't know how many grams.  It might have had --
17     you know, might have had 10, 15, 20 grams in it,
18     something like that.
19              Q.  This comes in a powder form?
20              A.  Yes, it was a white powder.
21              Q.  Can we call that a vial that it came in?
22              A.  Yes.
23              Q.  Do you remember if the vial had a label on
24     it?
25              A.  I believe it did.  I don't -- it's too long
```

* CONFIDENTIAL *

DEREK CORNELIUS - 2/7/2013

Page 50

1   ago to remember what it looked like.  It'd be very

2   rare for any product like that to not have a label on

3   it because, I mean.

4       Q.  **You don't remember what the label said as**

5   **you sit here today; correct?**

6       A.  I don't have a picture of it in my mind of

7   it saying DIAC, but, I mean, I know that was DIAC.

8       Q.  **Okay.  How do you know it was DIAC?**

9       A.  I don't believe -- I don't believe I tested

10  it in a third party.  So it would've been based on

11  the assurance of Tolbiac or Tabak.  Beyond that, all

12  the properties of it were what we would've considered

13  proper for DIAC, so.

14      Q.  **Are you familiar with the properties of T2?**

15      A.  I think so.

16      Q.  **Okay.  Visually does T2 appear different**

17  **visually than DIAC?**

18      A.  No.  It would look the same.

19      Q.  **Okay.  They're --**

20      A.  TRIAC, DIAC would be a white powder, yeah.

21      Q.  **Okay.  Do you remember how many grams?  You**

22  **don't; right?**

23          MR. DEGROOT:  I'll object to the form.

24      A.  I don't -- again, probably in the 10 to 20

25  gram range.

1          Q.   (BY MR. COLLINS)   After you obtained the

2     sample, what did you do?

3          A.   As with most new things, I mean, it was

4     pretty exciting getting this in.  It was TRIAC --

5     Triax was a fairly good seller for us, and this

6     was -- had a good opportunity or good chance of being

7     a replacement for it, and TRIAC, I mean, had a very

8     -- even a strong following in our office.  So people

9     were pretty excited when I got it in, quite a few

10    people.  I mean, it wasn't just me.  I didn't have it

11    in secret.  Other people in the office knew about it,

12    so, I mean, first thing we did -- first thing I did

13    is I tested on it myself.  I don't generally ask

14    anybody else before I tried it on myself to make sure

15    it was -- I felt like it was safe and had the right

16    properties.  So first thing I did was test it on

17    myself, and I did it for -- I think I tested it for,

18    like, four to six weeks, and the dosage was quite a

19    bit higher.  I started out with a dosage around

20    TRIAC.  I think I needed -- again this is a long time

21    ago, but I believe there needed to be around two to

22    three times the dosage to get something that was semi

23    equivalent at least to the TRIAC, so, you know, I

24    tested it for a while and made sure it had the proper

25    weight loss, didn't hurt the heart, that type of

DEREK CORNELIUS - 2/7/2013

Page 52

1     thing.

2          Q.  Okay.  I want to unpack that.  I want to

3     unpack that whole answer and walk through it.

4          A.  Okay.

5          Q.  You said you obtained the sample, and you

6     began testing it on yourself?

7          A.  Correct.

8          Q.  Correct.  Did you test it on anybody else

9     at that point?

10         A.  When I was testing it?

11         Q.  When you tested it on yourself, did you

12    give it to somebody else at the same time?

13        A.  No.  The very first thing it was me.

14        Q.  Okay.  You received the sample.  You start

15    doing tests on yourself.  How many grams a day did

16    you take?

17        A.  It would be -- this is measured in

18    micrograms or milligrams.

19        Q.  Okay.

20        A.  So I don't remember exactly, but I think

21    the proper dose on that was in the three to five

22    milligram range per day.  I'm not a hundred percent

23    sure about that, but that's the best of my knowledge.

24    I didn't keep a journal of any of this, so I don't

25    have it to look at.

1          Q.  So you didn't keep a journal of any of the

2     tests on yourself; correct?

3          A.  Correct.

4          Q.  You eventually test it on other people;

5     correct?

6          A.  Correct.

7          Q.  Did you keep a journal of that information?

8          A.  No.  I mean, at the time -- a lot of times

9     if I was doing those tests I might just write it down

10    on a piece of paper or notebook or whatever, but it

11    wasn't anything that was formal that it was, you

12    know, filed it away or anything like that.

13         Q.  Okay.

14         A.  I wasn't trying to prove anything in a

15    research paper.  I wasn't publishing it.  This was

16    all marking purposes.  As long as it met our

17    requirement, that's all that mattered.

18         Q.  Okay.  You describe -- you described it

19    as -- you could keep it on a sheet of paper, notes on

20    a sheet of paper; right?

21         A.  Yeah, a lot of times I would do that.

22         Q.  Have you looked for that sheet of paper?

23         A.  It doesn't exist.

24         Q.  Okay.

25         A.  Not any more.

Page 54

1       Q.   You think you probably threw it away?

2       A.   Yes.

3       Q.   Any idea when that sheet of paper or other

4  papers related to this testing would've been lost or

5  thrown away?

