# Exhibit B

Reply   Reply All   Forward

# Diac

**Tolbiac S.R.L. [tolbiacchem@ciudad.com.ar]**
Wednesday, October 25, 2000 11:10 AM

**To:** derek.mo [derek.mo@netzero.net]
**Cc:** Derek Cornelius [derek@mo.freei.net]
**Attachments:** Diac.doc (25 KB) [Open in Browser]

Dear derek

Your e-mail was received yesterday.  Today we received a similar e-mail,
which evidently had some problem in transmission or reception.
Please open the attached Word document with my answer.

Francisco


----- Original Message -----
From: derek.mo <derek.mo@netzero.net>
To: Tolbiac S.R.L. <tolbiacchem@ciudad.com.ar>
Sent: Tuesday, October 24, 2000 12:58 PM
Subject: RE: 3,5-T2


> Dear Francisco,
>
> Thanks for talking to me today.  As per our conversation and to reiterate
> what we talked about before, I would like an exclusive on the DIAC for
> nutritional purposes to be sold in the U.S.  Of course, I will not be able
> to start selling this until the triac issue is resolved in the courts.
>
> Let me know if you agree.
>
> Derek
>
>
>
> _____ NetZero Free Internet Access and Email _____
> Download Now   http://www.netzero.net/download/index.html

CREA-001