# Exhibit C

October 25, 2000

Dear Derek

I received your e-mail about Diac yesterday. There was a similar e-mail dated October 18, which for some unknown reason entered our e-mail system only today. The one I received yesterday came from derek.mo@netzero.net, while the other one dated October 18 and received today came from derek@mo.freei.net. I am sending this answer to both e-mail addresses.

As you surely imagine, giving an exclusive without any actual sales, nor any prospective future sales until the Triac issue is resolved in the courts on a not yet defined date, is not a normal commercial practice.

However, after all that happened with T2, and the way we both felt about it, I am prepared to give you such an exclusive under the following terms:

1) As far as we can control end usage, it will be restricted to Diac used for nutritional purposes in the US.
2) An expiry date for the exclusive should be fixed, with a way to extend it if necessary or convenient.
3) You will give me an idea of how much Diac you estimate you will be using after you launch your product with it. Once your product is in the market, a minimum sales amount should be agreed upon.
4) The exclusive arrangement will not be valid from the moment another firm starts supplies of Diac to the US nutraceutical market. If this occurs you agree to buy only from us if price and quality are comparable to those of any competitor.
5) You will advise us immediately if, for any reason, you drop the Diac project or do not need an exclusive any more.
6) If you have not yet launched your product, there should be some compensation for Tolbiac if we have to reject eventual quotation requests or orders for Diac during the exclusive period. I have not thought about the way to calculate such a compensation; probably the best will be to discuss it when the moment comes.

Please let me have your ideas on this. Once we reach an adequate agreement, I will have to ask the possible future owner of 50% of the company to give his approval.

I will be waiting for your answer
Francisco

CRFA-002