# Exhibit D

Litigation SERVICES
Discovery + Depositions + Decisions

CERTIFIED COPY

Las Vegas
Reno
Carson City

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

RON KRAMER, an Arizona         )
resident; SAL ABRAHAM, a       )
Florida resident;              )
THERMOLIFE INTERNATIONAL       )
LLC, an Arizona limited        )
liability company,             )
                               )
        Plaintiffs,            )
                               )
        vs.                    ) Case No.
                               ) 2:11-cv-01965-PHX-JAT (Lead)
                               ) 2:11-cv-02033-PHX-JAT (Cons)
CREATIVE COMPOUNDS LLC,        )
a Nevada limited               )
liability company,             )
                               )
        Defendant.             )
_____)
                               )
CREATIVE COMPOUNDS LLC         )
a Nevada limited               )
liability company,             )
                               )
        Plaintiff,             )
                               )
        vs.                    )
                               )
RON KRAMER, an Arizona         )
resident; and SAL              )
ABRAHAM, a Florida             )
resident,                      )
                               )
        Defendants.            )

DEPOSITION OF RICHARD NIXON
TAKEN ON BEHALF OF THE PLAINTIFFS
FEBRUARY 7, 2013
(Starting time of the deposition: 9:10 a.m.)

REPORTED BY: JOANNA CHARLTON, RPR, CCR(MO), CSR (IL)
JOB NO. 174594-B

t 702.314.7200
f 702.631.7351
www.litigationservices.com
3770 Howard Hughes Pkwy, Suite 300
Las Vegas, Nevada 89169

```
 1         A.  No.
 2         Q.  Okay.  Did you graduate from high school?
 3         A.  Yes.
 4         Q.  Okay.  What year did you graduate from high
 5   school?
 6         A.  1976.
 7         Q.  And what high school was that?
 8         A.  Kennett High School, Kennett, Missouri.
 9         Q.  What's your current employment?
10         A.  I am a warehouse manager for Idyllic
11   Services.
12         Q.  And what was that company again?
13         A.  Idyllic.
14             MR. DEGROOT:  I-D-Y-L-L-I-C.
15         Q.  (BY MR. COLLINS) Okay.  What does that
16   company do?
17         A.  It's more or less a support company.  We --
18   it's just a warehouse we ship product out.  We
19   prepare products and truck and UPS ground, whatever,
20   and ship it out.
21         Q.  Okay.  Do you know Derek Cornelius?
22         A.  Yes, I do.
23         Q.  How do you know Mr. Cornelius?
24         A.  I used to work for him.
25         Q.  When did you work for him?
```

```
 1         A.   From 1999 till 20 -- last part of 2002.
 2         Q.   And when you say you used to work for him,
 3   did you work for company?
 4         A.   Syntrax Innovations, yes.
 5         Q.   Okay.  Did you have a job title?
 6         A.   Yes.
 7         Q.   What was your -- what was your job?
 8         A.   Again I was the shipping manager there.
 9         Q.   And what responsibilities did you have as
10   shipping manager?
11         A.   I oversaw all incoming and outgoing
12   shipments into the company.  Large or small I was --
13         Q.   Anything else other than shipping that you
14   did for the company?
15         A.   No.
16         Q.   Okay.  And you had that job for roughly
17   three years?
18         A.   Yes.
19         Q.   Okay.  Why did you leave in 2002?
20         A.   The company trademark whatever was sold to
21   SI03, Incorporated.
22         Q.   SI03 --
23         A.   Yes.
24         Q.   -- Inc.  And so as far as you know Syntrax
25   stopped doing business?
```

```
 1    patented by them because it was in prior use.
 2         Q.   Okay.  Are you -- do you know what product
 3    the lawsuit relates to?
 4         A.   Product called DIAC.
 5         Q.   Okay.  Have you heard of the product called
 6    DIAC before?
 7         A.   Yes.
 8         Q.   Okay.  When was the first time you heard of
 9    a product called DIAC?
10         A.   It was in late 2000, early 2001.
11         Q.   And what do you remember about that?
12         A.   We had a previous product that we were
13    selling that we could no longer sell, and Derek
14    wanted to create a new fat-burning type product.  And
15    he got in touch with the same company that we'd
16    gotten the previous stuff from in order to see if he
17    could supply a sample for us of the compound DIAC.
18         Q.   And the information that you just spoke
19    about, the product getting essentially recalled or
20    having some FDA issues, how do you know that
21    information?
22         A.   Because I worked there.
23         Q.   Okay.  Right.
24         A.   I saw them come in and put seizure tapes
25    and stuff on it.
```

```
 1         Q.  So you actually saw the FDA come in?
 2         A.  Right.
 3         Q.  And you were familiar with what products
 4   Syntrax offered?
 5         A.  Right.
 6         Q.  As the shipping manager, you'd see the
 7   product go out?
 8         A.  Right.
 9         Q.  Okay.  And you also would see product come
10   in?
11         A.  Right.
12         Q.  Okay.  So as far as you remember,
13   Mr. Cornelius, Derek, was looking for a new
14   fat-burning type product?
15         A.  Right.
16         Q.  Okay.  And how did DIAC relate to that?
17         A.  Well, like I said, it was -- it was a
18   product that he had been -- he had researched and
19   found somehow or another.  Then he -- we got to
20   talking about that would maybe be another alternative
21   for the fat-burning product.
22         Q.  Okay.  Do you know if Syntrax or Derek
23   Cornelius obtained a sample of DIAC?
24         A.  Yes, I do.
25         Q.  How do you know that?
```

