# Exhibit G

CERTIFIED COPY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

```
Ron Kramer, an Arizona resident;  )
Sal Abraham, a Florida resident;  )
ThermoLife International LLC, an  )
Arizona limited liability         )
company,                          )
                                  )
            Plaintiffs,           )
                                  )   No.
      vs.                         )   2:11-cv-1965-PHX-JAT
                                  )   (Lead)
Creative Compounds LLC, a Nevada  )   2:11-cv-2033-PHX-JAT
limited liability company,        )   (Cons)
                                  )
            Defendant.            )
_____)
                                  )
Creative Compounds LLC, a Nevada  )
limited liability company,        )
                                  )
            Plaintiff,            )
                                  )
      vs.                         )
                                  )
Ron Kramer, an Arizona resident;  )
Sal Abraham, a Florida resident;  )
ThermoLife International LLC, an  )
Arizona limited liability         )
company,                          )
            Defendants.           )
_____)
```

C O N F I D E N T I A L

DEPOSITION OF RON KRAMER

October 25, 2012

ZINA TALLANT, CSR No. 13341
348863




(310) 207-8000 Los Angeles    (415) 433-5777 San Francisco    (949) 955-0400 Irvine        (858) 4__-5444 San Diego
(916) 922-5777 Sacramento     (408) 885-0550 San Jose         (760) 322-2240 Palm Springs  (951) 6__-0606 Riverside
(818) 702-0202 Woodland Hills (212) 808-8500 New York City    (347) 821-4611 Brooklyn      (518) 4__-1910 Albany
(516) 277-9494 Garden City    (914) 510-9110 White Plains     (312) 379-5566 Chicago       (702) __-0500 Las Vegas
           +33 1 70 72 65 26 Paris     +971 4 8137744 Dubai         +852 3693 1522 Hong Kong

| | | |
|---|---|---|
|11:30| 1 | that? |
| | 2 | A    No. |
| | 3 | Q    Okay. |
| | 4 | A    It was conceived in my head.  That's why |
|11:30| 5 | there's no documents. |
| | 6 | Q    Good enough answer.  The answer to the question |
| | 7 | is no, right? |
| | 8 | A    Correct. |
| | 9 | Q    All right.  And when you -- as I am reading |
|11:30| 10 | this interrogatory, "On November 21, 2000, the FDA |
| | 11 | issued a warning to consumers about dietary supplements |
| | 12 | containing thyoid." |
| | 13 | Is that supposed to be thyroid or is thyoid |
| | 14 | right? |
|11:30| 15 | A    It should probably say thyroid. |
| | 16 | Q    Okay.  So let me start from the beginning.  "On |
| | 17 | November 21, 2000, the Federal Drug Administration, FDA, |
| | 18 | issued a warning to consumers about dietary supplements |
| | 19 | containing thyroid hormone ingredient, tiratricol, also |
|11:30| 20 | known as TRIAC or triiodothyroaceptic acid." |
| | 21 | Have I read that correctly? |
| | 22 | A    You read it correctly. |
| | 23 | Q    Okay.  "With the FDA warning consumers about |
| | 24 | the use of TRIAC, Mr. Kramer began work on developing an |
|11:31| 25 | alternative to TRIAC that would have some of the same |

