UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ron Kramer, an Arizona resident; Sal Abraham, a Florida resident; ThermoLife International LLC, an Arizona limited liability company,<br><br>          Plaintiffs,<br><br>v.<br><br>Creative Compounds LLC, a Nevada limited liability company,<br><br>          Defendant. | Case No. 2:11-cv-1965-PHX-JAT (Lead)<br>        2:11-cv-2033-PHX-JAT (Cons)<br><br>**ORDER RE: STIPULATION TO EXTEND DEADLINES TO FILE REPLY TO PLAINTIFF'S RESPONSE TO CREATIVE COMPOUNDS' MOTION FOR SUMMARY JUDGMENT** |
| Creative Compounds LLC, a Nevada limited liability company,<br><br>          Plaintiff,<br><br>v.<br><br>Ron Kramer, an Arizona resident; and Sal Abraham, a Florida resident,<br><br>          Defendants. | |

Pursuant to the Stipulation of the parties (Doc. 60) and good cause shown:

IT IS HEREBY ORDERED that Defendant's Reply to Plaintiffs' Response to Creative Compounds' Motion for Summary Judgment and Defendant's Response to Cross-Motion for Summary Judgment on Creative's Defense of Invalidity Pursuant to §§ 102(a) and (b) are due on June 3, 2013.

Dated this 6th day of May, 2013.

James A. Teilborg
Senior United States District Judge