UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ron Kramer, an Arizona resident; Sal Abraham, a Florida resident; ThermoLife International LLC, an Arizona limited liability company,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>Creative Compounds LLC, a Nevada limited liability company,<br><br>　　　　　　　Defendant. | Case No. 2:11-cv-1965-PHX-JAT (Lead)<br>　　　　　2:11-cv-2033-PHX-JAT (Cons)<br><br>**ORDER** |
| Creative Compounds LLC, a Nevada limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Ron Kramer, an Arizona resident; and Sal Abraham, a Florida resident,<br><br>　　　　　　　Defendants. | |

　　　　Pursuant to the Stipulation of the parties (Doc. 64) and good cause shown:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED that Defendant's Reply to Plaintiffs' Response to Creative Compounds' Motion for Summary Judgment and Defendant's Response to Cross-Motion for Summary Judgment on Creative's Newly Asserted Defense of Invalidity Pursuant to §§ 102(a) and (b) are due by June 12, 2013.

Dated this 6th day of June, 2013.

James A. Teilborg
Senior United States District Judge