UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ron Kramer, an Arizona resident; Sal Abraham, a Florida resident; ThermoLife International LLC, an Arizona limited liability company,<br><br>           Plaintiffs,<br><br>v.<br><br>Creative Compounds LLC, a Nevada limited liability company,<br><br>           Defendant. | Case No. CV 11-1965-PHX-JAT (Lead)<br>        CV 11-2033-PHX-JAT (Cons)<br><br>**ORDER RE: UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT** |
| Creative Compounds LLC, a Nevada limited liability company,<br><br>           Plaintiff,<br><br>v.<br><br>Ron Kramer, an Arizona resident; and Sal Abraham, a Florida resident,<br><br>           Defendants. | |

Pursuant to the unopposed motion of Plaintiffs (Doc. 67):

IT IS HEREBY ORDERED that Plaintiffs Reply in Support of their Cross-Motion for Summary Judgment on Creative's Newly Asserted Defense of Invalidity Pursuant to §§ 102(a) and (b) is due by July 15, 2013.

Dated this 1st day of July, 2013.

James A. Teilborg
Senior United States District Judge

1