Gregory B. Collins (#023158)
Eric B. Hull (#023934)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
Telephone: (480) 421-1001
Facsimile: (480) 421-1002
gbc@kflawaz.com
ebh@kflawaz.com

Attorneys for Plaintiffs Ron Kramer, Sal Abraham, and ThermoLife International LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ron Kramer, an Arizona resident; Sal Abraham, a Florida resident; ThermoLife International LLC, an Arizona limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>Creative Compounds LLC, a Nevada limited liability company,<br><br>Defendant.<br><br>Creative Compounds LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Ron Kramer, an Arizona resident; and Sal Abraham, a Florida resident,<br><br>Defendants. | Case No. 2:11-cv-01965-PHX-JAT (Lead)<br>2:11-cv-02033-PHX-JAT (Cons)<br><br>**RULE 41(a)(1)(A)(ii) JOINT MOTION FOR DISMISSAL OF ONLY COUNT IV WITHOUT PREJUDICE WITH BOTH SIDES TO BEAR THEIR OWN ATTORNEYS' FEES AND COSTS** |

On November 15, 2013, the Court entered an Order on the parties' motions for summary judgment. In the Order, the Court disposed of all claims in this action, except Count IV (false advertising) of Plaintiffs' Ron Kramer, Sal Abraham and ThermoLife International LLC ("Plaintiffs'") Complaint. Pursuant to Rule 41(a)(1)(A)(ii), the parties

1

jointly move to dismiss only Count IV without prejudice with both sides to bear their own attorneys' fees and costs on only Count IV.

DATED this 13th day of December, 2013.

KERCSMAR & FELTUS PLLC

By: *s/ Gregory B. Collins*
   Gregory B. Collins
   Eric B. Hull
   7150 East Camelback Road, Suite 285
   Scottsdale, Arizona 85251
   *Attorneys for Plaintiffs Ron Kramer, Sal Abraham, and ThermoLife International LLC*

LAW OFFICES OFTHOMAS DEGROOT LLC

By: *s/ Thomas DeGroot*
   Thomas DeGroot
   7733 Forsyth Boulevard, Suite 1100
   St. Louis, Missouri 63105
   *Attorney for Defendant Creative Compounds LLC*

## **CERTIFICATE OF SERVICE**

I certify that on December 13, 2013, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing.

Thomas DeGroot
THOMAS DEGROOT LLC
7733 Forsyth Boulevard, Suite 1100
St. Louis, Missouri 63105
*Attorney for Defendant Creative Compounds LLC*

Maria Crimi Speth
Adam S. Kunz
JABURG & WILK PC
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
mcs@jaburgwilk.com
ask@jaburgwilk.com
*Co-counsel for Defendant Creative Compounds LLC*

  *s/Gregory B. Collins*