UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ron Kramer, an Arizona resident; Sal Abraham, a Florida resident; ThermoLife International LLC, an Arizona limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>Creative Compounds LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 2:11-cv-01965-PHX-JAT (Lead)<br>2:11-cv-02033-PHX-JAT (Cons)<br><br>**[PROPOSED] ORDER GRANTING RULE 41(a)(1)(A)(ii) JOINT MOTION FOR DISMISSAL OF ONLY COUNT IV WITHOUT PREJUDICE WITH BOTH SIDES TO BEAR THEIR OWN ATTORNEYS' FEES AND COSTS** |
| Creative Compounds LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Ron Kramer, an Arizona resident; and Sal Abraham, a Florida resident,<br><br>Defendants. | |

The Court, having reviewed the parties Rule 41(a)(1)(A)(ii) Joint Motion for Dismissal of Only Count IV Without Prejudice With Both Sides to Bear Their Own Attorneys' Fees and Costs, and good cause appearing therefor,

Orders that Count IV of Plaintiffs' Complaint is dismissed without prejudice with both sides to bear their own attorneys' fees and costs on only Count IV.