**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ron Kramer, an Arizona resident; Sal Abraham, a Florida resident; ThermoLife International LLC, an Arizona limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>Creative Compounds LLC, a Nevada limited liability company,<br><br>Defendant. | CV 11-01965-PHX-JAT (Lead)<br><br>CV 11-02033-PHX-JAT (Cons)<br><br>**ORDER GRANTING RULE 41(a)(1)(A)(ii) JOINT MOTION FOR DISMISSAL OF ONLY COUNT IV WITHOUT PREJUDICE WITH BOTH SIDES TO BEAR THEIR OWN ATTORNEYS' FEES AND COSTS** |
| Creative Compounds LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Ron Kramer, an Arizona resident; and Sal Abraham, a Florida resident,<br><br>Defendants. | |

The Court, having reviewed the parties' Rule 41(a)(1)(A)(ii) Joint Motion for Dismissal of Only Count IV Without Prejudice With Both Sides to Bear Their Own Attorneys' Fees and Costs,

IT IS ORDERED that Joint Motion (Doc. 79) is granted such that Count IV (only) of Plaintiffs' Complaint in CV 11-1965-PHX-JAT is dismissed without prejudice with both sides to bear their own attorneys' fees and costs on only Count IV.

IT IS FURTHER ORDERED that, as a result of this dismissal, the Final Pretrial

Conference set for March 25, 2014 is vacated.

IT IS FINALLY ORDERED that the Clerk of the Court shall convert the notice at Doc. 78 to a motion for entry of final judgment.

Dated this 16th day of December, 2013.

_____
James A. Teilborg
Senior United States District Judge