Thomas DeGroot (admitted *pro hac*)
LAW OFFICES OF THOMAS DEGROOT, LLC
1926 Chouteau Ave,
Saint Louis, MO 63103
Telephone: (314) 449-6616
Facsimile: (314) 726-7607
tom@degrootlaw.net

Maria Crimi Speth
Adam S. Kunz
Jaburg & Wilk, P.C.
3200 N. Central Ave., Suite 2000
Phoenix, AZ 85012

Attorneys for Defendant Creative Compounds, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ron Kramer, an Arizona resident; Sal Abraham, a Florida resident; ThermoLife International LLC, an Arizona limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>Creative Compounds LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 2:11-cv-1965-PHX-JAT (Lead)<br>2:11-cv-2033-PHX-JAT (Cons)<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT** |
| Creative Compounds LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Ron Kramer, an Arizona resident; and Sal Abraham, a Florida resident,<br><br>Defendants. | |

Notice is hereby given that Creative Compounds, LLC ("Creative"), defendant in the lead case and plaintiff in the consolidated case referenced above, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Court's Order, dated

November 15, 2013 (Doc. 71) and final Judgment (Doc. 81), entered in this action on the 3rd day of January, 2014.

Dated: February 3, 2014

/s/ Thomas DeGroot
Thomas J. DeGroot (admitted *pro hac vice*)
LAW OFFICES OF THOMAS DEGROOT, LLC
1926 Chouteau Ave.
Saint Louis, MO 63103
314-449-6616
314-726-7607 (fax)
tom@degrootlaw.com

Maria Crimi Speth
Adam S. Kunz
Jaburg & Wilk, P.C.
3200 N. Central Ave., Suite 2000
Phoenix, AZ 85012

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2014, I electronically transmitted the foregoing to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following:

Gregory B. Collins (#023158)
Jenessa G. B. Coccaro (#027090)
KERCSMAR & FELTUS PLLC
6263 North Scottsdale Road, Suite 320
Scottsdale, Arizona 85250
Telephone: (480) 421-1001
Facsimile: (480) 421-1002
gbc@kflawaz.com
jbc@kflawaz.com
Counsel for Defendant

By: /s/ Thomas DeGroot