6       A.   I have no idea.  Over the years -- honestly

7  I wouldn't have believed I needed that piece of paper

8  over the years until recently, so.

9       Q.   Okay.  All right.  So you start testing it

10 on yourself.  You're using you believe between three

11 to five milligrams a day; correct?

12      A.   Correct.

13      Q.   How many -- how many times a day would you

14 use it?

15      A.   Anywhere from two to three.

16      Q.   And you said three to five milligrams a

17 day, so you would take how much in each serving?

18      A.   Usually one to one and a half.

19      Q.   And you said you tested it on yourself for

20 four to six weeks?

21      A.   Somewhere in that range.  It was -- it

22 wasn't two weeks.  It could've been around a month

23 timeframe, somewhere in there.

24      Q.   Okay.  Did you adjust -- can we call that

25 the dosage?

1          A.  Yes, that's fine.

2          Q.  Did you adjust the dose over this

3     timeframe?

4          A.  Yes.  I started out with the TRIAC dosage,

5     which I believe is somewhere around a milligram a day

6     I believe, something like that.  It would've had to

7     have been adjusted upwards from there.  Again it's

8     not as strong as TRIAC, so when I took it I realized

9     that and moved the dosage up.

10         Q.  Okay.  How did you -- how did you determine

11     that it wasn't as strong as TRIAC?

12         A.  Couple of things.  With TRIAC one there is

13     some cardiac stimulation but not very much, but

14     they're still easily -- with your blood pressure and

15     stuff, there's a slight uptick, one.  Number two, you

16     can actually -- you can feel the TRIAC a little bit

17     stimulatory, and what is the third one?  What was I

18     going to say?  Give me a minute.  I just blanked out.

19         Q.  No problem.

20         A.  I don't know.  I can't remember what I was

21     going to say, but, I mean, it also because of the

22     weight loss and initially when I studied that it

23     would've caused weight loss in, like, two days, so

24     it's something that's more extended.  So, I mean, a

25     lot of it is just kind of a gut feeling.  So when I

* CONFIDENTIAL *

DEREK CORNELIUS - 2/7/2013

Page 56

1    took it I didn't feel nor did I see any of the

2    results that I would've normally seen on TRIAC.  I

3    started seeing those when I got up in the two to

4    three times the dosage.

5         Q.  When you say seen those, what do you mean

6    by that?  I mean, you're not actually seeing the

7    results; right?  You're feeling the difference?

8         A.  Well, we are measuring blood pressure.

9         Q.  Okay.

10        A.  Pulse rate and then, yeah, part of that is

11   also a feel, how do you feel.

12        Q.  What sort of tests were you doing on

13   yourself during this time?

14        A.  Like I said, the pulse, blood pressure, and

15   then during the whole month or so period also to see

16   if I did lose any weight.

17        Q.  How much did you weigh at that time?

18        A.  I believe probably in the 205 pound range.

19        Q.  How much do you weigh today?

20        A.  About 190.

21        Q.  Okay.  All right.  You said you would check

22   your pulse.  How often would you check your pulse

23   while you were testing DIAC on yourself?

24        A.  I don't remember exactly, but I believe

25   several times a day.

1          Q.  And would you record that pulse reading

2     anywhere, the result anywhere?

3          A.  I don't know if I specifically wrote that

4     down or not.  There's a good chance I would've kind

5     of just again kept that on a piece of paper and wrote

6     it down just to kind of see where it was going every

7     time.

8          Q.  Okay.  Could you have kept just a -- could

9     you simply have just remembered what your pulse was?

10         A.  I mean, it's possible.

11             MR. DEGROOT:  Object to the form.

12         Q.  (BY MR. COLLINS)  Yeah.  Do you

13    specifically remember writing down what your pulse

14    was?

15         A.  No.

16         Q.  Okay.  So it's possible you might have just

17    remembered, hey, my pulse was 110 at 10 a.m. and

18    checked yourself at noon?

19         A.  It's possible.  Again --

20             MR. DEGROOT:  Object to the form.

21         Q.  (BY MR. COLLINS)  Go ahead.

22         A.  It's possible.

23         Q.  Okay.

24         A.  I mean, I knew what my normal pulse rate

25    was, and over time I would've known it'd gone up

DEREK CORNELIUS - 2/7/2013

Page 58

1    It's possible for that to happen also.

2         Q.   Okay.  Would you check your pulse after you

3    administered the DIAC to yourself?

4         A.   It doesn't have that quite of a half-life.

5    It would -- it would be throughout the day, so you

6    wouldn't have to test it right after, but it would've

7    been important to check it several times in the day

8    to get a good average.

9         Q.   And how often did you check your blood

10   pressure during this timeframe?

11        A.   I think that would've only been once a day.

12        Q.   Did you record the blood pressure reading

13   anywhere?

14        A.   Again, I have no knowledge.  I could have

15   but I'm not sure.

16        Q.   Okay.  And your weight did you check your

17   weight while you were using this product?

18        A.   Yes.

19        Q.   How often did you weigh yourself while

20   using this product?

21        A.   Every day but I still weigh myself every

22   day.