1       A.   Because I'm the one that received it into
2   the building.
3       Q.   Okay.  Do you remember when that was?
4       A.   Like I said, it was -- it was in like I
5   said late 2000, early 2001.  It's been a while.
6       Q.   Right.  And what do you remember about
7   receiving DIAC into the building?
8       A.   Well, like I said, he was -- he had been
9   saying that we have -- he had some sample coming and
10  when it came in to let him know because he wanted to
11  get started on the project as quickly as possible.
12  So when it came in -- like I said, I knew who it was
13  from because we had received prior shipments from the
14  company, and when it came in, I looked at it.  And on
15  the outside of all the incoming shipment boxes
16  there's a package that shows where it came from and
17  has the name of the product on it.
18      Q.   Okay.
19      A.   For customs purposes.
20      Q.   Right.  They have to disclose that to
21  customs?
22      A.   Right.
23      Q.   Tolbiac, S.R.L..
24      A.   Yes.
25      Q.   Do you remember that company?

1   A.   Yes.
2   Q.   The package that we're discussing do you
3   know if it came from that company?
4   A.   I know it did.
5   Q.   Okay.
6   A.   It said right on the address label.  That's
7   why I knew it was that.  That's why I took it to the
8   office and gave it to Derek.
9   Q.   Do you remember what product it said was in
10  the box?
11  A.   There was a product -- he kept calling it
12  DIAC because I guess that's a shorter version, but
13  when I read the label, it said diiodothyroacetic acid
14  or something on it, so I figured that had to be
15  pretty much what he'd been looking for.  So I took it
16  in there and asked him.  He said, yeah, that's what
17  I've been waiting for.  That's for our new diet
18  product.
19  Q.   Okay.  You mentioned that the box said the
20  name of the product?
21  A.   Yes.
22  Q.   And --
23  A.   The package did.
24  Q.   The package, the slip did and that was ten
25  years ago; right?

1          A.   Yes.
2          Q.   And you just testified that you remember
3   that ten years ago the product name that was on the
4   package slip was diiodothyroacetic acid?
5          A.   Something to that effect, yes.
6          Q.   Okay.  Do you remember specifically if it
7   was diiodothyroacetic acid?
8          A.   I remember the acetic acid being in the
9   word, yes.
10         Q.   You remember the acetic acid being in the
11  word?
12         A.   Yes, in the diiodo.
13         Q.   Okay.  Do you remember if there were some
14  numbers before diiodo?
15         A.   There was -- there was numbers, but I can't
16  remember exactly what they were.  All the -- all
17  the -- all those products like that have numbers on
18  them.
19         Q.   Right.  You just don't remember what they
20  were?
21         A.   There's 3.5s on one product and 2.
22  Whatever on the other.  They're just all different
23  numbers that are involved in the chemical makeup of
24  it.
25         Q.   Right.  Again this is ten years ago; right?

1  A. Yes.
2  Q. Okay. And you don't have a science
3  background; correct?
4  A. No.
5  Q. Okay. So when you see a product name on a
6  package, you don't know specifically what that
7  product name means; right?
8  MR. DEGROOT: I'll object to the form,
9  vague. You can answer.
10  A. The only way I do know is because of the
11  fact that we were so close a company. If I was just
12  a person off the street and saw those words, I
13  wouldn't know what they would even include, I mean,
14  but since I had worked with him on formulating some
15  stuff later, now I know what they are. You know what
16  I'm saying?
17  Q. Right.
18  A. But back then I didn't know a whole lot
19  about it, no.
20  Q. Okay. So you received this product in late
21  2000 or early 2001?
22  A. Yes.
23  Q. From a company Tolbiac, S.R.L.?
24  A. S.R.L., yes.
25  Q. What did you do with the package?

1   A.  I took it and handed it to Derek Cornelius,
2   and then he went in his office.
3       Q.  Do you remember anything about that
4   conversation with Mr. Cornelius?
5       A.  Well, other than the fact that, like I
6   said, I asked him was this the product he'd been
7   waiting for.  He said, yes, that's the diet product
8   I've been waiting for, and he opened it up.
9       Q.  Okay.
10      A.  While I was standing there.
11      Q.  And while you were standing there, could
12  you see what was in the package?
13      A.  Yes.
14      Q.  What was in the package?
15      A.  It was a little clear glass vial about the
16  size of my little finger with a powdery substance in
17  it.
18      Q.  Okay.
19      A.  With a label on it.
20      Q.  What color was the powder?
21      A.  It was a light off-cream type color.
22      Q.  You said it had a label?
23      A.  Yes.
24      Q.  Do you remember anything about that label?
25      A.  I -- he had it in his hand.  I didn't see.

1  I knew it had a little label on it. That's all I
2  know.
3     Q. Okay.
4     A. Yeah.
5     Q. You didn't actually read the label?
6     A. No.
7     Q. Okay. Do you remember anything else
8  regarding DIAC during this time period?
9        MR. DEGROOT: I'll object to the form,
10 vague.
11    Q. (BY MR. COLLINS) Go ahead.
12    A. He got the product -- like I say, he got
13 the product in, and then like most -- like most other
14 products he had at the time different ones he would
15 start doing research on the product, of course, and
16 then trying to do trials for the product for
17 different people to try it.
18    Q. Okay. How long after receiving the product
19 did Mr. Cornelius start looking for different people
20 to try it?
21    A. Oh, it was probably a couple of weeks. It
22 wasn't very long at all.
23    Q. Did he just go ask people if they would try
24 the product?
25       MR. DEGROOT: I object to the form, lack of