101

RON KRAMER, CONFIDENTIAL

BARKLEY
Court Reporters

| | | |
|---|---|---|
|11:31|1| benefits to -- for consumers. Mr. Kramer contacted |
| |2| Sal Abraham in early 2003 and they worked diligently to |
| |3| develop the invention disclosed in the '533 Patent." |
| |4| Have I read that all correctly? |
|11:31|5| A   Yes. |
| |6| Q   All right. Now, on November 21, 2000, the FDA |
| |7| issues this warning -- |
| |8| A   Uh-huh. |
| |9| Q   -- and you begin working on an alternative. |
|11:31|10| At the time, did you have a complete and so |
| |11| clearly defined, in your mind, invention that one of |
| |12| ordinary skill would have been able to produce the |
| |13| product and reduce it to practice without excessive |
| |14| research or practice at -- on November 21st would they |
|11:32|15| have been able to have -- been able to do -- did you |
| |16| have an idea that somebody skilled in the art would have |
| |17| been able to reduce the practice without extensive |
| |18| research? |
| |19| A   Did I have an idea that someone skilled in the |
|11:32|20| art could reduce this practice to research? I don't get |
| |21| what you're saying. |
| |22| Q   Well, let me see if I can rephrase it for you. |
| |23| A   I appreciate that. |
| |24| Q   I understand that on November 21, 2000, you got |
|11:32|25| the idea that something -- there had to be something. |

102

```
11:32  1       There had to be an alternative to TRIAC that you wanted
       2       to try to pursue, right?
       3            A      Correct.
       4            Q      You didn't know what that was, was it?
11:32  5            A      At the time.
       6            Q      All right.  And you didn't know what that was
       7       going to be for some time, right?
       8            A      Correct.
       9            Q      In fact, is it fair to say that you didn't know
11:33 10       what that something was going to be until you and
      11       Mr. Abraham got together in early 2003 and then did
      12       further work on it?
      13            A      That's not fair to say.
      14            Q      Okay.  When did you -- how soon before you
11:33 15       contacted Mr. Abraham did you have the idea of using
      16       DIAC as -- through direct administration for the
      17       promotion of lean body mass in people with a body mass
      18       index of 25?
      19            A      Before I met Mr. Abraham, I did not have that
11:33 20       idea.
      21            Q      You did not have that idea?
      22            A      Correct.
      23            Q      Okay.
      24            A      That specific idea.
11:34 25            Q      So the idea that was disclosed in the invention
```

```
11:34   1    did not -- I'm sorry.  The idea that was disclosed in
        2    the patent did not coalesce into something that one of
        3    ordinary skill would be able to reduce to practice until
        4    after your agreement with Mr. Abraham in early 2003?
11:34   5         A    That's correct.
        6         Q    And you have no documents corroborating such an
        7    invention before then, right?
        8         A    That's right.
        9         Q    I just have to make some notes to myself, so
11:34  10    bear with me.  All right.
       11              Now, after you started working with Mr. Abraham
       12    in early 2003, do you have any idea of how long it took
       13    for you two to arrive at the conception that is
       14    disclosed in the '533 Patent?
11:35  15         A    How long after meeting Mr. Abraham?
       16         Q    After you entered into this agreement with him
       17    in early -- after you contacted him in early 2003 --
       18         A    Uh-huh.
       19         Q    -- how long after that did you arrive at the
11:36  20    conception of the -- of the invention that is disclosed
       21    in the '533 Patent?
       22         A    Basically, it was finalized when we filed the
       23    patent.
       24         Q    Okay.  I understand it was finalized when you
11:36  25    filed the patent and that would have been in 2004.
```

104

```
11:41   1        Q    You don't understand the question?
        2        A    Yeah.
        3        Q    All right.  As I understand your prior
        4   testimony, from after the time you started working with
11:42   5   Mr. Abraham and started talking about DIAC, there always
        6   required some extensive testing?
        7        A    Yes.
        8        Q    Fair enough.
        9             And it wasn't until after -- when did -- sorry.
11:42  10             After you started working with Mr. Abraham in
       11   early 2003, who first brought up the idea of using the
       12   compositions of DIAC?
       13        A    I think I probably did.
       14        Q    So if we look at claim number 11 to the patent,
11:42  15   it says, "A dietary supplement comprising DIAC."
       16        A    Uh-huh.
       17        Q    Is that something that you came up with after
       18   you started working with Mr. Abraham?
       19        A    Yes.
11:43  20        Q    And do you recall how soon after you started
       21   working with Mr. Abraham that you came up with that
       22   idea?
       23        A    Shortly.  He was -- that was one of the things
       24   that I asked him to help me investigate because, as
11:43  25   you've established, I didn't have a chemistry background
```

109