23        Q.   I do not.  So you would weigh yourself

24   probably once a day; right?

25        A.   Right.

1        Q.   Okay.  Do you think you weighed yourself

2   more than once a day?

3        A.   I don't think there was any need to.

4        Q.   Do you know if you recorded your weight

5   every day?

6        A.   Same answer as before.  I'm not sure.

7        Q.   Okay.  So you recorded -- you remember

8   checking at least your pulse, blood pressure, and

9   weight on a daily basis or twice daily basis?

10       A.   Correct.

11       Q.   Or regularly --

12       A.   Correct.

13       Q.   -- during this test frame.  While you were

14   testing DIAC, what do you remember was the effect of

15   DIAC on your pulse rate?

16       A.   In the beginning nothing.  I believe the

17   dose was too low, at least that's my opinion.  When I

18   did get up into the two to three time range, then I

19   started to notice a slight uptick in the pulse rate,

20   which is what you should -- which is what I would've

21   -- I believe is what we were looking for actually.

22       Q.   Why is that what you were looking for?

23       A.   Because I'm comparing it to the TRIAC.  So

24   the TRIAC does that -- I mean, if you would've done

25   that with T3, T3 would raise it -- I mean, if you

Page 60

1    took an excess of T3 you're going to get a vast
2    increase.  With the TRIAC, though, you'll still get a
3    very minor increase, so we were trying to duplicate
4    what we were seeing with the TRIAC.
5        Q.  Is the pulse increasing a sign that your
6    metabolic rate is increasing?
7        A.  Correct.
8        Q.  Okay.  And so one of the reasons that you
9    were looking to determine whether or not the pulse
10   rate increased was to determine if the metabolic rate
11   for an individual was increasing; correct?
12       A.  Correct.  Remember, it also has -- these
13   thyroid hormones have direction action on your heart,
14   so I was also looking at that also.
15       Q.  To check that?
16       A.  Yeah, I mean.
17       Q.  That unwanted side effect?
18       A.  Yeah.  I mean, if DIAC would've gone crazy
19   or whatever, then we would've said no.  It wouldn't
20   have been what we were looking for.
21       Q.  Okay.  How about blood pressure, what do
22   you remember were the results of the blood pressure
23   testing during this timeframe?
24       A.  It's hard to remember back.  I'm not sure I
25   remember blood pressure even going up.  I don't

1    necessarily remember seeing anything happen with

2    blood pressure, which is not necessarily a normal,

3    you know.  I don't think that result was strange, but

4    I don't necessarily remember -- remembering any -- I

5    guess I don't have anything worth remembering

6    regarding blood pressure.

7        Q.   Okay.  How about weight, what effect did

8    you see on your weight during this timeframe?

9        A.   I remember every month period a couple of

10   pounds.

11       Q.   Okay.  You said a couple of pounds.  Do you

12   mean two pounds?

13       A.   I don't remember the exact, but it

14   wasn't -- I didn't lose ten pounds.  I remember

15   losing a few, so.

16       Q.   Okay.  So somewhere between one and --

17       A.   Yeah.  Maybe one and three or something

18   like that, you know.

19       Q.   Okay.  If you wanted to test somebody's fat

20   to muscle percentage, how would you do that?

21       A.   The easiest and the most common way is to

22   do skin fold measurements.  That would give you a

23   percentage of your body fat.  I guess indirectly

24   gives you what you want at the end of the day.

25   There's more scientific, more robust methods, of

* CONFIDENTIAL *

1      A.   No.

2      Q.   And the bioimpedance?

3      A.   Bioimpedance, no, I didn't.

4      Q.   You didn't do any of those.  So did you do

5    anything at all to test whether or not DIAC was

6    affecting lean body mass as opposed to fat tissue?

7      A.   That would've been subjective.  I will say

8    that TRIAC that was one of the big marketing pushes

9    that we did with TRIAC, and that is -- there's --

10   it's not directly said in the literature, but it was

11   something that we noticed that there was some

12   anti-catabolic of the TRIAC, so it actually protected

13   muscle tissue while fat loss.  So it's one of the

14   things we did with TRIAC.  We marketed the Triax for

15   protecting lean body mass, so obviously the DIAC we

16   would've been looking at those same type of things,

17   but, I mean, we never got to the point of marketing

18   the DIAC to the public in general, I mean, selling it

19   as a final product, so.  But, yeah, that was --

20   that's one of the properties of at least -- I don't

21   want to say all thyroid hormones, but at least the

22   TRIAC had that property.

23     Q.   Okay.  But you never tested DIAC to

24   determine if they had that property; correct?

25            MR. DEGROOT:  Are you talking about on

1    himself?

2         Q.   (BY MR. COLLINS)   I'm talking about on

3    yourself right now.

4         A.   On myself I did not except for subjective.

5    I felt like it was having the proper -- I felt like

6    what I was losing was fat.  I didn't feel like I was

7    losing all my muscle and I had all this fat, you

8    know, still dripping on me, you know.  So I felt like

9    it was having the proper, you know, but I did not

10   measure that to know a hundred percent.

11        Q.   Understood.   Okay.   Let's take a break.

12             (Break was taken.)

13        Q.   (BY MR. COLLINS)   Mr. Cornelius, we've been

14   discussing the four to six weeks after you received

15   the sample of DIAC in your testing of DIAC on

16   yourself; right?  During those four to six weeks

17   after you received the sample of DIAC, was DIAC

18   tested on anyone else other than yourself?

19        A.   Probably more like four weeks.   I'm

20   thinking about a month, but during that time it was

21   only myself.

22        Q.   Okay.   So after that time period, after

23   those four weeks, however long it was, was DIAC ever

24   tested on anyone else?

25        A.   Yes.

Page 66

1  Q. **Who was DIAC tested on?**

2  A. I don't -- the best of my knowledge, we

3 tested it on about four or five people.  They

4 would've been -- they would've been employees of the

5 company. I don't remember everybody.  The only

6 people -- the only two people I remember that tested

7 it was a guy named Joey Rodriguez, and he was the

8 sales manager at the time and then Brenda Nixon the

9 other person.

10  Q. **Do you know somebody named Diana Javinous**

11 **last name --**

12  A. Javinous?

13  Q. **Yes.**

14  A. Yes, I know who she is.

15  Q. **Who was she?**

16  A. She was kind of like a receptionist/office.

17 She'd still do that.  She did a lot of different

18 things but like -- wasn't an office manager, but kind

19 of receptionist/office person, filing, typing, that

20 type of thing.

21  Q. **Do you know if DIAC was tested on her as**

22 **well?**

23  A. I'm not a hundred percent sure.  There's a

24 good possibility.  She tested -- she was one of the

25 testers for T2 when we were testing for the

DEREK CORNELIUS - 2/7/2013

1    Lipokinetix.  Again, I'm not a hundred percent sure,

2    but it's reasonable that she would've been.

3         Q.   Okay.  So how many people did you say you

4    tested it on?

5         A.   At least four if not five.

6         Q.   Okay.  Plus yourself?

7         A.   Right.

8         Q.   Okay.  With these individuals what was the

9    testing process?  How did you test it?

10        A.   It would've been different in me.  I

11   would've already determined the dosage.  They

12   would've been given the dosage.  Again, would've been

13   split up between two and three times.  Sometimes that

14   depends on how good the person is at taking that

15   dosage.  They would've taken it in the same

16   parameters, would've been looking at blood pressure,

17   heart rate, just to make sure in other people it was

18   okay and then ultimately, you know, make sure it was

19   fat loss that they were getting.

20        Q.   Those are the three things that you tested

21   in yourself; correct?

22        A.   Correct.

23        Q.   Okay.  Is there any test that you ran on

24   those individuals that you didn't run on yourself?

25        A.   I don't believe so.

Page 68

1       Q.   Okay.

2       A.   And just anecdotal to overall how do you

3   feel, you know, all of that would've came into play,

4   too. Are you feeling sick; are you feeling fine; are

5   you feeling good, you know.

6       Q.   With yourself you testified that you might

7   have kept notes on a scratch piece of paper regarding

8   those tests; right?

9       A.   Right.

10      Q.   With these individuals did you keep any

11  information regarding those tests?

12      A.   Again, I don't remember.

13      Q.   Did you ask them to keep a daily log?

14      A.   I don't believe I did.

15      Q.   Do you remember what the dosage was?

16      A.   It was -- I believe it would've been the

17  same as what I did, but I believe it was probably

18  around three milligrams.

19      Q.   And that was three milligrams a day or

20  three milligrams --

21      A.   Three milligrams a day.

22      Q.   A day?

23      A.   It could've been two, but I believe it was

24  around three.

25      Q.   And the sample that you received it was in

1    powder form; right?

2          A.   Correct.

3          Q.   Okay.  Was it put into capsules for these

4    people to test, or did they just take the powder

5    straight?

6          A.   We have done capsules in the past on some

7    products.  I believe this one would've just been the

8    powder I believe.  It's hard to distinguish between.

9    We've done capsule in a lot of different things.

10   Some things in the past we've put into capsules.

11   Some things we just did powder.  I believe this one

12   was just powder, though, but I'm not a hundred

13   percent sure.

14         Q.   Okay.  You believe this one was

15   administered in a powder form; right?

16         A.   Uh-huh.

17         Q.   How did you determine whether a person was

18   using three milligrams of the powder a day?

19         A.   It would've been given at the office.

20         Q.   Okay.  It would've been administered at the

21   office?

22         A.   Yes.

23         Q.   Okay.  Who would've administered it?

24         A.   Most of the time I would've been part of

25   that usually.

DEREK CORNELIUS - 2/7/2013

Page 70

1        Q.   Okay.

2        A.   Part of that process.

3        Q.   Is this a formal process?  People come

4    knock on your door and say --

5        A.   No.

6        Q.   -- it's time for me to take my DIAC?

7        A.   No.

8        Q.   Okay.  How did it work?

9        A.   Usually when I came in the morning, they

10   would get the first dose, and then if it was either

11   two or three times throughout the day or whatever

12   maybe after lunch or at the end of the day the same

13   thing would've occurred.  They would've gotten the

14   dosage.  Probably most people would've done two

15   versus three, but it's hard to remember all the

16   details back then.  But yeah, we would've just given

17   it out, and part of that process also would've been

18   looking at their blood pressure.  I mean, it would've

19   happened at the same time.

20       Q.   Did you have a chart set up in the office

21   to check people off as they received their dose each

22   day?

23       A.   I don't believe so.

24       Q.   Okay.  Did you ever let anybody take the

25   powder home to use at home?

1          A.   They would've had to do that on the

2     weekends.  I don't remember how we did that, though.

3     I don't know if we put it in capsules or if we gave

4     it to them -- I don't remember how we did that.

5          Q.   Okay.  You would've had to have sent some

6     home with them at some point; right?

7          A.   Right.  For the weekends, yeah.

8          Q.   On the weekends, would you test these

9     people daily?

10         A.   No.

11         Q.   Okay.

12         A.   They would just take it, and we would ask

13    them questions or whatever, get the information on

14    Monday.

15         Q.   Okay.  As you sit here today, do you

16    remember the results of the testing on these

17    individuals?

18         A.   I think it was -- from what I remember, it

19    was consistent with myself.  I think most people lost

20    -- I don't know.  Maybe somebody didn't lose much

21    weight, but for the most part, I think people lost a

22    small amount of weight and felt pretty good on it.

23    Blood pressure, pulse rate was within normal

24    reasonable range.  It was -- all of the testing,

25    everything that we did on it showed it to be

1  something that was going to be a good replacement for

2  TRIAC.

3      Q.  Why do you say that?

4      A.  Because it had all the effects that we were

5  looking for, at least -- you know, we didn't give

6  this out to a thousand people because TRIAC was very

7  popular.  I don't know.  When you give it out to a

8  lot more people like that, you'll see things maybe

9  that you wouldn't see with a small amount, but in the

10  people that we tested, everything that we saw from

11  the research to our own tests showed that with the

12  higher dosage that we would get a lot of the same or

13  majority of the same effects as the TRIAC.

14      Q.  Okay.  Do you remember how much  - you said

15  you remember people losing weight; correct?

16      A.  Correct.

17      Q.  Okay.  Do you remember anyone in particular

18  that lost weight?

19      A.  Well, I remember Joey Rodriguez was always

20  very interested in it.  I mean, he was fascinated by

21  that.  I don't know if it was the vial that we had or

22  what.  We had some kind of show, a body building show

23  in that timeframe, so he was taking that in

24  preparation for a show so.  Again, he was dieting and

25  stuff, so I can't say all that weight loss was that,

1     on it for, like, three months or anything like that,

2     so I think four to eight weeks would probably be the

3     minimum and maximum.

4          Q.  Okay.  The four to five people that tested

5     the product they were all Creative Compounds, or were

6     they were all Syntrax --

7          A.  Syntrax.

8          Q.  -- employees?

9          A.  Yes.

10         Q.  Was there anyone who wasn't a Syntrax

11    employee that used the product during this time

12    period?

13         A.  I don't believe so.

14         Q.  Okay.  Did you ever publish the results of

15    this test?

16         A.  Written like written published, no.

17         Q.  Okay.  Did you ever discuss it on an

18    internet message board?

19         A.  I do believe I did that.  We don't have it

20    now or none of the other companies I'm associated

21    with, but Syntrax Innovations I had a forum,

22    discussion board, or whatever.  And I believe it's

23    something that I discussed because a lot of people

24    were interested.  Hey, what are you coming out with?

25    We actually came out with a replacement for the TRIAC

Page 76

1    called Triax 2, but it didn't have -- it wasn't a
2    thyroid hormone, and so people weren't so satisfied
3    with the replacement.  Even though I think it still
4    had good decent fat burning, it did not provide --
5    the TRIAC was fairly dramatic.  I mean, for a
6    supplement it was -- maybe because it was hormonal  -
7    fairly dramatic in its effects, so people wanted that
8    same type of thing again.  So a lot of people were
9    really interested in what was next and is there a
10   replacement, so the forum or the board would've been
11   something -- that's a place where I would've
12   discussed that.
13          Q.   Okay.
14          A.   The DIAC.
15          Q.   As you sit here today, do you remember
16   discussing it on the forum or the message board?
17          A.   The best of my belief is that I did.
18          Q.   Okay.  And I used the word forum and
19   message board interchangeably.
20          A.   Me, too.
21          Q.   Okay.  How did the Syntrax forum or message
22   board work?
23          A.   I guess like most of them.  It wasn't a
24   chat room or anything like that.  It was -- you could
25   start a new thread, and then people could respond to

1    been, like, 10,000 bucks.  So the last thing as a

2    small spend you want to do is spend $10,000 on

3    something that doesn't look like it's going to go

4    where you want it to go in terms of marketing, so we

5    made a decision along the way that DIAC is probably

6    not where we want to go as a company, and so pretty

7    much all plans regarding any kind of patents or

8    anything like that died at that time.

9         Q.   Okay.  Did you ever call an attorney

10   regarding applying for a patent for DIAC?

11        A.   I don't think with DIAC.  At some point

12   probably earlier than that for something else

13   whatever I had probably called about something.   I

14   knew it was around $10,000.

15        Q.   Okay.  But that conversation one related to

16   DIAC?

17        A.   No, no.

18        Q.   Okay.  You said that -- I'm sorry, I keep

19   screwing up the name of this company, Syntrax?

20        A.   Right.

21        Q.   Made a decision not to go in this direction

22   toward DIAC.  Why not?

23        A.   I was -- it had to do with the TRIAC, so

24   the -- you know, there was a disagreement with the

25   government with the FDA over this being a dietary

Page 84

1    supplement.  They found the IND.  You know, we
2    stopped selling the TRIAC, and I think because of
3    that situation what happened there combined with all
4    the issues that were surrounding the TRIAC it was
5    just determined that DIAC was not worth the risk.  I
6    mean, some things are worth the risk, and it was just
7    determined we were already on the right radar screen.
8    It was just determined it was probably not the right
9    time or place or whatever to move forward with it,
10   so.

11        Q.   You were worried about FDA-compliance
12   issues?

13        A.   Yeah.

14        Q.   Any other reasons?

15        A.   No.  It all had to do with -- if it
16   wouldn't have been for the TRIAC thing -- of course,
17   if it wouldn't have been for that, the DIAC probably
18   wouldn't have been, but if it wouldn't have been for
19   the problems and the lawsuit and everything that
20   surrounded, you know, it was the first time we ever
21   dealt with something like that.  So it's pretty nerve
22   wracking, so with all the stress surrounding that, it
23   just wasn't worth taking a risk that maybe they would
24   look at that, you know.  Especially we were in the
25   limelight here, and they see that.  Then, oh, that's

1   the same thing.  What are you all doing, so we didn't

2   want to get into that again.

3        Q.  Who was involved in that decision?

4        A.  I would've been the ultimate decision

5   maker, but rarely do I make unilateral decisions, so

6   I would've talked to my wife about it.  Probably

7   would've talked to a few people at the office about

8   it.

9        Q.  Brenda Nixon would you have probably talked

10   to her?

11        A.  Yeah, she was aware of most of what was

12   going on at the office at the time, so she would've

13   been part of that discussion probably.

14        Q.  Okay.  We've been using the name DIAC as an

15   abbreviation for diiodothyroacetic acid.  I'll get it

16   by the end of this but for that compound, but DIAC

17   actually has many different forms; correct?

18        A.  Yeah.  I think there's like maybe four

19   isomers or something.  There's quite a few isomers.

20        Q.  Okay.  I don't have a science background.

21   You do have a science background.  When you put two

22   numbers in front of DIAC, what do those numbers

23   signify?

24        A.  Where the iodine atoms where they occur on

25   the structure, the chemical structure.

DEREK CORNELIUS - 2/7/2013

Page 86

```
 1            Q.   Okay.   Why is that important?
 2            A.   It affects activity, so, for instance, all
 3       the research that was done on the DIAC -- we can even
 4       go back to T2.  Most of the research on the T2 is
 5       done on the 3,5, and so usually you have 3,3' and
 6       3,5.  I think there's some they have prime, like a
 7       little prime thing that distinguishes whatever, but
 8       the numbers -- if you look at just the numbers, most
 9       of it's just 3,3' and 3,5.  If you look at T3, it's
10       3,3 5.  So, you know, the three position and another
11       three position for prime and then you have a five.
12       So the -- with the -- even with the T2 you'll have a
13       3,5 and a 3,3'.  Most of the research's done on the
14       3,5  There's one or two studies done on 3,3', and it
15       really didn't show too much -- too much significant
16       activity.  With the DIAC as far as I know, every
17       single study that I've seen is on the 3,5.  I never
18       saw anything on the 3,3', not that I remember or am
19       aware of.  So it's important because it could affect
20       -- it could drastically affect activity.
21            Q.   The location of the isomers can completely
22       change how the raw material actually affects the
23       human body; correct?
24            A.   It's possible.  I'm not saying that's the
25       case, because I've never personally studied a 3,3',
```

1       but that possibility exists.

2            Q.   Okay.   The DIAC that you obtained from

3       Tabak and tested on both yourself and these four to

4       five other people do you know if it was 3,5 DIAC?

5            A.   Yes, it was a 3,5.

6            Q.   Why do you believe it was 3,5?

7            A.   Because that's what I would've asked for.

8            Q.   Why would you have asked for that?

9            A.   Because that's the one that was in all the

10      studies.   There would've been no reason to ask for

11      anything else.   I mean, what I wanted -- the one I

12      wanted was the one what I saw in the studies, in the

13      animal studies, which I was -- which to me was

14      interesting.   That's the one I wanted.   I would've

15      never spent the time or effort on the 3,3' because I

16      didn't see any reason to go after that.

17           Q.   Right.   So the animal studies that you saw

18      were essentially the springboard for this idea

19      correct?

20           A.   Correct.

21           Q.   That why you asked for 3,5 because you

22      remember those studies dealt with 3,5?

23           A.   Correct.

24           Q.   Okay.

25                    (Plaintiff's Exhibit 3 marked for

1    indicated that that company was pretty much out of

2    business; right?

3         A.   No.   That was Syntrax Innovations.

4         Q.   Okay.

5         A.   Yeah.   Idyllic doesn't doing anything

6    directly in the supplement industry or anything like

7    that.   It just does graphics work and like accounting

8    services, basically like business services for

9    companies.

10        Q.   Does it have any other clients other than

11   Creative Compounds?

12        A.   SIO3; Somadyn; Uridia, which is a packaging

13   company; My Daddy's Cheesecake, which is a restaurant

14   in town.   There's some other ones too, but off the

15   top of my head those are the main ones.

16        Q.   Okay.   Are you aware that Creative

17   Compounds asserts that a Ron Kramer is not the proper

18   inventor under the patent at issue here?

19        A.   Yeah.   I guess, yeah, I understand that.

20        Q.   Do you know the basis of Creative

21   Compounds' claim?

22        A.   What do you mean by basis?

23        Q.   Why does Creative Compounds --

24        A.   I believe what I understand is -- again, I

25   don't know the legal reasons and issues, but I

1    believe it's because that information was in -- had
2    been discovered already, was in public use already,
3    public had knowledge of it already, so if that's the
4    case then he's barred, I guess, from, you know, or
5    his patent is unpatentable or whatever.
6         Q.   Okay.   When you say it was in the public
7    use already, is that what you said?
8         A.   Right.
9         Q.   What did you mean by that?
10        A.   Well, I think that has to do with the work
11   that I did or we did back in whatever it was 2000.
12   The work that I did was I guess myself.  I wouldn't
13   call that public, but after that point I believe it
14   became public.  It went to not only my employees.  I
15   talked about it later on the forum.  I told some
16   friends.  Patrick Wong was somebody who was -- he was
17   I believe he was living in St. Louis.  He would come
18   down, and I would talk to him about all the new stuff
19   that I was doing.  He was very interested.  He liked
20   the TRIAC a lot.  I believe some of my employees also
21   -- they were never barred from talking about it or
22   anything like that, but I think believe they also
23   talked to some customers about the DIAC even
24   specifically with some customers.  So again, I don't
25   know, but I believe all of that together.

DEREK CORNELIUS - 2/7/2013

Page 130

1          Q.   Anybody other than Patrick Wong that you
2    specifically remember discussing DIAC with in the
3    2000 to 2003 time range?
4              MR. DEGROOT:   Besides the postings on the
5    forum?
6              MR. COLLINS:   Yes.
7              MR. DEGROOT:   Okay.
8          A.   I believe I talked to other people.  He's
9    the only one I can -- I might have talked -- there's
10   another guy that came in all the time.  I don't
11   remember his name.  It's not Jazz.  I don't remember
12   his name.  It was kind of a funny name.  I used to
13   talk to him a lot about getting the compounds and
14   stuff.  Patrick Wong is the only one I remember
15   talking to about it.
16         Q.   (BY MR. COLLINS)  Patrick Wong do you know
17   where he's employed now?
18         A.   No.  I think he still lives in St. Louis,
19   but I don't know.
20         Q.   Okay.  Why did you talk to him about DIAC
21   in the 2000 to 2003 range?
22         A.   Well, a lot of times something would stay
23   secret until it was to a point where we felt like we
24   were going to market it pretty soon, and I think we
25   got pretty to the point of being able to -- I mean,

1        we got to the decision of actually are we going to

2        actually come out with the product or not.  We

3        decided not to, but once we get to a point where if

4        we moved along further enough with the product, it

5        really -- I think it's actually beneficial to start

6        putting it out to the public, letting the public

7        know, you know, hey, look, we got, you know, start

8        hitting at what's going on, what we're coming out

9        with.  So we really didn't -- I mean, it wasn't at

10       that point any reason to keep it secret.  At that

11       point we wanted to start putting out we got a

12       replacement for TRIAC, this is what it is.  So I told

13       select people.  I mean, we didn't just go out blast

14       it from mountain tops, and I wouldn't want -- I

15       wouldn't give out, you know, who my suppliers were

16       and stuff like that but, I mean, start preparing the

17       public for a new product coming out, what is it, what

18       does it do type of thing.  I think that's the reason

19       why.

20            Q.   Okay.  And here that was just done through

21       word of mouth, correct?

22            A.   Yes.  There was no press release or

23       anything like that.

24            Q.   There was a forum post --

25            A.   Right.

DEREK CORNELIUS - 2/7/2013

Page 132

1      Q.  -- that you seem to remember and then word
2  of mouth with at least Patrick Wong, but as you sit
3  here today, you didn't remember any other customer
4  other than Jazz who you can't remember his name;
5  right?
6      A.  Give me a minute to think.  I can't think
7  of anybody specifically outside of that.
8      Q.  Okay.  Do you remember what you told
9  Patrick Wong regarding the -- regarding DIAC?
10     A.  He was very interested in TRIAC, so I
11 remember talking to him about the DIAC, told him
12 about, you know, the name of the product, very
13 similar to TRIAC, that we'd done tests on it and felt
14 like it worked equivalently.  He was very interested
15 in when we were going to come out with it and that
16 type of thing.  I didn't give him any samples of it
17 or anything like that.  That would've been pretty
18 much about it.  He pretty much took almost every
19 product.  He was very supportive.
20     Q.  Guy's just a good customer; right?
21     A.  Yeah.
22     Q.  He's not a manufacturer?
23     A.  No, no, no.  Good customer.  I got to know
24 him pretty well over the years, so, I mean, I don't
25 want to say friend.  We didn't go out and hang out

Page 138

1    on the server, and I believe we checked those.  And I

2    don't believe we found anything different than these.

3         Q.  Okay.  The bottom e-mail here it's from

4    yourself to Mr. Tabak; do you see that?

5         A.  Yes.

6         Q.  Dated October 24, 2000; correct?

7         A.  Yes.

8         Q.  Okay.  This e-mail you appear to be

9    discussing a potential exclusive on the DIAC; do you

10   see that?

11        A.  Yes.

12        Q.  Okay.  And so that date is October 24,

13   2000.  We talked earlier about some testing you did

14   on some DIAC.  Having reviewed this e-mail and seeing

15   this e-mail chain, do you know if the testing you did

16   on DIAC and the sample you received, the sample of

17   DIAC that you received, would've been prior to this

18   October 24, 2000 date?

19        A.  I'm pretty sure -- I'm pretty sure.  I'm

20   not a hundred percent positive, but I'm pretty sure

21   this was discussed before I got the sample.  I

22   believe this was discussed right away fairly early in

23   the discussions so there wasn't any miscommunications

24   over exclusivity or what the duties were of each

25   party, because there was some confusion on the T2.

Page 160

1          Q.   When you started having discussions with

2    Mr. Tabak about DIAC, did you have any discussions

3    with him about price or price range to the product?

4          A.   Yes.  And obviously starting a new project

5    like this you wouldn't -- I mean, there'd be no

6    reason going down it if it was 20 times more

7    expensive that it should've been or, you know, it

8    reasonably can be to market it, so I never got a

9    specific price, but I had an assurance from him that

10   it would be similar to the T2 and the TRIAC.  I mean,

11   there would be no reason why the DIAC would be ten

12   times higher or anything like that.  It would be in

13   the same range.

14         Q.   Okay.  Can you turn to the page that's

15   marked CREA002?

16         A.   Okay.

17         Q.   Okay.  What is CREA002?

18         A.   An e-mail reply, e-mail from Francisco to

19   me.

20         Q.   Dated what date?

21         A.   October 25, 2000.

22         Q.   Okay.  And let's see, he starts off with a

23   sentence that says, I received your e-mail about DIAC

24   yesterday; correct?

25         A.   Correct.

DEREK CORNELIUS - 2/7/2013

1      Q.   And then in that e-mail I think that's from

2   the previous page you asked for an exclusive on DIAC

3   for nutritional purposes to be sold in the U.S.;

4   correct?

5      A.   Yes.

6      Q.   All right.  And then as you go further on

7   down the e-mail, does Mr. Tabak say to you, however,

8   after all that happened with T2 and the way we both

9   felt about it, I am prepared to give you such an

10  exclusive under the following terms, and then he

11  lists some terms; right?

12     A.   Correct.

13     Q.   And those terms all relate to DIAC;

14  correct?

15     A.   Correct.

16     Q.   All right.

17     A.   Absolutely.

18     Q.   What did you understand this e-mail to be?

19     A.   I believe we had an agreement on an

20  exclusive relationship, and I believe we had an

21  understanding of basically I felt like he was

22  offering to basically sell this to me under these

23  terms and with a price range that we talked about

24  previously.

25     Q.   And did you believe that was an offer that

Page 162

1      you were willing to accept?

2            A.   Yes.

3            Q.   With respect to the testing on DIAC, did

4      your employees have any secrecy agreements in place?

5            A.   No.

6            Q.   Did they have any confidentiality

7      agreements in place?

8            A.   No.

9            Q.   Was there anything in place to keep them

10     from disclosing to anybody else the existence of DIAC

11     or the effects or what the company was going to do

12     with it?

13           A.   No.

14           Q.   When an employee left the company, were

15     there any steps taken to impose any restrictions on

16     what they said about DIAC?

17           A.   No.

18           Q.   At the time of your testing and your

19     discussions about it, did you have any relationship

20     with Mr. Kramer or ThermoLife that required that you

21     keep confidential the information you were learning?

22                MR. COLLINS:   Object to the form.

23           A.   Could you repeat it again?

24           Q.   (BY MR. DEGROOT)   Sure.   Let me rephrase

25     it.   In the latter part of 2000 the first part of

DEREK CORNELIUS – 2/7/2013

1   2011, did you have any confidentiality agreements

2   with Ron Kramer or ThermoLife or Sal Abraham?

3       A.  No.

4       Q.  Did you have any obli -- did you owe them

5   any obligations -- strike that.

6           In late 2000 early 2001, do you believe

7   that you owed Ron Kramer, Sal Abraham, or ThermoLife

8   any obligations to keep confidential the information

9   that you were learning about DIAC?

10      A.  No.

11      Q.  That's it.  That's all I have.

12          MR. COLLINS:  I have no questions.

13          MR. DEGROOT:  Yeah, we'll read.

14              (WHEREIN, the deposition was concluded

15              at 2:47 p.m. and signature was not

16              waived.)

17

18

19

20

21

22

23

24

25