UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*Kramer et al v. Creative Compounds LLC*

Case No. 2:11-cv-01965-JAT (Lead)

Case No. 2:11-cv-02033-PHX-JAT (Cons)

**EXHIBIT INDEX TO**

**RON KRAMER AND SAL ABRAHAM'S AMENDED MOTION FOR AWARD OF ATTORNEYS' FEES AND NON-TAXABLE EXPENSES**

| | |
|---|---|
| 1. | Declaration of Gregory B. Collins |
| 2. | Excerpts of Corey McNeely deposition transcript |
| 3. | Email (8/26/12) from G. Collins to T. DeGroot |
| 4. | Email (10/2/12) from G. Collins to T. DeGroot |
| 5. | Email (10/19/12) from T. DeGroot to G. Collins |
| | |

# EXHIBIT 1

1    Gregory B. Collins (#023158)
     Eric B. Hull (#023934)
2    KERCSMAR & FELTUS PLLC
     7150 East Camelback Road, Suite 285
3    Scottsdale, Arizona 85251
     Telephone: (480) 421-1001
4    Facsimile: (480) 421-1002
     gbc@kflawaz.com
5    ebh@kflawaz.com

6    Attorneys for Plaintiffs Ron Kramer, Sal Abraham, and
     ThermoLife International LLC
7

8              UNITED STATES DISTRICT COURT

9              FOR THE DISTRICT OF ARIZONA

10

11   Ron Kramer, an Arizona resident; Sal       Case No. 2:11-cv-01965-PHX-JAT (Lead)
     Abraham, a Florida resident; ThermoLife            2:11-cv-02033-PHX-JAT (Cons)
12   International LLC, an Arizona limited li-
     ability company,

13              Plaintiffs,                       **DECLARATION OF
                                                  GREGORY B. COLLINS**
14   v.

15   Creative Compounds LLC, a Nevada
     limited liability company,
16
                Defendant.
17

18   Creative Compounds LLC, a Nevada
     limited liability company,
19
                Plaintiff,
20
     v.
21
     Ron Kramer, an Arizona resident; and
22   Sal Abraham, a Florida resident,

23              Defendants.

24

25        I, Gregory B. Collins, hereby declare and state as follows:

26        1.    I am a partner with Kercsmar & Feltus PLLC. I make this Declaration of

27   my own knowledge, and I am competent to testify to the matters contained herein.

28

2.     Plaintiffs' Ron Kramer, Sal Abraham and ThermoLife International LLC, (collectively, "Plaintiffs'") agreement with my firm concerning attorneys' fees and costs is that, they are billed for all attorneys' fees, paralegal time, out-of-pocket costs, and expenses as they are incurred. These costs include filing fees, messenger services, computerized legal research, and other expenses such as mediators' fees. Under the fee agreement, Plaintiffs were billed on an hourly basis. The hourly rates charged to varied depending upon which legal professional performed the work. Plaintiffs have already paid for the vast majority of the fees and costs expended.

3.     I am the attorney with primary responsibility for handling the issues raised in this matter. My billing rate for this matter was $300 per hour. I practice primarily in the area intellectual property and commercial litigation. I have been practicing in Arizona since 2004. Prior to starting with Kercsmar & Feltus, in September 2007, I was an associate with Snell & Wilmer L.L.P. between September 2004 and September 2007. I graduated *cum laude* from the University Of Arizona James E. Rogers School Of Law. I have litigated a number of disputes involving patent infringement such as those involved in this litigation. Based upon my knowledge and experience, I believe that my hourly rate in this matter is significantly less than would be charged by a lawyer with similar experience and credentials in a similar matter.

4.     In order to represent Plaintiffs in the most cost-efficient manner possible, Kercsmar & Feltus utilized the services of partner Geoffrey S. Kercsmar, associate Eric B. Hull, and paralegal Jennifer R. Caccavale.

5.     The billing rate for Geoffrey S. Kercsmar for this matter is $350.00 per hour. Mr. Kercsmar has practiced law for fifteen years, thirteen in the state of Arizona, concentrating primarily in intellectual property and complex commercial litigation. Mr. Kercsmar graduated in 1998 from Penn State University's Dickinson School of Law. He has worked at the firms of Richards, Layton & Finger and Snell & Wilmer. Mr. Kercsmar has litigated many disputes regarding issues such as those involved in this litigation.

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

2

6.      The billing rate for Eric B. Hull's time for this matter was $230.00 per hour, based upon his experience and training. Mr. Hull graduated with high distinction in 2005 from the University of Iowa College of Law, and previously practiced at Bryan Cave LLP. In Mr. Hull's seven plus years as an attorney in Arizona, Mr. Hull has concentrated primarily in litigation.

6.      The billing rate for Jennifer Caccavale for this matter is $150.00. Ms. Caccavale is a certified paralegal who has twelve years of experience in the legal field, and has previously worked for Snell & Wilmer as well as the Arizona Attorney General's Office.

7.      The documents attached as Exhibit A are the contemporaneous billing records prepared and maintained by Kercsmar & Feltus in the regular course of business for the time spent on this matter. Each of the statements in Exhibit A set forth hours of attorney and paraprofessional time (in tenths of an hour).[1] Exhibit A represents fees actually billed to Plaintiffs and which they paid or agreed to pay.

8.      I believe the services performed and the fees charged by Kercsmar & Feltus were necessary and reasonable in view of the nature of the issues raised in this litigation. I have reviewed and approved the time and charges set forth in the time-based itemized statement. Adjustments have been made to the amount billed to the Plaintiffs, where appropriate. These adjustments include time that was worked by attorneys and paraprofessionals on this matter that was not billed to the client. The total time worked on this matter that was not billed to the client during this litigation was 45.2 hours, which would have resulted in $11,513 in additional attorneys' fees and costs. Furthermore, several individuals from my offices, other than the three individuals identified above assisted in this litigation. Although the clients were billed for this time, Plaintiffs have not sought to collect these fees in any attorneys' fee award here. The reasonable attorneys' fees in-

---

[1] Billing entries for fees not sought in this attorneys' fee application have been redacted from Exhibit A.

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

3

curred on Plaintiffs' behalf, including paraprofessional time, and which are sought by Plaintiffs are $81,508.00.

I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT.

EXECUTED this 17th day of January, 2014.

KERCSMAR & FELTUS PLLC

By _____

Gregory B. Collins
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
*Attorneys for Plaintiffs Ron Kramer, Sal Abraham, and ThermoLife International LLC*

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

4

# EXHIBIT A

**Keresmar & Feltus, PLLC**
6263 N. Scottsdale, Suite 320
Scottsdale, AZ  85250
Telephone: 480-421-1001
Fax: 480-421-1002

October 3, 2011
Invoice No. 2271

ThermoLife
c/o Ron Kramer
3941 E. Chandler Blvd., #106-212
Phoenix, AZ  85048

Client Number:    101107 ThermoLife
Matter Number     0406  ThermoLife v. Creative Compounds
**For Services Rendered Through 9/30/2011.**

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/28/2011 | GBC | Analyze and review lawsuit that was filed in in Missiouri; telephone conference with B. Udall and R. Kramer re same; conduct Westlaw research re first filed complaint rule | 4.90 | $1,470.00 |
| 09/29/2011 | GBC | Conduct Westlaw research re first filed complaint rule; work on complaint for filing in Arizona; telephone conference with R. Kramer re same | 8.40 | $2,520.00 |
| 09/30/2011 | GBC | Work on complaint; conduct Westlaw research re moving to dismiss Missiouri action for lack of personal jurisdiction; conduct Westlaw research re assignment of patent after litigation has begun; conduct Westlaw research re anticipatory filing of complaint; email conference wtih R. Kramer re same | 5.40 | $1,620.00 |

| | | **Billable Hours / Fees:** | 18.70 | $5,610.00 |

### Timekeeper Summary

Timekeeper GBC worked 18.70 hours at $300.00 per hour, totaling $5,610.00.

Continued On Next Page

Client Number:     101107

Matter Number:    0406

| | |
|---|---|
| Prior Balance: | $0.00 |
| Payments Received: | $0.00 |
| Current Fees: | $5,610.00 |
| Advanced Costs: | $0.00 |
| Amount to be Applied from Trust: | ($5,610.00) |
| TOTAL AMOUNT DUE: | $0.00 |

If You Have Any Questions About This Bill,
Please Contact Us At Your Earliest Convenience.
Thank You For Your Prompt Payment.

Tax ID 26-311528

Continued On Next Page

Client Number:     101107
Matter Number:     0406

10/03/2011
Page:   3

TRUST ACTIVITY RECAP

| Date | Description | Deposit | Withdrawal | Balance |
|------|-------------|---------|------------|---------|
| | | | | $0.00 |
| 10/03/2011 | Transfer of retainer from Gaspari matter | $5,610.00 | | $5,610.00 |
| 10/03/2011 | Trust monies to be applied to this bill. | | $5,610.00 | $0.00 |

**Kercsmar & Feltus, PLLC**
6263 N. Scottsdale, Suite 320
Scottsdale, AZ 85250
Telephone: 480-421-1001
Fax: 480-421-1002

November 1, 2011
Invoice No. 2363

ThermoLife
c/o Ron Kramer
3941 E. Chandler Blvd., #106-212
Phoenix, AZ 85048

Client Number:   101107 ThermoLife
Matter Number   0406 ThermoLife v. Creative Compounds
**For Services Rendered Through 10/31/2011.**

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/06/2011 | GSK | Work on complaint; meeting with G. Collins re same | 0.90 | $315.00 |
| 10/06/2011 | GBC | Work on complaint; meet with G. Kersmar re same; conduct Westlaw research re damages in patent infringment action where the invenors bring suit | 4.40 | $1,320.00 |
| 10/07/2011 | GBC | Work on Complaint; finalize and file same | 1.10 | $330.00 |
| 10/11/2011 | GBC | Telephone conference with counsel for Creative Compounds; telephone conference with R. Kramer re same; conduct research re transferring case | 1.50 | $450.00 |
| 10/12/2011 | GBC | Analyze and review draft motion to transfer case; work on same; email conference with counsel for Creative Compounds re same | 2.20 | $660.00 |
| 10/19/2011 | GBC | Email conference with opposing counsel re Rule 16 conference; analyze and reveiw rule re same | 0.50 | $150.00 |
| | | **Billable Hours / Fees:** | 10.60 | $3,225.00 |

### Timekeeper Summary

Timekeeper GBC worked 9.70 hours at $300.00 per hour, totaling $2,910.00.
Timekeeper GSK worked 0.90 hours at $350.00 per hour, totaling $315.00.

Continued On Next Page

Client Number:    101107
Matter Number:    0406

<div style="text-align:right">11/01/2011<br>Page:   2</div>

## Payment Detail

| Date | Description | Amount |
|------|-------------|--------|
| 10/04/2011 | Monies applied from trust to invoice #: 2271 | ($5,610.00) |
| | Total Payments Received: | ($5,610.00) |

| | | |
|---|---|---|
| Prior Balance: | $5,610.00 | Last Payment:   10/04/2011 |
| Payments Received: | ($5,610.00) | |
| Current Fees: | $3,225.00 | |
| Advanced Costs: | $0.00 | |
| Amount to be Applied from Trust: | ($3,225.00) | |
| TOTAL AMOUNT DUE: | $0.00 | |

If You Have Any Questions About This Bill,
Please Contact Us At Your Earliest Convenience.
Thank You For Your Prompt Payment.

Tax ID 26-311528

Continued On Next Page

Client Number:    101107
Matter Number:    0406

11/01/2011
Page:   3

TRUST ACTIVITY RECAP

| Date | Description | Deposit | Withdrawal | Balance |
|------|-------------|---------|------------|---------|
| | | | | $0.00 |
| 10/03/2011 | Transfer of retainer from Gaspari matter | $5,610.00 | | $5,610.00 |
| 10/04/2011 | Trust money applied to invoice: 2271 | | $5,610.00 | $0.00 |
| | Our Check:    3212    Payee:    Kerosmar & Feitus PLLC | | | |
| 11/01/2011 | Transfer of retainer from Gaspari | $3,225.00 | | $3,225.00 |
| 11/01/2011 | Trust monies to be applied to this bill. | | $3,225.00 | $0.00 |

**Keresmar & Feltus, PLLC**
6263 N. Scottsdale, Suite 320
Scottsdale, AZ 85250
Telephone: 480-421-1001
Fax: 480-421-1002

December 2, 2011
Invoice No. 2390

ThermoLife
c/o Ron Kramer
3941 E. Chandler Blvd., #106-212
Phoenix, AZ 85048

Client Number:   101107  ThermoLife
Matter Number    0406  ThermoLife v. Creative Compounds
For Services Rendered Through 11/30/2011.

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/02/2011 | GBC | Conduct Westlaw research re Creative Compounds invalidity defense; prepare for Rule 16 conference; telephone opposing counsel re Rule 16 conference; prepare email confirming opposing counsel's failure to attend same | 2.00 | $600.00 |
| 11/03/2011 | JBC | Meeting with G. Collins re patent claims and Rule 26(f) conference | 0.50 | $0.00  N/C |
| 11/03/2011 | GBC | Work on answer to Creative Compounds complaint; finalize and file same | 4.50 | $1,350.00 |
| 11/21/2011 | GBC | Telephone conference with A. Kunz re death of M. Rosenberg; email conference with R. Kramer re same; meet with J. Coccaro and G. Keresamr re same | 1.00 | $0.00  N/C |
| 11/22/2011 | GBC | Telephone conference with R. Kramer re case; telephone conference with A. Kunz re same; confirm conversation with email re same | 0.80 | $240.00 |
| 11/23/2011 | GBC | Telephone conference with A. Kunz | 0.30 | $90.00 |
| 11/29/2011 | GBC | Telephone conference with A. Kunz and court's assistant re death of M. Rosenberg; work on filing requesting brief extension because of same | 2.50 | $750.00 |
| 11/30/2011 | GBC | Work on memorandum to court re death of M. Rosenberg; finalize and file same; review order re same | 0.50 | $150.00 |

Continued On Next Page

Client Number:  101107
Matter Number:  0406

12/02/2011
Page:  2

| | Billable Hours / Fees: | 10.60 | $3,180.00 |

## Timekeeper Summary

Timekeeper GBC worked 10.60 hours at $300.00 per hour, totaling $3,180.00.

Timekeeper GBC worked 1.00 hours at no charge.

Timekeeper JBC worked 0.50 hours at no charge.

## Payment Detail

| Date | Description | Amount |
|------|-------------|--------|
| 11/02/2011 | Monies applied from trust to invoice #: 2363 | ($3,225.00) |
| | Total Payments Received: | ($3,225.00) |

| | | | | |
|---|---|---|---|---|
| Prior Balance: | $3,225.00 | Last Payment: | 11/02/2011 |
| Payments Received: | ($3,225.00) | | |
| Current Fees: | $3,180.00 | | |
| Advanced Costs: | $0.00 | | |
| Amount to be Applied from Trust: | ($3,180.00) | | |
| TOTAL AMOUNT DUE: | $0.00 | | |

If You Have Any Questions About This Bill,
Please Contact Us At Your Earliest Convenience.
Thank You For Your Prompt Payment.

Tax ID 26-3115258

Continued On Next Page

Client Number:     101107
Matter Number:     0406

12/02/2011
Page:  3

## TRUST ACTIVITY RECAP

| Date | Description | | | | Deposit | Withdrawal | Balance |
|------|-------------|--|--|--|---------|------------|---------|
| | | | | | | | $0.00 |
| 11/01/2011 | Transfer of retainer from Gaspari | | | | $3,225.00 | | $3,225.00 |
| 11/02/2011 | Trust money applied to invoice: 2363 | | | | | $3,225.00 | $0.00 |
| | Our Check: | 3235 | Payee: | Keresmar & Feltus PLLC | | | |
| 12/01/2011 | Transfer of retainer from Gaspari matter | | | | $3,180.00 | | $3,180.00 |
| 12/02/2011 | Trust monies to be applied to this bill. | | | | | $3,180.00 | $0.00 |

**Keresmar & Feltus, PLLC**
6263 N. Scottsdale, Suite 320
Scottsdale, AZ 85250
Telephone: 480-421-1001
Fax: 480-421-1002

January 3, 2012
Invoice No. 2530

ThermoLife
c/o Ron Kramer
3941 E. Chandler Blvd., #106-212
Phoenix, AZ 85048

Client Number:    101107 ThermoLife
Matter Number     0406 ThermoLife v. Creative Compounds
For Services Rendered Through 12/31/2011.

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/16/2011 | GBC | Work on letter to Creative Compounds making settlement offer; finalize and send same | 0.50 | $150.00 |
| | | **Billable Hours / Fees:** | **0.50** | **$150.00** |

### Timekeeper Summary

Timekeeper GBC worked 0.50 hours at $300.00 per hour, totaling $150.00.

## Cost Detail

| Date | Description | Amount | Check No. |
|------|-------------|--------|-----------|
| 12/29/2011 | Filing fee for complaint<br>**Payee:** GREG COLLINS | $350.00 | 3142 |
| | **Total Costs** | **$350.00** | |

## Payment Detail

| Date | Description | Amount |
|------|-------------|--------|
| 12/02/2011 | Monies applied from trust to Invoice #: 2390 | ($3,180.00) |
| | **Total Payments Received:** | **($3,180.00)** |

Continued On Next Page

Client Number:  101107
Matter Number:  0406

01/03/2012
Page:  2

| Prior Balance: | $3,180.00 |
| Payments Received: | ($3,180.00) |
| Current Fees: | $150.00 |
| Advanced Costs: | $350.00 |
| Amount to be Applied from Trust: | ($500.00) |
| TOTAL AMOUNT DUE: | $0.00 |

Last Payment:   12/02/2011

If You Have Any Questions About This Bill,
Please Contact Us At Your Earliest Convenience.
Thank You For Your Prompt Payment.

Tax ID 26-3115258

Continued On Next Page

Client Number:       101107
Matter Number:       0406

01/03/2012
Page:   3

TRUST ACTIVITY RECAP

| Date | Description | | | Deposit | Withdrawal | Balance |
|------|-------------|---|---|---------|------------|---------|
| | | | | | | $0.00 |
| 12/01/2011 | Transfer of retainer from Gaspari matter | | | $3,180.00 | | $3,180.00 |
| 12/02/2011 | Trust money applied to invoice: 2390 | | | | $3,180.00 | $0.00 |
| | Our Check: | 3255 | Payee: | Keresmar & Feltus PLLC | | |
| 01/03/2012 | Transfer of retainer from Gaspari | | | $500.00 | | $500.00 |
| 01/03/2012 | Trust monies to be applied to this bill. | | | | $500.00 | $0.00 |

**Keresmar & Feltus, PLLC**
6263 N. Scottsdale, Suite 320
Scottsdale, AZ 85250
Telephone: 480-421-1001
Fax: 480-421-1002

February 6, 2012
Invoice No. 2686

ThermoLife
c/o Ron Kramer
3941 E. Chandler Blvd., #106-212
Phoenix, AZ 85048

Client Number:   101107 ThermoLife
Matter Number    0406 ThermoLife v. Creative Compounds
**For Services Rendered Through 1/31/2012.**

## Fees

| Date | Timekeeper | Description | Hours | Amount | |
|------|-----------|-------------|-------|--------|---|
| 01/04/2012 | GBC | Email conference with opposing counsel T. DeGroot; email conference with R. Kramer re same | 0.30 | $90.00 | |
| 01/06/2012 | GBC | Email conference with opposing counsel re settlement offer | 0.40 | $120.00 | |
| 01/12/2012 | JRC | Compile and forward pending deadlines to attorney G. Collins | 0.10 | $0.00 | N/C |
| 01/16/2012 | GBC | Email conference with opposing counsel to set up Rule 16 conference | 0.30 | $90.00 | |
| 01/17/2012 | GBC | Prepare for and conduct Rule 16 conference | 0.80 | $240.00 | |
| 01/20/2012 | GBC | Work on case management memorandum; email conference with R. Kramer re same; email conference with opposing counsel re same | 3.00 | $900.00 | |
| 01/24/2012 | GBC | Telephone conference with opposing counsel re discovery plan; work on joint case managment plan | 0.80 | $240.00 | |
| 01/27/2012 | GBC | Anlayze and review Creative Compounds' edits to joint case management plan; work on same; email conference with R. Kramer re same; finalize and file same | 1.10 | $330.00 | |

**Billable Hours / Fees:**   6.70   $2,010.00

Continued On Next Page

Client Number:   101107
Matter Number:   0406

<div style="text-align: right">
02/06/2012
Page:  2
</div>

## Timekeeper Summary

Timekeeper GBC worked 6.70 hours at $300.00 per hour, totaling $2,010.00.

Timekeeper JRC worked 0.10 hours at no charge.

## Payment Detail

| Date | Description | Amount |
|------|-------------|--------|
| 01/04/2012 | Monies applied from trust to invoice #: 2530 | ($150.00) |
| 01/04/2012 | Monies applied from trust to invoice #: 2530 | ($350.00) |
| | Total Payments Received: | ($500.00) |

| | | |
|---|---|---|
| Prior Balance: | $500.00 | Last Payment:   01/04/2012 |
| Payments Received: | ($500.00) | |
| Current Fees: | $2,010.00 | |
| Advanced Costs: | $0.00 | |
| Amount to be Applied from Trust: | ($2,010.00) | |
| TOTAL AMOUNT DUE: | $0.00 | |

If You Have Any Questions About This Bill,
Please Contact Us At Your Earliest Convenience.
Thank You For Your Prompt Payment.

Tax ID 26-3115258

Continued On Next Page

Client Number:     101107
Matter Number:     0406

02/06/2012
Page:   3

## TRUST ACTIVITY RECAP

| Date | Description | Deposit | Withdrawal | Balance |
|------|-------------|---------|------------|---------|
| | | | | $0.00 |
| 01/03/2012 | Transfer of retainer from Gaspari | $500.00 | | $500.00 |
| 01/04/2012 | Trust money applied to invoice: 2530 | | $500.00 | $0.00 |
| | Our Check:     3270     Payee:     Kerosmar & Feltus PLLC | | | |
| 02/06/2012 | Transfer of retainer from Gaspari | $2,010.00 | | $2,010.00 |
| 02/06/2012 | Trust monies to be applied to this bill. | | $2,010.00 | $0.00 |

**Keresmar & Feltus, PLLC**
6263 N. Scottsdale, Suite 320
Scottsdale, AZ 85250
Telephone: 480-421-1001
Fax: 480-421-1002

March 2, 2012
Invoice No. 2755

ThermoLife
c/o Ron Kramer
3941 E. Chandler Blvd., #106-212
Phoenix, AZ 85048

Client Number:   101107 ThermoLife
Matter Number:   0406 ThermoLife v. Creative Compounds
**For Services Rendered Through 2/29/2012.**

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/06/2012 | GBC | | 2.50 | $750.00 |
| 02/16/2012 | GBC | | 0.40 | $120.00 |
| 02/17/2012 | GBC | Email conference with opposing counsel re requet for extension of date to exchange disclosure statements | 0.30 | $90.00 |
| 02/23/2012 | GBC | Work on initial disclosure statement | 1.00 | $300.00 |
| 02/27/2012 | JBC | Work on notice of service for initial disclosure statement | 0.20 | $42.00 |
| 02/27/2012 | GBC | Finalize initial disclosure statement | 0.50 | $150.00 |
| | | **Billable Hours / Fees:** | **4.90** | **$1,452.00** |

### Timekeeper Summary

Timekeeper GBC worked 4.70 hours at $300.00 per hour, totaling $1,410.00.

Timekeeper JBC worked 0.20 hours at $210.00 per hour, totaling $42.00.

Continued On Next Page

Client Number:   101107
Matter Number:   0406

03/02/2012
Page:   2

## Payment Detail

| Date | Description | Amount |
|------|-------------|--------|
| 02/06/2012 | Monies applied from trust to invoice #: 2686 | ($2,010.00) |
| | Total Payments Received: | ($2,010.00) |

| | | |
|---|---|---|
| Prior Balance: | $2,010.00 | Last Payment:   02/06/2012 |
| Payments Received: | ($2,010.00) | |
| Current Fees: | $1,452.00 | |
| Advanced Costs: | $0.00 | |
| Amount to be Applied from Trust: | ($1,452.00) | |
| TOTAL AMOUNT DUE: | $0.00 | |

If You Have Any Questions About This Bill,
Please Contact Us At Your Earliest Convenience.
Thank You For Your Prompt Payment.

Tax ID 26-3115258

Continued On Next Page

Client Number:     101107
Matter Number:     0406

03/02/2012
Page:   3

## TRUST ACTIVITY RECAP

| Date | Description | | | Deposit | Withdrawal | Balance |
|------|-------------|--|--|---------|------------|---------|
| | | | | | | $0.00 |
| 02/06/2012 | Transfer of retainer from Gaspari | | | $2,010.00 | | $2,010.00 |
| 02/06/2012 | Trust money applied to invoice: 2686 | | | | $2,010.00 | $0.00 |
| | Our Check: | 3293 | Payee:  Kerosmar & Feltus PLLC | | | |
| 03/02/2012 | Transfer of retainer from Gaspari | | | $1,452.00 | | $1,452.00 |
| 03/02/2012 | Trust monies to be applied to this bill. | | | | $1,452.00 | $0.00 |

**Keresmar & Feltus, PLLC**
6263 N. Scottsdale, Suite 320
Scottsdale, AZ 85250
Telephone: 480-421-1001
Fax: 480-421-1002

May 1, 2012
Invoice No. 2918

ThermoLife
c/o Ron Kramer
3941 E. Chandler Blvd., #106-212
Phoenix, AZ 85048

Client Number:   101107  ThermoLife
Matter Number:   0406  ThermoLife v. Creative Compounds
For Services Rendered Through 4/30/2012.

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/23/2012 | JAG | Work on first request for production and first set of interrogatories | 2.20 | $440.00 |
| 04/23/2012 | GBC | Work on settlement letter | 2.00 | $600.00 |
| 04/24/2012 | JAG | Work on first request for production of documents and first set of interrogatories | 3.50 | $700.00 |
| 04/26/2012 | JAG | Work on first request for production of documents and first set of interrogatories | 2.00 | $0.00  N/C |
| 04/27/2012 | JAG | Work on first request for production of documents and first set of interrogatories | 0.50 | $0.00  N/C |
| 04/27/2012 | GBC | Work on settlement offer letter to Creative Compounds; work on discovery requests; email conference with R. Kramer re same | 3.80 | $1,140.00 |

|  |  | **Billable Hours / Fees:** | **11.50** | **$2,880.00** |

## Timekeeper Summary

Timekeeper GBC worked 5.80 hours at $300.00 per hour, totaling $1,740.00.
Timekeeper JAG worked 5.70 hours at $200.00 per hour, totaling $1,140.00.
Timekeeper JAG worked 2.50 hours at no charge.

Continued On Next Page

Client Number:    101107
Matter Number:    0406

05/01/2012
Page:   2

## Payment Detail

| Date | Description | Amount |
|------|-------------|--------|
| 03/04/2012 | Monies applied from trust to invoice #: 2755 | ($1,452.00) |
| | Total Payments Received: | ($1,452.00) |

| | | | |
|---|---|---|---|
| Prior Balance: | $1,452.00 | Last Payment: | 03/04/2012 |
| Payments Received: | ($1,452.00) | | |
| Current Fees: | $2,880.00 | | |
| Advanced Costs: | $0.00 | | |
| Amount to be Applied from Trust: | ($2,880.00) | | |
| TOTAL AMOUNT DUE: | $0.00 | | |

If You Have Any Questions About This Bill,
Please Contact Us At Your Earliest Convenience.
Thank You For Your Prompt Payment.

Tax ID 26-3115258

Continued On Next Page

Client Number:     101107
Matter Number:     0406

05/01/2012
Page:   3

TRUST ACTIVITY RECAP

| Date | Description | | | Deposit | Withdrawal | Balance |
|------|-------------|---|---|---------|------------|---------|
| | | | | | | $0.00 |
| 03/02/2012 | Transfer of retainer from Gaspari | | | $1,452.00 | | $1,452.00 |
| 03/04/2012 | Trust money applied to invoice: 2755 | | | | $1,452.00 | $0.00 |
| | Our Check: | 3314 | Payee: Kerosmar & Feltus PLLC | | | |
| 05/01/2012 | Transfer of retainer from Gaspari | | | $2,880.00 | | $2,880.00 |
| 05/01/2012 | Trust monies to be applied to this bill. | | | | $2,880.00 | $0.00 |

**Keresmar & Feltus, PLLC**
6263 N. Scottsdale, Suite 320
Scottsdale, AZ 85250
Telephone: 480-421-1001
Fax: 480-421-1002

June 4, 2012
Invoice No. 3013

ThermoLife
c/o Ron Kramer
3941 E. Chandler Blvd., #106-212
Phoenix, AZ 85048

Client Number:   101107  ThermoLife
Matter Number    0406  ThermoLife v. Creative Compounds
**For Services Rendered Through 5/31/2012.**

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 05/01/2012 | GBC | Analayze and review scheduling conference order re deadlines; telephone conference with R. Kramer re same; work on discovery requests to creative compounds | 0.30 | $90.00 |
| 05/04/2012 | GBC | Finalize letter to Creative Compounds re settlement | 0.50 | $150.00 |
| 05/14/2012 | GBC | Work on letter to Creative Compounds counsel re settlement | 1.00 | $300.00 |
| 05/16/2012 | GBC | Work on letter to Creative Compounds; finalize and send same | 1.50 | $450.00 |
| | | **Billable Hours / Fees:** | **3.30** | **$990.00** |

### Timekeeper Summary

Timekeeper GBC worked 3.30 hours at $300.00 per hour, totaling $990.00.

## Payment Detail

| Date | Description | Amount |
|------|-------------|--------|
| 05/02/2012 | Monies applied from trust to invoice #: 2918 | ($2,880.00) |
| | **Total Payments Received:** | ($2,880.00) |

Continued On Next Page

Client Number:  101107

Matter Number:  0406

06/04/2012

Page:  2

| | |
|---|---|
| Prior Balance: | $2,880.00 |
| Payments Received: | ($2,880.00) |
| Current Fees: | $990.00 |
| Advanced Costs: | $0.00 |
| Amount to be Applied from Trust: | ($990.00) |
| **TOTAL AMOUNT DUE:** | **$0.00** |

Last Payment:  **05/02/2012**

If You Have Any Questions About This Bill,
Please Contact Us At Your Earliest Convenience.
Thank You For Your Prompt Payment.

Tax ID 26-3115258

Continued On Next Page

Client Number:      101107                                                                              06/04/2012
Matter Number:      0406                                                                                Page:   3

## TRUST ACTIVITY RECAP

| Date | Description | | | | Deposit | Withdrawal | Balance |
|------|-------------|---|---|---|---------|-----------|---------|
| | | | | | | | $0.00 |
| 05/01/2012 | Transfer of retainer from Gaspari | | | | $2,880.00 | | $2,880.00 |
| 05/02/2012 | Trust money applied to invoice: 2918 | | | | | $2,880.00 | $0.00 |
| | Our Check: | 3350 | Payee: | Keresmar & Feltus PLLC | | | |
| 05/02/2012 | Adjustment for Voided Check #: 3350 | | | | | ($2,880.00) | $2,880.00 |
| | Our Check: | 3350 | Payee: | Keresmar & Feltus PLLC | | | |
| 05/02/2012 | Trust money applied to invoice 2918 | | | | | $2,880.00 | $0.00 |
| | Our Check: | 3365 | Payee: | Keresmar & Feltus PLLC | | | |
| 06/04/2012 | Transfer of retainer from Gaspari | | | | $990.00 | | $990.00 |
| 06/04/2012 | Trust monies to be applied to this bill. | | | | | $990.00 | $0.00 |

**Keresmar & Feltus, PLLC**

6263 N. Scottsdale, Suite 320
Scottsdale, AZ 85250
Telephone: 480-421-1001
Fax: 480-421-1002

July 5, 2012
Invoice No. 3093

ThermoLife
c/o Ron Kramer
3941 E. Chandler Blvd., #106-212
Phoenix, AZ 85048

Client Number:   101107 ThermoLife
Matter Number:   0406 ThermoLife v. Creative Compounds
**For Services Rendered Through 6/30/2012.**

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/11/2012 | GSK | Meeting with G. Collins re discovery dispute | 0.30 | $105.00 |
| 06/11/2012 | GBC | Telephone conference with DeGroot re depositions | 0.30 | $90.00 |
| 06/12/2012 | GBC | Email conference with opposing counsel re depositions | 0.30 | $90.00 |
| 06/21/2012 | JRC | Draft notices of deposition for Derek and Karla Corneilius and Corey McNeely | 0.50 | $75.00 |
| 06/22/2012 | GBC | Email conference with opposing counsel re depositions | 0.40 | $120.00 |
| | | **Billable Hours / Fees:** | 1.80 | $480.00 |

## Timekeeper Summary

Timekeeper GBC worked 1.00 hours at $300.00 per hour, totaling $300.00.
Timekeeper GSK worked 0.30 hours at $350.00 per hour, totaling $105.00.
Timekeeper JRC worked 0.50 hours at $150.00 per hour, totaling $75.00.

Continued On Next Page

Client Number:    101107
Matter Number:    0406

07/05/2012
Page:   2

## Payment Detail

| Date | Description | Amount |
|------|-------------|--------|
| 06/05/2012 | Monies applied from trust to invoice #: 3013 | ($990.00) |
| | Total Payments Received: | ($990.00) |

| | | |
|---|---|---|
| Prior Balance: | $990.00 | Last Payment:    06/05/2012 |
| Payments Received: | ($990.00) | |
| Current Fees: | $480.00 | |
| Advanced Costs: | $0.00 | |
| Amount to be Applied from Trust: | ($480.00) | |
| TOTAL AMOUNT DUE: | $0.00 | |

If You Have Any Questions About This Bill,
Please Contact Us At Your Earliest Convenience.
Thank You For Your Prompt Payment.

Tax ID 26-3115258

Continued On Next Page

Client Number: 101107
Matter Number: 0406

07/05/2012
Page: 3

## TRUST ACTIVITY RECAP

| Date | Description | | | | Deposit | Withdrawal | Balance |
|------|-------------|--|--|--|---------|------------|---------|
| | | | | | | | $0.00 |
| 06/04/2012 | Transfer of retainer from Gaspari | | | | $990.00 | | $990.00 |
| 06/05/2012 | Trust money applied to invoice: 3013 | | | | | $990.00 | $0.00 |
| | Our Check: | 3389 | Payee: | Kercsmar & Feltus PLLC | | | |
| 07/02/2012 | Transfer of retainer from Gaspari | | | | $480.00 | | $480.00 |
| 07/05/2012 | Trust monies to be applied to this bill. | | | | | $480.00 | $0.00 |

**Keresmar & Feltus, PLLC**
6263 N. Scottsdale, Suite 320
Scottsdale, AZ 85250
Telephone: 480-421-1001
Fax: 480-421-1002

August 1, 2012
Invoice No. 3176

ThermoLife
c/o Ron Kramer
3941 E. Chandler Blvd., #106-212
Phoenix, AZ 85048

Client Number:   101107 ThermoLife
Matter Number   0406 ThermoLife v. Creative Compounds
For Services Rendered Through 7/31/2012.

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/03/2012 | GBC | Email and telephone conference with T. DeGroot re status of discovery and depositions; confirm conversation with email regarding same; telephone conference with R. Kramer re same | 0.50 | $150.00 |
| 07/08/2012 | EBH | Research case law and secondary sources regarding 35 USC 102 and diligence in pursuing a prior invention of patented invention; work on memorandum regarding the same | 2.20 | $506.00 |
| 07/09/2012 | GBC | Analyze and review Creative Compounds responses to ThermoLife's discovery requests; conduct Westlaw research re same; email conference with R. Kramer re same | 2.00 | $600.00 |
| 07/19/2012 | GBC | Analyze and review documents produced by Creative Compounds; email conference with R. Kramer re same | 1.10 | $330.00 |
| 07/30/2012 | GBC | Analyze and review emails from Talback re DIAC | 0.50 | $150.00 |
| | | **Billable Hours / Fees:** | **6.30** | **$1,736.00** |

## Timekeeper Summary

Timekeeper EBH worked 2.20 hours at $230.00 per hour, totaling $506.00.
Timekeeper GBC worked 4.10 hours at $300.00 per hour, totaling $1,230.00.

Continued On Next Page

Client Number:     101107
Matter Number:     0406

08/01/2012
Page:    2

## Payment Detail

| Date | Description | Amount |
|------|-------------|--------|
| 07/11/2012 | Monies applied from trust to invoice #: 3093 | ($480.00) |
| | Total Payments Received: | ($480.00) |

| | | |
|---|---|---|
| Prior Balance: | $480.00 | Last Payment:    07/11/2012 |
| Payments Received: | ($480.00) | |
| Current Fees: | $1,736.00 | |
| Advanced Costs: | $0.00 | |
| Amount to be Applied from Trust: | ($1,736.00) | |
| TOTAL AMOUNT DUE: | $0.00 | |

If You Have Any Questions About This Bill,
Please Contact Us At Your Earliest Convenience.
Thank You For Your Prompt Payment.

Tax ID 26-3115258

Continued On Next Page

**Client Number:** 101107
**Matter Number:** 0406

08/01/2012
Page: 3

TRUST ACTIVITY RECAP

| Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|
| | | | | $0.00 |
| 07/02/2012 | Transfer of retainer from Gaspari | $480.00 | | $480.00 |
| 07/11/2012 | Trust money applied to invoice: 3093 | | $480.00 | $0.00 |
| | **Our Check:** 3401 **Payee:** Kercsmar & Feltus PLLC | | | |
| 08/01/2012 | Transfer of retainer from Gaspari | $1,736.00 | | $1,736.00 |
| 08/01/2012 | Trust monies to be applied to this bill. | | $1,736.00 | $0.00 |

**Keresmar & Feltus, PLLC**
6263 N. Scottsdale, Suite 320
Scottsdale, AZ 85250
Telephone: 480-421-1001
Fax: 480-421-1002

September 5, 2012
Invoice No. 3249

ThermoLife
c/o Ron Kramer
3941 E. Chandler Blvd., #106-212
Phoenix, AZ 85048

Client Number:   101107  ThermoLife
Matter Number:   .0406  ThermoLife v. Creative Compounds
**For Services Rendered Through 8/31/2012.**

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/08/2012 | GBC | Work on letter to Creative Compounds re status of case; email conference with R. Kramer re responses to discovery requests | 1.50 | $450.00 |
| 08/10/2012 | GBC | Prepare email to opposing counsel re scheduling issues | 0.40 | $120.00 |
| 08/21/2012 | EBH | Research case law and secondary sources regarding inventorship status as a basis for invalidating patent as stated in Creative's discovery requests | 1.20 | $276.00 |
| 08/21/2012 | GBC | Email conference with Creative Compounds' counsel re scheduling; work on deposition notices | 1.20 | $360.00 |
| 08/22/2012 | EBH | Research case law and secondary sources regarding inventorship status as a basis for invalidating patent as stated in Creative's discovery requests; email conference with G. Collins regarding the same | 2.30 | $529.00 |
| 08/22/2012 | GBC | Work on motion to extend expert deadlines; email conference with opposing counsel re same; email conference with R. Kramer re same | 2.00 | $600.00 |
| 08/23/2012 | GBC | Work on responses to interrogatories; conduct Westlaw research re challenge to inventorship | 3.00 | $900.00 |

Continued On Next Page

Client Number:   101107
Matter Number:   0406

09/05/2012
Page:   2

| Date | Init. | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 08/24/2012 | GBC | Email conference with opposing counsel re scheduling depositions; work on responses to requests for production; work on reponses to interrogatories; analyze and review documents to be produced; email conference with S. Abraham re same | 4.80 | $1,440.00 | |
| 08/26/2012 | GBC | Analyze and review email from opposing counsel re deposition scheduling; email conference with R. Kramer re same | 0.50 | $150.00 | |
| 08/26/2012 | GBC | Telephone conference with R. Kramer re status of case and settlement offer; convey settlement offer to Creative Compounds | 1.00 | $300.00 | |
| 08/27/2012 | EBH | Teleconference with G. Collins regarding Creative's claims on inventorship and prior invention | 0.30 | $69.00 | |
| 08/27/2012 | JRC | Work on document production | 2.70 | $405.00 | |
| 08/27/2012 | GBC | Work on responses to requests for production; work on responses to interrogatories; work on proposed protective order; telephone conference with opposing counsel re same; analyze and review documents to produce; forward documents to opposing counsel; stratagize re depositions | 7.60 | $2,280.00 | |
| 08/28/2012 | GBC | Telephone and email conference with R. Kramer re court's order re motion to dismiss | 1.20 | $360.00 | |
| 08/28/2012 | GBC | Work on motion to extend expert disclosure deadline; email conference with opposing counsel re same; finalize and file same; email conference with opposing counsel re depositions; email conference with opposing counsel conveying settlement offer | 3.00 | $900.00 | |
| 08/28/2012 | JBC | Work on joint motion to extend expert disclosure deadline | 0.70 | $0.00 | N/C |
| 08/29/2012 | JRC | | 0.90 | $135.00 | |
| 08/29/2012 | GBC | Respond to discovery disptue email from opposing counsel; telephone conference with R. Kramer re same | 0.80 | $240.00 | |
| 08/30/2012 | JRC | | 0.30 | $45.00 | |
| 08/31/2012 | JRC | | 0.20 | $30.00 | |
| 08/31/2012 | GBC | Prepare response to discovery dispute letter; analyze and review produced documents to lift designations on some documents; telephone conference with opposing counsel re scheduling issues; analyze and review documents provided by R. Kramer to produce in case | 3.40 | $1,020.00 | |

|  | | Billable Hours / Fees: | 38.30 | $10,609.00 | |

Continued On Next Page

Client Number:   101107
Matter Number:   0406

09/05/2012
Page:   3

## Timekeeper Summary

Timekeeper EBH worked 3.80 hours at $230.00 per hour, totaling $874.00.

Timekeeper GBC worked 30.40 hours at $300.00 per hour, totaling $9,120.00.

Timekeeper JRC worked 4.10 hours at $150.00 per hour, totaling $615.00.

Timekeeper JBC worked 0.70 hours at no charge.

## Cost Detail

| Date | Description | Amount | Check No. |
|------|-------------|--------|-----------|
| 08/01/2012 | Westlaw charges.<br>Payee:   West Payment Center | $37.76 | 4032 |
| | Total Costs | $37.76 | |

## Payment Detail

| Date | Description | Amount |
|------|-------------|--------|
| 08/12/2012 | Monies applied from trust to invoice #: 3176 | ($1,736.00) |
| | Total Payments Received: | ($1,736.00) |

| | | | |
|---|---|---|---|
| Prior Balance: | $1,736.00 | Last Payment: | 08/12/2012 |
| Payments Received: | ($1,736.00) | | |
| Current Fees: | $10,609.00 | | |
| Advanced Costs: | $37.76 | | |
| Amount to be Applied from Trust: | ($10,646.76) | | |
| TOTAL AMOUNT DUE: | $0.00 | | |

If You Have Any Questions About This Bill,
Please Contact Us At Your Earliest Convenience.
Thank You For Your Prompt Payment.

Tax ID 26-3115258

Continued On Next Page

Client Number:      101107

Matter Number:      0406

09/05/2012
Page:   4

## TRUST ACTIVITY RECAP

| Date | Description | | | Deposit | Withdrawal | Balance |
|------|-------------|---|---|---------|------------|---------|
| | | | | | | $0.00 |
| 08/01/2012 | Transfer of retainer from Gaspari | | | $1,736.00 | | $1,736.00 |
| 08/12/2012 | Trust money applied to invoice: 3176 | | | | $1,736.00 | $0.00 |
| | Our Check: | 3410 | Payee: | Kerosmar & Feltus PLLC | | |
| 08/31/2012 | Transfer of retainer from Gaspari | | | $10,646.76 | | $10,646.76 |
| 09/05/2012 | Trust monies to be applied to this bill. | | | | $10,646.76 | $0.00 |

**Keresmar & Feltus, PLLC**
6263 N. Scottsdale, Suite 320
Scottsdale, AZ 85250
Telephone: 480-421-1001
Fax: 480-421-1002

October 2, 2012
Invoice No. 3350

ThermoLife
c/o Ron Kramer
3941 E. Chandler Blvd., #106-212
Phoenix, AZ 85048

Client Number:   101107 ThermoLife
Matter Number:   0406 ThermoLife v. Creative Compounds
**For Services Rendered Through 9/30/2012.**

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/02/2012 | GBC | Email conference with opposing counserl re F. Tabak deposition; analyze and review documents to produce | 1.30 | $390.00 |
| 09/03/2012 | GBC | Analyze and review doucments to produce | 3.30 | $990.00 |
| 09/04/2012 | JRC | | 1.80 | $270.00 |
| 09/04/2012 | GBC | Conduct Westlaw research re non disclosure agreeemnt issues; prepare email to R. Kramer re same; work on letter to F. Tabak re same; work on letter to Creative Compounds counsel re same; finalize and send same | 4.80 | $1,440.00 |
| 09/05/2012 | JRC | | 0.60 | $90.00 |
| 09/05/2012 | JBC | Conference with Tom DeGroot and G. Collins re deposition dates | 0.20 | $42.00 |
| 09/05/2012 | GBC | | 1.10 | $330.00 |
| 09/06/2012 | GBC | Telephone conference with R. Kramer re deposition dates; email conference with opposing counsel re same; confirm cancelation of depositions | 0.60 | $180.00 |

Continued On Next Page

Client Number:   101107
Matter Number:   0406

10/02/2012
Page:   2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/13/2012 | JRC | | 0.20 | $30.00 |
| 09/13/2012 | JBC | | 0.20 | $42.00 |
| 09/13/2012 | GBC | Work on notice of service of supplemental disclosure statement | 0.30 | $90.00 |
| 09/18/2012 | JAG | | 1.50 | $300.00 |
| 09/20/2012 | GBC | Email conference with R. Kramer re deposition dates | 0.30 | $90.00 |
| 09/25/2012 | GBC | Work on email to Creative Compounds analyzing claims and offering settlement | 1.80 | $540.00 |

| | | Billable Hours / Fees: | 18.00 | $4,824.00 |
|---|---|---|---|---|

## Timekeeper Summary

Timekeeper GBC worked 13.50 hours at $300.00 per hour, totaling $4,050.00.

Timekeeper JAG worked 1.50 hours at $200.00 per hour, totaling $300.00.

Timekeeper JBC worked 0.40 hours at $210.00 per hour, totaling $84.00.

Timekeeper JRC worked 2.60 hours at $150.00 per hour, totaling $390.00.

## Cost Detail

| Date | Description | Amount | Check No. |
|---|---|---|---|
| 09/01/2012 | Westlaw charges. | $39.79 | 4108 |
| | Payee:   West Payment Center | | |

| | Total Costs | $39.79 | |
|---|---|---|---|

## Payment Detail

| Date | Description | Amount |
|---|---|---|
| 09/05/2012 | Monies applied from trust to invoice #: 3249 | ($10,609.00) |
| 09/05/2012 | Monies applied from trust to invoice #: 3249 | ($37.76) |

| | Total Payments Received: | ($10,646.76) |
|---|---|---|

Continued On Next Page

Client Number:   101107
Matter Number:   0406

10/02/2012
Page:   3

| Prior Balance: | $10,646.76 |
| Payments Received: | ($10,646.76) |
| Current Fees: | $4,824.00 |
| Advanced Costs: | $39.79 |
| Amount to be Applied from Trust: | ($4,863.79) |
| TOTAL AMOUNT DUE: | $0.00 |

Last Payment:   09/05/2012

If You Have Any Questions About This Bill,
Please Contact Us At Your Earliest Convenience.
Thank You For Your Prompt Payment.

Tax ID 26-3115258

Continued On Next Page

Client Number:     101107
Matter Number:     0406

10/02/2012
Page:   4

TRUST ACTIVITY RECAP

| Date | Description | | | Deposit | Withdrawal | Balance |
|------|-------------|---|---|---------|------------|---------|
| | Balance Forward | | | | | $10,646.76 |
| 09/05/2012 | Trust money applied to invoice: 3249 | | | | $10,646.76 | $0.00 |
| | Our Check:     3424     Payee:     Kerosmar & Feltus PLLC | | | | | |
| 10/02/2012 | Transfer of retainer from Gaspari | | | $4,863.79 | | $4,863.79 |
| 10/02/2012 | Trust monies to be applied to this bill. | | | | $4,863.79 | $0.00 |

**Kercsmar & Feltus, PLLC**
6263 N. Scottsdale, Suite 320
Scottsdale, AZ 85250
Telephone: 480-421-1001
Fax: 480-421-1002

November 2, 2012
Invoice No. 3471

ThermoLife
c/o Ron Kramer
3941 E. Chandler Blvd., #106-212
Phoenix, AZ 85048

Client Number:    101107 ThermoLife
Matter Number:    0406 ThermoLife v. Creative Compounds
For Services Rendered Through 10/31/2012.

## Fees

| Date | Timekeeper | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 10/02/2012 | GBC | Email conference with T. DeGroot re scheduling issues and production of documents; analyze and review documents to produce | 0.50 | $150.00 | |
| 10/12/2012 | GBC | Analyze and review documents to produce; forward same to R. Kramer to review | 3.20 | $960.00 | |
| 10/12/2012 | JRC | Revise confidential designation on documents; export and prepare for client review | 0.80 | $120.00 | |
| 10/15/2012 | GBC | Email conference with R. Kramer and S. Abraham re depostion schedules; email conference with opposing counsel re same | 0.60 | $0.00 | N/C |
| 10/15/2012 | JRC | Compile documents identified by R. Kramer for further review by G. Collins | 1.60 | $240.00 | |
| 10/16/2012 | GBC | Email conference with opposing counsel re depositions | 0.50 | $0.00 | N/C |
| 10/16/2012 | JRC | Work on preparing documents for production | 0.50 | $0.00 | N/C |
| 10/16/2012 | BJB | Redact emails in preparation for disclosure | 1.50 | $0.00 | N/C |
| 10/17/2012 | GBC | Finalize document production; prepare supplmental disclosure statement and letter re same | 1.50 | $0.00 | N/C |
| 10/17/2012 | JRC | Work on revising documents for production; work on privilege log | 2.70 | $0.00 | N/C |

Continued On Next Page

| Client Number: | 101107 | | | 11/02/2012 |
| Matter Number: | 0406 | | | Page: 2 |

| 10/18/2012 | GBC | Prepare for depositions; work on redacting documents; telephone conference with R. Kramer re same | 2.50 | $0.00 N/C |
| 10/18/2012 | JRC | Work on preparing documents for production including redactions; work on privilege log | 1.10 | $165.00 |
| 10/19/2012 | GBC | Work on amended responses to requests for production; finalize and serve same | 3.20 | $960.00 |
| 10/22/2012 | GBC | Email conference with opposing counsel re offer of settlement and depositions | 0.70 | $0.00 N/C |
| 10/23/2012 | JRC | Work on compiling documents for attorney G. Collins reference | 0.40 | $0.00 N/C |
| 10/24/2012 | GBC | Travel to LA to prepare R. Kramer for deposition; meet with R. Kramer re deposition | 7.80 | $2,340.00 |
| 10/25/2012 | GBC | Defend deposition of R. Kramer | 7.30 | $2,190.00 |
| 10/26/2012 | GBC | Email conference with S. Abraham re deposition; email conference with opposing counsel re document production; send documents to opposing counsel; work on letter to Creative re case | 1.60 | $480.00 |
| 10/26/2012 | JRC | Compile documents produced and set up Dropboxes for S. Abraham and T. DeGroot | 0.80 | $120.00 |
| 10/28/2012 | GBC | Telephone conference with T. DeGroot re scheduling depositions, settlement and document production; email conference with R. Kramer and A. Abraham re same | 0.50 | $0.00 N/C |
| 10/29/2012 | EMM | Meeting with G. Collins re Creative's potential experimental use defense; Westlaw research re same | 2.00 | $0.00 N/C |
| 10/29/2012 | GBC | Email conference with R. Kramer re status of case; email conference with A. Abraham re same; work on letter to Creative demanding that it dismiss case; meet with attorney E. Moores re research needed for letter demanding that they agree to dismiss case | 2.50 | $750.00 |
| 10/30/2012 | EMM | Westlaw research re Creative's potential experimental use defense; draft email to G. Collins summarizing results | 4.10 | $779.00 |
| 10/30/2012 | GBC | | 2.30 | $0.00 N/C |
| 10/30/2012 | BJB | Prepare Third Amended Notice of Deposition of D. Cornelius, K. Cornelius, R. Nixon and C. McNeely | 0.50 | $0.00 N/C |
| 10/31/2012 | GBC | Finalize and send letter to Creative Compounds | 0.50 | $150.00 |

|  |  | Billable Hours / Fees: | 35.00 | $9,404.00 |

Continued On Next Page

Client Number: 101107
Matter Number: 0406

11/02/2012
Page: 3

## Timekeeper Summary

Timekeeper EMM worked 4.10 hours at $190.00 per hour, totaling $779.00.

Timekeeper GBC worked 26.60 hours at $300.00 per hour, totaling $7,980.00.

Timekeeper JRC worked 4.30 hours at $150.00 per hour, totaling $645.00.

Timekeeper BJB worked 2.00 hours at no charge.

Timekeeper EMM worked 2.00 hours at no charge.

Timekeeper GBC worked 8.60 hours at no charge.

Timekeeper JRC worked 3.60 hours at no charge.

## Cost Detail

| Date | Description | Amount | Check No. |
|---|---|---|---|
| 10/18/2012 | Flight from Phoenix to Ft. Lauderdale | $965.60 | |
| 10/18/2012 | Flight from Phoenix to LA | $358.60 | |
| 10/26/2012 | Airport parking | $55.00 | |
| 10/30/2012 | FedEx Charge to Tolbac | $112.89 | 4173 |
| | Payee: American Express | | |
| | Total Costs | $1,492.09 | |

## Payment Detail

| Date | Description | Amount |
|---|---|---|
| 10/03/2012 | Monies applied from trust to invoice #: 3350 | ($4,824.00) |
| 10/03/2012 | Monies applied from trust to invoice #: 3350 | ($39.79) |
| | Total Payments Received: | ($4,863.79) |

| | | |
|---|---|---|
| Prior Balance: | $4,863.79 | Last Payment: 10/03/2012 |
| Payments Received: | ($4,863.79) | |
| Current Fees: | $9,404.00 | |
| Advanced Costs: | $1,492.09 | |
| Amount to be Applied from Trust: | ($3,713.10) | |
| TOTAL AMOUNT DUE: | $7,182.99 | |

If You Have Any Questions About This Bill,
Please Contact Us At Your Earliest Convenience.
Thank You For Your Prompt Payment.

Tax ID 26-3115258

Continued On Next Page

Client Number:    101107
Matter Number:    0406

11/02/2012
Page:    4

TRUST ACTIVITY RECAP

| Date | Description | | | | Deposit | Withdrawal | Balance |
|------|-------------|---|---|---|---------|------------|---------|
| | | | | | | | $0.00 |
| 10/02/2012 | Transfer of retainer from Gaspari | | | | $4,863.79 | | $4,863.79 |
| 10/03/2012 | Trust money applied to invoice: 3350 | | | | | $4,863.79 | $0.00 |
| | Our Check: | 3435 | Payee: | Keresmar & Feltus PLLC | | | |
| 11/02/2012 | Transfer of retainer from Gaspari | | | | $3,713.10 | | $3,713.10 |
| 11/02/2012 | Trust monies to be applied to this bill. | | | | | $3,713.10 | $0.00 |

**Keresmar & Feltus, PLLC**
6263 N. Scottsdale, Suite 320
Scottsdale, AZ  85250
Telephone: 480-421-1001
Fax: 480-421-1002

December 7, 2012
Invoice No. 3554

ThermoLife
c/o Ron Kramer
3941 E. Chandler Blvd., #106-212
Phoenix, AZ  85048

Client Number:    101107  ThermoLife
Matter Number:    0406  ThermoLife v. Creative Compounds
**For Services Rendered Through 11/30/2012.**

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/09/2012 | GBC | Work on letter to T. DeGroot re depostions; prepare 30(b)(6) deposition notice; finalize and send same; email conference with T. DeGroot re same; work on outlines for depositions; finalize and file stipulation for entry of protective order | 3.60 | $1,080.00 |
| 11/13/2012 | GBC | Prepare for depositions including gathering exhibits for same; email conference with R. Kramer re same | 2.50 | $750.00 |
| 11/13/2012 | GSK | Meeting with G. Collins re motion for summary judgment | 0.20 | $70.00 |
| 11/14/2012 | GBC | Travel to and from Missouri for depositions that were canceled | 8.00 | $2,400.00 |
| 11/15/2012 | GBC | Conference with R. Kramer re deposition issues | 0.40 | $120.00 |
| 11/19/2012 | GBC | Email conference with T. DeGroot re trip expenses and rescheduling depositions | 0.50 | $150.00 |
| 11/20/2012 | GBC | Email conference with T. DeGroot re depositions and status of case; work on joint motion to extend expert disclosure deadline | 1.50 | $450.00 |
| 11/21/2012 | GSK | Meeting with G. Collins re deposition rescheduling | 0.20 | $70.00 |
| 11/30/2012 | BJB | | 0.50 | $30.00 |

Client Number:     101107                                                          12/07/2012
Matter Number:     0406                                                            Page:   2

| | Billable Hours / Fees: | 17.40 | $5,120.00 |
|---|---|---|---|

## Timekeeper Summary

Timekeeper BJB worked 0.50 hours at $60.00 per hour, totaling $30.00.

Timekeeper GBC worked 16.50 hours at $300.00 per hour, totaling $4,950.00.

Timekeeper GSK worked 0.40 hours at $350.00 per hour, totaling $140.00.

## Payment Detail

| Date | Description | Amount |
|---|---|---|
| 11/02/2012 | Monies applied from trust to invoice #: 3471 | ($2,221.01) |
| 11/02/2012 | Monies applied from trust to invoice #: 3471 | ($1,492.09) |
| | Total Payments Received: | ($3,713.10) |

| | | | |
|---|---|---|---|
| Prior Balance: | $10,896.09 | Last Payment: | 11/02/2012 |
| Payments Received: | ($3,713.10) | | |
| Current Fees: | $5,120.00 | | |
| Advanced Costs: | $0.00 | | |
| Late Charges: | $107.74 | | |
| Amount to be Applied from Trust: | ($12,410.73) | | |
| TOTAL AMOUNT DUE: | $0.00 | | |

If You Have Any Questions About This Bill,
Please Contact Us At Your Earliest Convenience.
Thank You For Your Prompt Payment.

Tax ID 26-3115258

Continued On Next Page

Client Number:     101107
Matter Number:     0406

12/07/2012
Page:   3

## TRUST ACTIVITY RECAP

| Date | Description | | | | Deposit | Withdrawal | Balance |
|------|-------------|---|---|---|---------|------------|---------|
| | | | | | | | $0.00 |
| 11/02/2012 | Transfer of retainer from Gaspari | | | | $3,713.10 | | $3,713.10 |
| 11/02/2012 | Trust money applied to invoice: 3471 | | | | | $3,713.10 | $0.00 |
| | Our Check: | 3442 | Payee: | Keresmar & Feltus PLLC | | | |
| 12/03/2012 | Transfer of retainer from Gaspari | | | | $19,593.72 | | $19,593.72 |
| 12/03/2012 | Transfer of retainer back to Gaspari | | | | | $7,182.99 | $12,410.73 |
| | Our Check: | 0 | Payee: | Trust Adjustment | | | |
| 12/07/2012 | Trust monies to be applied to this bill. | | | | | $12,410.73 | $0.00 |

**Keesmar & Feltus, PLLC**
6263 N. Scottsdale, Suite 320
Scottsdale, AZ 85250
Telephone: 480-421-1001
Fax: 480-421-1002

January 3, 2013
Invoice No. 3590

ThermoLife
c/o Ron Kramer
3941 E. Chandler Blvd., #106-212
Phoenix, AZ 85048

Client Number:   101107  ThermoLife
Matter Number:   0406  ThermoLife v. Creative Compounds
**For Services Rendered Through 12/31/2012.**

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/02/2012 | GBC | Email conference with T. DeGroot re status of R. Kramer's transcript | 0.30 | $90.00 |
| 12/03/2012 | GBC | Email conference with T. DeGroot re scheduling depositions | 0.30 | $90.00 |
| 12/05/2012 | GBC | Analyze and review transcript of R. Kramer's deposition for confidentiality concerns | 0.60 | $180.00 |
| 12/06/2012 | GBC | Serve amended notice of deposition | 0.60 | $180.00 |
| 12/07/2012 | JRC | Work on loading exhibits to R. Kramer's deposition to database | 0.50 | $75.00 |
| 12/07/2012 | GBC | Email conference with T. DeGroot re deposition transcript of R. Kramer; telephone conference with R. Kramer re same | 0.40 | $120.00 |
| 12/22/2012 | JRC | Work on document database and tracking chart re same | 1.50 | $225.00 |
| 12/26/2012 | JRC | Work on database and e-mail to attorneys regarding status of same | 0.60 | $90.00 |

|  |  | Billable Hours / Fees: | 4.80 | $1,050.00 |
|--|--|------------------------|------|-----------|

Continued On Next Page

Client Number:    101107                                                                        01/03/2013
Matter Number:    0406                                                                              Page:   2

## Timekeeper Summary

Timekeeper GBC worked 2.20 hours at $300.00 per hour, totaling $660.00.

Timekeeper JRC worked 2.60 hours at $150.00 per hour, totaling $390.00.

## Cost Detail

| Date | Description | Amount | Check No. |
|---|---|---|---|
| 12/05/2012 | Court reporting for deposition of Ron Kramer.<br>**Payee:** BARKLEY COURT REPORTERS | $1,385.85 | 4272 |
| 12/11/2012 | FedEx Charges to DeGroot<br>**Payee:** American Express | $54.54 | 4229 |
| 12/13/2012 | Travel Expenses (airline ticket St. Louis).<br>**Payee:** American Express | $335.60 | 4235 |
| 12/13/2012 | Travel Expenses.<br>**Payee:** American Express | $246.04 | 4235 |
| 12/13/2012 | Travel Expenses<br>**Payee:** American Express | $125.00 | 4235 |
| 12/13/2012 | Travel Expenses<br>**Payee:** American Express | $24.95 | 4235 |
| 12/13/2012 | Travel Expenses<br>**Payee:** American Express | $25.00 | 4235 |
| 12/13/2012 | Travel Expenses<br>**Payee:** American Express | $14.00 | 4235 |
| 12/13/2012 | Travel Expenses<br>**Payee:** American Express | $14.00 | 4235 |
| | **Total Costs** | $2,224.98 | |

## Payment Detail

| Date | Description | Amount |
|---|---|---|
| 12/07/2012 | Monies applied from trust to invoice #: 3471 | ($7,182.99) |
| 12/07/2012 | Monies applied from trust to invoice #: 3554 | ($5,120.00) |
| 12/07/2012 | Monies applied from trust to invoice #: 3554 | ($107.74) |
| | **Total Payments Received:** | ($12,410.73) |

Continued On Next Page

Client Number:    101107
Matter Number:    0406

| | | | |
|---|---:|---|---|
| Prior Balance: | $12,410.73 | Last Payment: | 12/07/2012 |
| Payments Received: | ($12,410.73) | | |
| Current Fees: | $1,050.00 | | |
| Advanced Costs: | $2,224.98 | | |
| Amount to be Applied from Trust: | ($3,274.98) | | |
| TOTAL AMOUNT DUE: | $0.00 | | |

If You Have Any Questions About This Bill,
Please Contact Us At Your Earliest Convenience.
Thank You For Your Prompt Payment.

Tax ID 26-3115258

Continued On Next Page

Client Number:   101107

Matter Number:   0406

01/03/2013
Page:   4

## TRUST ACTIVITY RECAP

| Date | Description | | | | Deposit | Withdrawal | Balance |
|------|-------------|--|--|--|---------|------------|---------|
| | | | | | | | $0.00 |
| 12/03/2012 | Transfer of retainer from Gaspari | | | | $19,593.72 | | $19,593.72 |
| 12/03/2012 | Transfer of retainer back to Gaspari | | | | | $7,182.99 | $12,410.73 |
| | Our Check: | 0 | Payee: | Trust Adjustment | | | |
| | | | | | | $12,410.73 | $0.00 |
| 12/07/2012 | Trust money applied to invoice: 3554 | | | | | | |
| | Our Check: | 3453 | Payee: | Keresmar & Feltus PLLC | | | |
| 01/02/2013 | Transfer of retainer from Gaspari | | | | $3,274.98 | | $3,274.98 |
| 01/03/2013 | Trust monies to be applied to this bill. | | | | | $3,274.98 | $0.00 |

**Keresmar & Feltus, PLLC**
6263 N. Scottsdale, Suite 320
Scottsdale, AZ 85250
Telephone: 480-421-1001
Fax: 480-421-1002

February 5, 2013
Invoice No. 3701

ThermoLife
c/o Ron Kramer
3941 E. Chandler Blvd., #106-212
Phoenix, AZ 85048

Client Number:   101107 ThermoLife
Matter Number:   0406 ThermoLife v. Creative Compounds
**For Services Rendered Through 1/31/2013.**

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01/02/2013 | GBC | Telephone conference with potential liablity expert for matter | 0.50 | $150.00 |
| 01/03/2013 | GBC | Telephone conference with second potential expert in Creative Compounds matter | 0.30 | $90.00 |
| 01/08/2013 | GBC | Work on motion to extend deadlines; finalize and file same | 0.50 | $150.00 |
| 01/10/2013 | BJB | | 0.30 | $18.00 |
| 01/10/2013 | BJB | | 0.10 | $6.00 |
| 01/24/2013 | GBC | Email conference with T. DeGroot re deposition scheduling issues; prepare and send amended notices of deposition | 0.80 | $240.00 |
| 01/28/2013 | BJB | | 0.30 | $18.00 |
| 01/28/2013 | BJB | | 0.10 | $6.00 |
| | | **Billable Hours / Fees:** | **2.90** | **$678.00** |

## Timekeeper Summary

Timekeeper BJB worked 0.80 hours at $60.00 per hour, totaling $48.00.
Timekeeper GBC worked 2.10 hours at $300.00 per hour, totaling $630.00.

Continued On Next Page

| | | | |
|---|---|---|---|
| Client Number: | 101107 | | 02/05/2013 |
| Matter Number: | 0406 | | Page:   2 |

## Cost Detail

| Date | Description | | Amount | Check No. |
|---|---|---|---|---|
| 12/05/2012 | Court reporting charges for deposition of Ron Kramer,<br>Payee:   BARKLEY COURT REPORTERS | | $1,385.85 | 4313 |
| | | **Total Costs** | $1,385.85 | |

## Payment Detail

| Date | Description | | Amount |
|---|---|---|---|
| 01/04/2013 | Monies applied from trust to invoice #: 3590 | | ($1,050.00) |
| 01/04/2013 | Monies applied from trust to invoice #: 3590 | | ($2,224.98) |
| | | **Total Payments Received:** | **($3,274.98)** |

| | | | |
|---|---|---|---|
| Prior Balance: | $3,274.98 | Last Payment: | 01/04/2013 |
| Payments Received: | ($3,274.98) | | |
| Current Fees: | $678.00 | | |
| Advanced Costs: | $1,385.85 | | |
| Amount to be Applied from Trust: | ($2,063.85) | | |
| TOTAL AMOUNT DUE: | $0.00 | | |

If You Have Any Questions About This Bill,
Please Contact Us At Your Earliest Convenience.
Thank You For Your Prompt Payment.

Tax ID 26-3115258

Continued On Next Page

Client Number:    101107
Matter Number:    0406

02/05/2013
Page:    3

TRUST ACTIVITY RECAP

| Date | Description | Deposit | Withdrawal | Balance |
|------|-------------|---------|------------|---------|
| | | | | $0.00 |
| 01/02/2013 | Transfer of retainer from Gaspari | $3,274.98 | | $3,274.98 |
| 01/04/2013 | Trust money applied to invoice: 3590 | | $3,274.98 | $0.00 |
| | Our Check:    3466    Payee:    Keresmar & Feltus PLLC | | | |
| 02/01/2013 | Transfer of retainer from Gaspari | $2,063.85 | | $2,063.85 |
| 02/05/2013 | Trust monies to be applied to this bill. | | $2,063.85 | $0.00 |

**Keresmar & Feltus, PLLC**
6263 N. Scottsdale, Suite 320
Scottsdale, AZ 85250
Telephone: 480-421-1001
Fax: 480-421-1002

March 4, 2013
Invoice No. 3807

ThermoLife
c/o Ron Kramer
3941 E. Chandler Blvd., #106-212
Phoenix, AZ 85048

Client Number:   101107 ThermoLife
Matter Number:   0406 ThermoLife v. Creative Compounds
**For Services Rendered Through 2/28/2013.**

## Fees

| Date | Timekeeper | Description | Hours | Amount | |
|------|-----------|-------------|-------|--------|---|
| 02/01/2013 | GBC | Email conference with T. DeGroot regarding rescheduling depositions and status of discovery | 0.60 | $0.00 | N/C |
| 02/03/2013 | GBC | Email conference with opposing counsel re scheduling | 0.30 | $0.00 | N/C |
| 02/04/2013 | GBC | Prepare documents to use as exhibits at depositions | 0.60 | $0.00 | N/C |
| 02/05/2013 | GBC | Telephone conference with potential liability expert for Creative Compounds matter | 0.80 | $240.00 | |
| 02/06/2013 | EMM | | 1.20 | $0.00 | N/C |
| 02/06/2013 | GBC | Travel to Missouri for depositions; telephone conference with R. Kramer re same; prepare for depositions | 8.50 | $2,550.00 | |
| 02/07/2013 | GBC | Prepare for and take depositions of Creative Compounds' witnesses; travel from Missouri to Phoenix | 14.60 | $4,380.00 | |
| 02/08/2013 | GBC | Email conference with potential damages expert; email conference with R. Kramer re status of case | 1.00 | $300.00 | |
| 02/09/2013 | EBH | Work on motion for summary judgment on claim for invalidity of patent | 0.80 | $184.00 | |
| 02/10/2013 | EBH | Work on motion for summary judgment on claim for invalidity of patent | 3.00 | $690.00 | |
| 02/10/2013 | GBC | Email conference with P. Udall re claim construction issues | 0.80 | $240.00 | |

**Continued On Next Page**

Client Number:    101107                                                                      03/04/2013
Matter Number:    0406                                                                        Page:   2

| | | | | |
|---|---|---|---|---|
| 02/11/2013 | EBH | Work on motion for summary judgment on claim for invalidity of patent; teleconference with G. Collins regarding the same | 0.80 | $184.00 |
| 02/11/2013 | GBC | Prepare for deposition of C. McNeeley | 1.20 | $0.00  N/C |
| 02/12/2013 | GSK | Meeting with G. Collins re patent claims and where expert testimony is needed | 0.50 | $0.00  N/C |
| 02/12/2013 | GBC | Prepare for and conduct deposition of C. McNeeley; telephone conference with expert witness re same; telephone conference with P. Udall re claim construction | 5.40 | $1,620.00 |
| 02/13/2013 | EBH | Work on motion for summary judgment on claim for invalidity of patent | 1.60 | $368.00 |
| 02/14/2013 | EBH | Work on motion for summary judgment on claim for invalidity of patent; teleconference with G. Collins regarding the same | 2.70 | $621.00 |
| 02/14/2013 | GBC | Email conference with expert liablity witness | 0.60 | $180.00 |
| 02/19/2013 | EBH | Work on motion for summary judgment on claim of patent invalidity; teleconference with G. Collins regarding the same | 3.00 | $690.00 |
| 02/19/2013 | GBC | Work on damages disclosure; work on expert disclsure | 1.50 | $450.00 |
| 02/22/2013 | GBC | Email conference with liability expert re expert report; review expert report; telephone conference with W. Luzader re same | 0.50 | $150.00 |
| 02/25/2013 | GBC | Work on motion for summary judgment | 2.00 | $600.00 |

|  |  |  |
|---|---|---|
| **Billable Hours / Fees:** | **47.60** | **$13,447.00** |

## Timekeeper Summary

Timekeeper EBH worked 11.90 hours at $230.00 per hour, totaling $2,737.00.

Timekeeper GBC worked 35.70 hours at $300.00 per hour, totaling $10,710.00.

Timekeeper GBC worked 2.70 hours at no charge.

Timekeeper GSK worked 0.50 hours at no charge.

## Cost Detail

| Date | Description | Amount | Check No. |
|---|---|---|---|
| 02/28/2013 | Flight (MO depositions) 1/25/13<br>Payee:   Greg Collins | $813.80 | 4395 |
| 02/28/2013 | Car rental (MO depositions) 2/4/13<br>Payee:   Greg Collins | $93.43 | 4395 |

Continued On Next Page

Client Number:  101107
Matter Number:  0406

03/04/2013
Page:   3

| Date | Description | Amount | Voucher |
|------|-------------|--------|---------|
| 02/28/2013 | Price difference (MO depositions) 2/7/13<br>**Payee:**   Greg Collins | $16.00 | 4395 |
| 02/28/2013 | Meals (MO depositions) 2/7/13<br>**Payee:**   Greg Collins | $34.69 | 4395 |
| 02/28/2013 | Expert Witness Fee<br>**Payee:**   Greg Collins | $5,000.00 | 4397 |
| 02/28/2013 | Exchange order (MO depositions) 2/7/13<br>**Payee:**   Greg Collins | $150.00 | 4398 |
| 02/28/2013 | Hotel (MO depositions) 2/7/13<br>**Payee:**   Greg Collins | $134.74 | 4398 |
| 02/28/2013 | Taxi fare (MO depositions) 2/7/13<br>**Payee:**   Greg Collins | $70.97 | 4398 |
| 02/28/2013 | Inflight internet access (MO depositions) 2/7/13<br>**Payee:**   Greg Collins | $10.49 | 4398 |
| 02/28/2013 | Rental car (MO depositions) 2/18/13<br>**Payee:**   Greg Collins | $111.81 | 4398 |
| 02/28/2013 | Rental car protection (MO depositions) 2/10/13<br>**Payee:**   Greg Collins | $19.95 | 4398 |

|  | **Total Costs** | **$6,455.88** |
|--|-----------------|---------------|

## Payment Detail

| Date | Description | Amount |
|------|-------------|--------|
| 02/07/2013 | Monies applied from trust to invoice #: 3701 | ($678.00) |
| 02/07/2013 | Monies applied from trust to invoice #: 3701 | ($1,385.85) |
|  | **Total Payments Received:** | **($2,063.85)** |

| | | | |
|--|--|--|--|
| **Prior Balance:** | $2,063.85 | **Last Payment:** | **02/07/2013** |
| **Payments Received:** | ($2,063.85) | | |
| **Current Fees:** | $13,447.00 | | |
| **Advanced Costs:** | $6,455.88 | | |
| **Amount to be Applied from Trust:** | ($19,902.88) | | |
| **TOTAL AMOUNT DUE:** | $0.00 | | |

If You Have Any Questions About This Bill,
Please Contact Us At Your Earliest Convenience.
Thank You For Your Prompt Payment.

Tax ID 26-3115258

Continued On Next Page

Client Number:   101107                                         03/04/2013
Matter Number:   0406                                          Page:   4

## TRUST ACTIVITY RECAP

| Date | Description | | | | Deposit | Withdrawal | Balance |
|------|-------------|---|---|---|---------|------------|---------|
| | | | | | | | $0.00 |
| 02/01/2013 | Transfer of retainer from Gaspari | | | | $2,063.85 | | $2,063.85 |
| 02/07/2013 | Trust money applied to invoice: 3701 | | | | | $2,063.85 | $0.00 |
| | Our Check: | 3481 | Payee: | Kercsmar & Feltus PLLC | | | |
| 03/01/2013 | Transfer of retainer from Gaspari | | | | $19,902.88 | | $19,902.88 |
| 03/04/2013 | Trust monies to be applied to this bill. | | | | | $19,902.88 | $0.00 |

**Keresmar & Feltus, PLLC**
6263 N. Scottsdale, Suite 320
Scottsdale, AZ 85250
Telephone: 480-421-1001
Fax: 480-421-1002

April 3, 2013
Invoice No. 3861

ThermoLife
c/o Ron Kramer
3941 E. Chandler Blvd., #106-212
Phoenix, AZ 85048

Client Number:   101107 ThermoLife
Matter Number:   0406 ThermoLife v. Creative Compounds
**For Services Rendered Through 3/31/2013.**

## Fees

| Date | Timekeeper | Description | Hours | Amount | |
|------|-----------|-------------|-------|--------|---|
| 03/03/2013 | EBH | Work on motion for summary judgment regarding invalidity defense | 2.20 | $506.00 | |
| 03/04/2013 | EBH | Work on motion for summary judgment regarding invalidity defense; teleconference with G. Collins regarding the same | 0.80 | $184.00 | |
| 03/04/2013 | GBC | Work on motion for summary judgment | 0.80 | $0.00 | N/C |
| 03/05/2013 | EBH | Work on motion for summary judgment regarding infringing conduct and invalidity defense; teleconference with G. Collins regarding the same | 2.70 | $621.00 | |
| 03/05/2013 | GBC | Conduct Westlaw research re difference between on sale and advertising infringing poduct | 0.80 | $0.00 | N/C |
| 03/06/2013 | EBH | Work on motion for summary judgment regarding infringing conduct and invalidity defense | 2.70 | $621.00 | |
| 03/07/2013 | EBH | Work on motion for summary judgment regarding infringing conduct and invalidity defense | 2.00 | $460.00 | |
| 03/07/2013 | GBC | Work on motion for summary judgment; email conference with R. Kramer re same | 1.50 | $450.00 | |
| 03/08/2013 | EBH | Work on motion to stay discovery; teleconference with G. Collins regarding the same | 1.80 | $414.00 | |
| 03/10/2013 | EBH | Work on motion to stay discovery | 1.20 | $0.00 | N/C |

Continued On Next Page

| Client Number: | 101107 | | | | 04/03/2013 |
|---|---|---|---|---|---|
| Matter Number: | 0406 | | | | Page:    2 |

| | | | | | |
|---|---|---|---|---|---|
| 03/10/2013 | GBC | Work on statement of facts | 3.50 | $1,050.00 | |
| 03/11/2013 | GBC | Work on motion for summary judgment; confer with opposing counsel re filing deposition exhibits publically; work on statement of facts; finalize and file same | 3.80 | $1,140.00 | |
| 03/12/2013 | EBH | Teleconference with G. Collins regarding requirements for stay of discovery | 0.50 | $0.00 | N/C |
| 03/14/2013 | GBC | Email conference with T. DeGroot requesting stay of discovery | 0.40 | $120.00 | |
| 03/20/2013 | GBC | Send email confirming agreement to stay discovery | 0.50 | $0.00 | N/C |
| 03/27/2013 | EBH | Work on response to Creative's motion for summary judgment regarding invalidity of the patent due to prior use | 0.60 | $138.00 | |
| 03/28/2013 | EBH | Work on response to Creative's motion for summary judgment regarding invalidity of the patent due to prior use | 0.80 | $184.00 | |
| 03/29/2013 | EBH | Work on response to Creative's motion for summary judgment regarding invalidity of the patent due to prior use | 2.00 | $460.00 | |
| 03/31/2013 | EBH | Work on response to Creative's motion for summary judgment regarding invalidity of the patent due to prior use | 2.10 | $483.00 | |

| | | | |
|---|---|---|---|
| | Billable Hours / Fees: | 26.90 | $6,831.00 |

## Timekeeper Summary

Timekeeper EBH worked 17.70 hours at $230.00 per hour, totaling $4,071.00.

Timekeeper GBC worked 9.20 hours at $300.00 per hour, totaling $2,760.00.

Timekeeper EBH worked 1.70 hours at no charge.

Timekeeper GBC worked 2.10 hours at no charge.

## Cost Detail

| Date | Description | Amount | Check No. |
|---|---|---|---|
| 02/19/2013 | Court reporting expenses for deposition of Corey McNeely. <br> Payee:   Litigation Services and Technologies | $725.85 | 4418 |
| 02/28/2013 | Court reporting expenses for depositions of Karla Cornelius, Richard Nixon, Derek Cornelius and Brenda Nixon. <br> Payee:   Litigation Services and Technologies | $1,921.25 | 4418 |
| 03/01/2013 | Westlaw charges. <br> Payee:   West Payment Center | $386.83 | 4426 |

| | | |
|---|---|---|
| Total Costs | $3,033.93 | |

Continued On Next Page

Client Number:   101107
Matter Number:   0406

04/03/2013
Page:   3

## Payment Detail

| Date | Description | Amount |
|------|-------------|--------|
| 03/06/2013 | Monies applied from trust to invoice #: 3807 | ($13,447.00) |
| 03/06/2013 | Monies applied from trust to invoice #: 3807 | ($6,421.19) |
| 03/06/2013 | Monies applied from trust to invoice #: 3807 | ($34.69) |
|  | Total Payments Received: | ($19,902.88) |

| | | | |
|---|---|---|---|
| Prior Balance: | $19,902.88 | Last Payment: | 03/06/2013 |
| Payments Received: | ($19,902.88) | | |
| Current Fees: | $6,831.00 | | |
| Advanced Costs: | $3,033.93 | | |
| Amount to be Applied from Trust: | ($9,864.93) | | |
| TOTAL AMOUNT DUE: | $0.00 | | |

If You Have Any Questions About This Bill,
Please Contact Us At Your Earliest Convenience.
Thank You For Your Prompt Payment.

Tax ID 26-3115258

Continued On Next Page

Client Number:   101107
Matter Number:   0406

04/03/2013
Page:  4

## TRUST ACTIVITY RECAP

| Date | Description | | | Deposit | Withdrawal | Balance |
|------|-------------|--|--|---------|------------|---------|
| | | | | | | $0.00 |
| 03/01/2013 | Transfer of retainer from Gaspari | | | $19,902.88 | | $19,902.88 |
| 03/06/2013 | Trust money applied to invoice: 3807 | | | | $19,902.88 | $0.00 |
| | Our Check: | 3488 | Payee: | Kerosmar & Feltus PLLC | | |
| 04/02/2013 | Transfer of retainer from Gaspari | | | $9,864.93 | | $9,864.93 |
| 04/03/2013 | Trust monies to be applied to this bill. | | | | $9,864.93 | $0.00 |

**Keresmar & Feltus, PLLC**
6263 N. Scottsdale, Suite 320
Scottsdale, AZ 85250
Telephone: 480-421-1001
Fax: 480-421-1002

May 3, 2013
Invoice No. 3976

ThermoLife
c/o Ron Kramer
3941 E. Chandler Blvd., #106-212
Phoenix, AZ 85048

Client Number:   101107 ThermoLife
Matter Number:   0406 ThermoLife v. Creative Compounds
**For Services Rendered Through 4/30/2013.**

## Fees

| Date | Timekeeper | Description | Hours | Amount | |
|------|-----------|-------------|-------|--------|--|
| 04/02/2013 | EBH | Work on response to Creative's motion for summary judgment | 3.00 | $0.00 | N/C |
| 04/02/2013 | JRC | Update document database with documents recently produced by Creative Compounds | 0.20 | $30.00 | |
| 04/03/2013 | EBH | Work on response to Creative's motion for summary judgment | 2.80 | $644.00 | |
| 04/03/2013 | GBC | Work on repsonse to motion for summary judgment; email conference with E. Hull re same | 1.50 | $450.00 | |
| 04/04/2013 | EBH | Work on response to Creative's motion for summary judgment | 1.50 | $0.00 | N/C |
| 04/05/2013 | EBH | Work on response to Creative's motion for summary judgment | 1.20 | $0.00 | N/C |
| 04/07/2013 | EBH | Work on response to Creative's motion for summary judgment | 2.80 | $644.00 | |
| 04/08/2013 | EBH | Work on response to Creative's motion for summary judgment | 3.40 | $782.00 | |
| 04/09/2013 | EBH | Work on response to Creative's motion for summary judgment and statement of facts | 1.20 | $276.00 | |
| 04/11/2013 | EBH | Work on response to Creative's motion for summary judgment; teleconference with G. Collins regarding the same | 0.40 | $92.00 | |
| 04/15/2013 | EBH | Work on response to Creative's motion for summary judgment; work on response to Creative's statement of facts in support of its motion for summary judgment | 2.40 | $552.00 | |

Continued On Next Page

| | | | | |
|---|---|---|---|---|
| Client Number: | 101107 | | | 05/03/2013 |
| Matter Number: | 0406 | | | Page:  2 |

| Date | | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 04/16/2013 | EBH | Work on reply in support of ThermoLife's motion for summary judgment | 1.20 | $276.00 | |
| 04/17/2013 | EBH | Work on reply in support of ThermoLife's motion for summary judgment | 0.40 | $92.00 | |
| 04/17/2013 | GBC | Work on response to motion for summary judgement | 0.80 | $240.00 | |
| 04/24/2013 | EBH | Teleconference with G. Collins regarding summary judgment briefing | 0.40 | $92.00 | |
| 04/25/2013 | EBH | Work on response to Creative's motion for summary judgment; work on reply in support of ThermoLife's motion for summary judgment | 1.70 | $391.00 | |
| 04/26/2013 | GBC | Work on response to motion for summary judgment; work on reply in support of motion for summary judgment; send to R. Kramer for review | 3.20 | $0.00 | N/C |
| 04/29/2013 | GBC | Work on response statement of facts; finalize and file resposne to motion for summary judgment; reply in support of motion for summary judgment and statement of facts | 3.00 | $900.00 | |

| | | | | |
|---|---|---|---|---|
| | | **Billable Hours / Fees:** | **22.20** | **$5,461.00** |

## Timekeeper Summary

Timekeeper EBH worked 16.70 hours at $230.00 per hour, totaling $3,841.00.

Timekeeper GBC worked 5.30 hours at $300.00 per hour, totaling $1,590.00.

Timekeeper JRC worked 0.20 hours at $150.00 per hour, totaling $30.00.

Timekeeper EBH worked 5.70 hours at no charge.

Timekeeper GBC worked 3.20 hours at no charge.

## Cost Detail

| Date | Description | Amount | Check No. |
|---|---|---|---|
| 04/01/2013 | Westlaw charges. | $312.30 | 4489 |
| | Payee:  West Payment Center | | |
| | **Total Costs** | **$312.30** | |

Continued On Next Page

Client Number:     101107
Matter Number:     0406

05/03/2013
Page:   3

## Payment Detail

| Date | Description | | Amount |
|------|-------------|---|--------|
| 04/03/2013 | Monies applied from trust to invoice #: 3861 | | ($6,831.00) |
| 04/03/2013 | Monies applied from trust to invoice #: 3861 | | ($725.85) |
| 04/03/2013 | Monies applied from trust to invoice #: 3861 | | ($2,308.08) |
| | | **Total Payments Received:** | ($9,864.93) |

| | | |
|---|---|---|
| Prior Balance: | $9,864.93 | **Last Payment:**   04/03/2013 |
| Payments Received: | ($9,864.93) | |
| Current Fees: | $5,461.00 | |
| Advanced Costs: | $312.30 | |
| Amount to be Applied from Trust: | ($5,773.30) | |
| **TOTAL AMOUNT DUE:** | $0.00 | |

If You Have Any Questions About This Bill,
Please Contact Us At Your Earliest Convenience.
Thank You For Your Prompt Payment.

Tax ID 26-3115258

Continued On Next Page

Client Number:     101107
Matter Number:    0406

05/03/2013
Page:   4

TRUST ACTIVITY RECAP

| Date | Description | | | | Deposit | Withdrawal | Balance |
|------|-------------|---|---|---|---------|------------|---------|
| | | | | | | | $0.00 |
| 04/02/2013 | Transfer of retainer from Gaspari | | | | $9,864.93 | | $9,864.93 |
| 04/03/2013 | Trust money applied to invoice: 3861 | | | | | $9,864.93 | $0.00 |
| | Our Check: | 3497 | Payee: | Keresmar & Feltus PLLC | | | |
| 05/01/2013 | Transfer of retainer from Gaspari | | | | $5,773.30 | | $5,773.30 |
| 05/03/2013 | Trust monies to be applied to this bill. | | | | | $5,773.30 | $0.00 |

**Keresmar & Feltus, PLLC**
6263 N. Scottsdale, Suite 320
Scottsdale, AZ 85250
Telephone: 480-421-1001
Fax: 480-421-1002

June 5, 2013
Invoice No. 4050

ThermoLife
c/o Ron Kramer
3941 E. Chandler Blvd., #106-212
Phoenix, AZ 85048

Client Number:   101107 ThermoLife
Matter Number:   0406 ThermoLife v. Creative Compounds
**For Services Rendered Through 5/31/2013.**

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/01/2013 | EBH | Research case law and secondary sources regarding right to a jury trial on counterclaim for invalidity of trial if we proceed to trial with only remedy of injunction; teleconference and email conference with G. Collins regarding the same and providing authority for use in possible motion or response | 2.70 | $621.00 |
| 05/01/2013 | GBC | Email conference with T. DeGroot re extension of deadlines | 0.30 | $90.00 |
| 05/02/2013 | GBC | Email conference wtih T. DeGroot re deadlines and whether this matter is approriate for a jury trial; conduct Westlaw research re jury trial issue | 0.50 | $150.00 |
| | | **Billable Hours / Fees:** | **3.50** | **$861.00** |

## Timekeeper Summary

Timekeeper EBH worked 2.70 hours at $230.00 per hour, totaling $621.00.

Timekeeper GBC worked 0.80 hours at $300.00 per hour, totaling $240.00.

## Cost Detail

| Date | Description | Amount | Check No. |
|------|-------------|--------|-----------|
| 05/01/2013 | Westlaw charges. | $259.96 | 4541 |
| | Payee:   West Payment Center | | |

Continued On Next Page

Client Number:  101107
Matter Number:  0406

06/05/2013
Page: 2

| | Total Costs | $259.96 |
|---|---|---|

## Payment Detail

| Date | Description | Amount |
|---|---|---|
| 05/05/2013 | Monies applied from trust to invoice #: 3984 | ($5,461.00) |
| 05/05/2013 | Monies applied from trust to invoice #: 3984 | ($312.30) |
| | Total Payments Received: | ($5,773.30) |

| | | | |
|---|---|---|---|
| Prior Balance: | $5,773.30 | Last Payment: | 05/05/2013 |
| Payments Received: | ($5,773.30) | | |
| Current Fees: | $861.00 | | |
| Advanced Costs: | $259.96 | | |
| Amount to be Applied from Trust: | ($1,120.96) | | |
| TOTAL AMOUNT DUE: | $0.00 | | |

If You Have Any Questions About This Bill,
Please Contact Us At Your Earliest Convenience.
Thank You For Your Prompt Payment.

Tax ID 26-3115258

Continued On Next Page

Client Number: 101107
Matter Number: 0406

06/05/2013
Page: 3

TRUST ACTIVITY RECAP

| Date | Description | | | | Deposit | Withdrawal | Balance |
|------|-------------|---|---|---|---------|------------|---------|
| | | | | | | | $0.00 |
| 05/01/2013 | Transfer of retainer from Gaspari | | | | $5,773.30 | | $5,773.30 |
| 05/05/2013 | Trust money applied to invoice: 3984 | | | | | $5,773.30 | $0.00 |
| | Our Check: | 3501 | Payee: | Kerosmar & Feltus PLLC | | | |
| 06/03/2013 | Transfer of retainer from Gaspari | | | | $1,120.96 | | $1,120.96 |
| 06/05/2013 | Trust monies to be applied to this bill. | | | | | $1,120.96 | $0.00 |

**Keresmar & Feltus, PLLC**
6263 N. Scottsdale, Suite 320
Scottsdale, AZ 85250
Telephone: 480-421-1001
Fax: 480-421-1002

July 11, 2013
Invoice No. 4184

ThermoLife
c/o Ron Kramer
3941 E. Chandler Blvd., #106-212
Phoenix, AZ 85048

Client Number:    101107 ThermoLife
Matter Number:    0406 ThermoLife v. Creative Compounds
**For Services Rendered Through 6/30/2013.**

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/02/2013 | GBC | Email conference with T. DeGroot re deadline for Creative Compounds to respond to ThermoLife renewed summary judgment motion | 0.40 | $120.00 |
| 06/05/2013 | GBC | Email conference with T. DeGroot re need to use certain AEO documents in connection with Creative's response to ThermoLife's MSJ; analyze and review documents; prepare section of Rule 7.1 statement to keep documents protected as AEO; email conference with T. DeGroot re same | 3.20 | $960.00 |
| 06/12/2013 | EBH | Work on reply in support of cross motion for summary judgment on prior use and sale of patented invention | 0.50 | $115.00 |
| 06/18/2013 | EBH | Work on reply in support of cross motion for summary judgment on prior use and sale of patented invention | 0.90 | $207.00 |
| 06/19/2013 | GBC | Email conference with T. DeGroot re briefing schedule | 0.30 | $90.00 |
| 06/30/2013 | EBH | Work on reply in support of cross motion for summary judgment on prior use and prior sale | 0.80 | $184.00 |
| | | **Billable Hours / Fees:** | 6.10 | $1,676.00 |

Continued On Next Page

Client Number:    101107
Matter Number:    0406

07/11/2013
Page:   2

## Timekeeper Summary

Timekeeper EBH worked 2.20 hours at $230.00 per hour, totaling $506.00.
Timekeeper GBC worked 3.90 hours at $300.00 per hour, totaling $1,170.00.

## Cost Detail

| Date | Description | Amount | Check No. |
|------|-------------|--------|-----------|
| 06/01/2013 | Westlaw charges. | $51.79 | 4622 |
| | Payee:   West Payment Center | | |
| | Total Costs | $51.79 | |

## Payment Detail

| Date | Description | Amount |
|------|-------------|--------|
| 06/06/2013 | Monies applied from trust to invoice #: 4050 | ($861.00) |
| 06/06/2013 | Monies applied from trust to invoice #: 4050 | ($259.96) |
| | Total Payments Received: | ($1,120.96) |

|  |  |  |  |
|--|--|--|--|
| Prior Balance: | $1,120.96 | Last Payment: | 06/06/2013 |
| Payments Received: | ($1,120.96) | | |
| Current Fees: | $1,676.00 | | |
| Advanced Costs: | $51.79 | | |
| TOTAL AMOUNT DUE: | $1,727.79 | | |

If You Have Any Questions About This Bill,
Please Contact Us At Your Earliest Convenience.
Thank You For Your Prompt Payment.

Tax ID 26-3115258

Continued On Next Page

Client Number:  101107
Matter Number:  0406

07/11/2013
Page: 3

## TRUST ACTIVITY RECAP

| Date | Description | Deposit | Withdrawal | Balance |
|------|-------------|---------|------------|---------|
| | | | | $0.00 |
| 06/03/2013 | Transfer of retainer from Gaspari | $1,120.96 | | $1,120.96 |
| 06/06/2013 | Trust money applied to invoice: 4050 | | $1,120.96 | $0.00 |
| | Our Check: 3511 Payee: Kerosmar & Feltus PLLC | | | |

**Keresmar & Feltus, PLLC**
6263 N. Scottsdale, Suite 320
Scottsdale, AZ 85250
Telephone: 480-421-1001
Fax: 480-421-1002

August 12, 2013
Invoice No. 4267

ThermoLife
c/o Ron Kramer
3941 E. Chandler Blvd., #106-212
Phoenix, AZ 85048

Client Number:   101107  ThermoLife
Matter Number:   0406  ThermoLife v. Creative Compounds
**For Services Rendered Through 7/31/2013.**

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/09/2013 | EBH | Work on reply in support of cross motion for sumary judgment on Creative's defenses of prior use and prior sale | 2.50 | $575.00 |
| 07/15/2013 | GBC | Work on reply in support of motion for summary judgment; finalize and file same | 1.50 | $450.00 |
| | | **Billable Hours / Fees:** | **4.00** | **$1,025.00** |

### Timekeeper Summary

Timekeeper EBH worked 2.50 hours at $230.00 per hour, totaling $575.00.

Timekeeper GBC worked 1.50 hours at $300.00 per hour, totaling $450.00.

## Payment Detail

| Date | Description | Amount |
|------|-------------|--------|
| 07/26/2013 | Trust Check No. 3528 | ($1,676.00) |
| 07/26/2013 | Trust Check No. 3528 | ($51.79) |
| | **Total Payments Received:** | **($1,727.79)** |

Continued On Next Page

Client Number:     101107
Matter Number:     0406

08/12/2013
Page:  2

| | | Last Payment: | 07/26/2013 |
|---|---|---|---|
| Prior Balance: | $1,727.79 | | |
| Payments Received: | ($1,727.79) | | |
| Current Fees: | $1,025.00 | | |
| Advanced Costs: | $0.00 | | |
| Amount to be Applied from Trust: | ($1,025.00) | | |
| TOTAL AMOUNT DUE: | $0.00 | | |

If You Have Any Questions About This Bill,
Please Contact Us At Your Earliest Convenience.
Thank You For Your Prompt Payment.

Tax ID 26-3115258

Continued On Next Page

Client Number:     101107
Matter Number:     0406

08/12/2013
Page:   3

## TRUST ACTIVITY RECAP

| Date | Description | Deposit | Withdrawal | Balance |
|------|-------------|---------|------------|---------|
| | | | | $0.00 |
| 08/12/2013 | Transfer of retainer from Gaspari | $1,025.00 | | $1,025.00 |
| 08/12/2013 | Trust monies to be applied to this bill. | | $1,025.00 | $0.00 |

**Keresmar & Feltus, PLLC**
7150 East Camelback, Suite 285
Scottsdale, AZ 85251
Telephone: 480-421-1001
Fax: 480-421-1002

December 5, 2013
Invoice No. 4594

ThermoLife
c/o Ron Kramer
3941 E. Chandler Blvd., #106-212
Phoenix, AZ 85048

Client Number:   101107  ThermoLife
Matter Number:   0406  ThermoLife v. Creative Compounds
**For Services Rendered Through 11/30/2013.**

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/12/2013 | BJB | | 0.10 | $6.00 |
| 11/15/2013 | EBH | Review order regarding summary judgment briefing; teleconference with G. Collins regarding the same | 0.40 | $92.00 |
| 11/15/2013 | GBC | Analyze and review Court order on motions for summary judgment; telephone conference with R. Kramer re same | 0.80 | $240.00 |
| 11/26/2013 | EBH | Work on legal section for fee application under the patent statutes | 1.90 | $437.00 |
| 11/27/2013 | EBH | Work on legal section for fee application; teleconference with G. Collins regarding the same | 1.10 | $253.00 |
| 11/27/2013 | JRC | Work on statement of costs and compiling background information relating to same | 1.40 | $210.00 |
| | | **Billable Hours / Fees:** | **5.70** | **$1,238.00** |

## Timekeeper Summary

Timekeeper BJB worked 0.10 hours at $60.00 per hour, totaling $6.00.
Timekeeper EBH worked 3.40 hours at $230.00 per hour, totaling $782.00.
Timekeeper GBC worked 0.80 hours at $300.00 per hour, totaling $240.00.
Timekeeper JRC worked 1.40 hours at $150.00 per hour, totaling $210.00.

Continued On Next Page

Client Number:   101107
Matter Number:   0406

12/05/2013
Page: 2

## Payment Detail

| Date | Description | | Amount |
|------|-------------|--|--------|
| 08/12/2013 | Monies applied from trust to invoice #: 4267 | | ($1,025.00) |
| | | Total Payments Received: | ($1,025.00) |

|  | |
|--|--|
| Prior Balance: | $1,025.00 |
| Payments Received: | ($1,025.00) |
| Current Fees: | $1,238.00 |
| Advanced Costs: | $0.00 |
| Amount to be Applied from Trust: | ($1,238.00) |
| TOTAL AMOUNT DUE: | $0.00 |

Last Payment:   08/12/2013

If You Have Any Questions About This Bill,
Please Contact Us At Your Earliest Convenience.
Thank You For Your Prompt Payment.

Tax ID 26-3115258

Continued On Next Page

Client Number:   101107
Matter Number:   0406

12/05/2013
Page:  3

## TRUST ACTIVITY RECAP

| Date | Description | | | | Deposit | Withdrawal | Balance |
|------|-------------|---|---|---|---------|------------|---------|
| | | | | | | | $0.00 |
| 08/12/2013 | Transfer of retainer from Gaspari | | | | $1,025.00 | | $1,025.00 |
| 08/12/2013 | Trust money applied to invoice: 4267 | | | | | $1,025.00 | $0.00 |
| | Our Check: | 3541 | Payee: | Keresmar & Feltus PLLC | | | |
| 12/01/2013 | Transfer of retainer from Gapari | | | | $1,238.00 | | $1,238.00 |
| 12/05/2013 | Trust monies to be applied to this bill. | | | | | $1,238.00 | $0.00 |

# EXHIBIT 2

COREY MCNEELY - 2/12/2013

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

RON KRAMER, an Arizona )
resident; SAL ABRAHAM, a)
Florida resident; )
THERMOLIFE INTERNATIONAL)
LLC, an Arizona limited )
liability company, )
)
        Plaintiffs, )
)
            vs. )Case No.
)2:11-cv-01965-PHX-JAT (Lead)
)2:11-cv-02033-PHX-JAT (Cons)
CREATIVE COMPOUNDS LLC, )
a Nevada limited )
liability company, )
)
        Defendant. )
_____)
)
CREATIVE COMPOUNDS LLC )
a Nevada limited )
liability company, )
)
        Plaintiff, )
)
            vs. )
)
RON KRAMER, an Arizona )
resident; and SAL )
ABRAHAM, a Florida )
resident, )
)
        Defendants. )

DEPOSITION OF COREY MCNEELY
TAKEN ON BEHALF OF THE PLAINTIFFS
FEBRUARY 12, 2013
(Starting time of the deposition: 9:07 a.m.)

REPORTED BY: JOANNA CHARLTON, RPR, CCR(MO), CSR(IL)
JOB NO. 174595

COREY MCNEELY - 2/12/2013

14  (Pages 50 to 53)

| Page 50 | Page 52 |
|---|---|
| 1 T-R-I-I-O-D-O-T-H-Y-R-O-N-I-N-E. Do you see that?<br>2 A. Yes.<br>3 Q. Did I read that correctly?<br>4 A. Yes.<br>5 Q. Do you know what support Creative Compounds<br>6 has for that statement?<br>7 A. No, I can't answer that.<br>8 Q. Okay. And paragraph 16, paragraph 16 says,<br>9 it would've been obvious to one of ordinary skill in<br>10 organic chemistry to practice the methods claimed in<br>11 the 533 Patent and to make the dietary supplement<br>12 claimed in the 533 Patent. Do you see that?<br>13 A. Yes.<br>14 Q. Did I read that accurately?<br>15 A. Yes.<br>16 Q. Do you know what support Creative Compounds<br>17 has for that statement?<br>18 A. I don't.<br>19 Q. Turn to paragraph 32 of the declaratory<br>20 judgment complaint, which is on Page 4. Paragraph 32<br>21 states, each claim of the 533 Patent is invalid for<br>22 failure to meet one or more of the requirements for<br>23 patentability set forth in 35 U, period, S, period, C<br>24 period, Sections 101, 102, 103, and/or 112 or other<br>25 statutory or regulatory requirements under U.S. | 1 Q. (BY MR. COLLINS) You can go ahead and<br>2 answer.<br>3 MR. DEGROOT: Go ahead and answer, if you<br>4 know.<br>5 A. No.<br>6 Q. (BY MR. COLLINS) Are you aware that<br>7 Creative Compounds has made settlement offers in this<br>8 case?<br>9 A. No.<br>10 Q. Who at Creative Compound would authorize<br>11 the company to make a settlement offer?<br>12 A. I would.<br>13 Q. But you're not aware of Creative Compounds'<br>14 settlement offers in this case?<br>15 A. Not that I can remember looking at.<br>16 MR. COLLINS: Guys, if we want to take a<br>17 two or three minute break so I can go over my notes<br>18 quickly, I may be done here, but I may have one or<br>19 two follow-up questions.<br>20 MR. DEGROOT: Okay.<br>21 MR. COLLINS: If that works.<br>22 (Break was taken.)<br>23 Q. (BY MR. COLLINS) Mr. McNeely, I appreciate<br>24 your time today. Thanks for making yourself<br>25 available for this deposition. I have no further |

| Page 51 | Page 53 |
|---|---|
| 1 patent law. Do you see that?<br>2 A. Yes.<br>3 Q. Did I read that accurately?<br>4 A. Yes.<br>5 Q. Do you know what support Creative Compounds<br>6 has for that statement?<br>7 A. I don't.<br>8 MR. DEGROOT: I want to know for the record<br>9 here with respect to the last three areas that<br>10 Mr. Collins has questioned the witness we did -- the<br>11 company did produce a corporate designee on each of<br>12 those topics named Derek Cornelius who's been<br>13 previously deposed in this matter. Go ahead.<br>14 Q. (BY MR. COLLINS) Mr. McNeely, are you<br>15 authorized to make decisions regarding this lawsuit?<br>16 A. Yes.<br>17 Q. What does Creative Compounds hope to earn<br>18 from this litigation? What does it hope to achieve?<br>19 A. I mean, like I said, we would want to<br>20 continue with the plan, which was to sell DIAC.<br>21 Q. Are you aware in settlement of this matter<br>22 Creative Compounds has demanded a percentage of<br>23 ThermoLife's moneys earned from sales of DIAC?<br>24 MR. DEGROOT: What's the relevance of<br>25 talking about settlement discussions in a deposition? | 1 questions at this time.<br>2 MR. COLLINS: Mr. DeGroot, if you have any<br>3 questions, you can go ahead and ask them.<br>4 EXAMINATION<br>5 QUESTIONS BY MR. DEGROOT:<br>6 Q. Mr. McNeely, with respect to the lawsuit at<br>7 issue, have you delegated authority with respect to<br>8 the company's handling of this litigation to anyone?<br>9 A. Yeah. To Derek Cornelius.<br>10 Q. That's all I have.<br>11 MR. COLLINS: I have a couple of<br>12 follow-ups, then.<br>13 FURTHER EXAMINATION<br>14 QUESTIONS BY MR. COLLINS:<br>15 Q. Mr. McNeely, Derek Cornelius is an<br>16 independent contractor for Creative Compounds;<br>17 correct?<br>18 A. Yeah. He's a paid consultant, if that's<br>19 what you're referring to.<br>20 Q. Okay. How much does he get paid each year,<br>21 and we can designate this portion as attorney's eyes<br>22 only.<br>23 MR. DEGROOT: Well, so far the whole<br>24 transcript has been.<br>25 MR. COLLINS: Yeah, go ahead. |

COREY MCNEELY - 2/12/2013

Page 54

1    MR. DEGROOT: I thought he answered that in
2  his deposition.
3    MR. COLLINS: I know. Now I'm asking
4  Mr. McNeely.
5    MR. DEGROOT: Okay.
6    A. I would have to look to be sure.
7    Q. (BY MR. COLLINS) Okay. Does Derek
8  Cornelius have the ability to bind the company to his
9  decisions?
10    A. To bind?
11    Q. Yeah?
12    MR. DEGROOT: I'll object --
13    Q. (BY MR. COLLINS) Does Derek Cornelius make
14  decisions for Creative Compounds?
15    A. No. I mean, he would check with me on -- I
16  mean, I'm the one that's going to make the final
17  decision on it.
18    Q. Does Derek Cornelius have the ability to
19  buy product for Creative Compounds?
20    A. No. Any product we buy is going to be
21  purchased through us through our purchasing
22  department.
23    Q. Does Derek Cornelius have the ability to
24  sell product for Creative Compounds?
25    A. No. That's going to go through all of our

Page 55

1  salespeople.
2    Q. Does Derek Cornelius have the ability to
3  enter into leases for Creative Compounds' businesses
4  and locations?
5    A. Enter into what?
6    MR. DEGROOT: Leases.
7    Q. (BY MR. COLLINS) Enter into a lease for
8  office space for Creative Compounds.
9    A. No.
10    Q. Does -- in connection with this litigation,
11  will Mr. Cornelius be paid any fees or will he be
12  paid related to this litigation at all?
13    A. No, not outside his normal consulting fee
14  that we do.
15    Q. And Derek Cornelius' consulting fee is that
16  a set fee every year?
17    A. Yes.
18    Q. It doesn't go up ever?
19    A. It hasn't -- I don't believe it's gone up
20  in as long as -- as long as I've been the president.
21  I mean, like I said, though, I'd have to look to tell
22  you what the exact amounts were, but I don't -- I
23  haven't increased it.
24    Q. But it doesn't go down either; right?
25    A. No. I think it's been set for some time.

Page 56

1    Q. If Creative Compounds were to earn a
2  million dollar judgment in this case, would Derek
3  Cornelius be paid any extra money?
4    A. No.
5    Q. Why has Creative Compounds chosen to
6  delegate these -- the running of this lawsuit to
7  Derek Cornelius?
8    A. He's much more familiar with the compound
9  and the history of it than I am.
10    Q. If my clients were to be awarded attorney's
11  fees at the end of this lawsuit, would those
12  attorney's fees be paid by Derek Cornelius?
13    A. No. They'd be paid by Creative.
14    Q. Creative Compounds, LLC?
15    A. Yes.
16    Q. Does Creative Compounds, LLC do business
17  under any other name?
18    A. No.
19    Q. All right. Mr. McNeely, I don't have any
20  further questions. Thank you.
21    A. Thanks.
22    MR. DEGROOT: I don't have anything
23  further. We'll read and sign.
24    (WHEREIN, the deposition was concluded
25    at 10:22 a.m. and signature was not waived.)

Page 57

1    CERTIFICATE OF DEPONENT
2  PAGE LINE    CHANGE    REASON
3  _____
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10  _____
11  _____
12  _____
13  _____
14    *   *   *   *   *
15    I, COREY MCNEELY, deponent herein, do hereby
   certify and declare the within and foregoing
16  transcription to be my deposition in said action;
   that I have read, corrected, and do hereby affix my
17  signature, under penalty of perjury, to said
   deposition.
18
19  COREY MCNEELY, Deponent           DATE
20
21
22
23
24
25

# EXHIBIT 3

**Brandi Bies**

ł

**From:** Gregory Collins
**Sent:** Sunday, August 26, 2012 7:35 PM
**To:** Tom DeGroot
**Cc:** Gregory Collins; Jenessa Coccaro; ask@jaburgwilk.com; mcs@jaburgwilk.com; Geoffrey Kercsmar
**Subject:** Re: ThermoLife v. Creative

Tom,

I informed you within 24 hours of you noticing up Mr. Kramer's deposition that Mr. Kramer was not available on 8/31. I also informed you that this date never should have been provided in the first instance.  In response, you imply that ThermoLife has suddenly made up an event on Labor Day weekend.  ThermoLife is indeed sponsoring an event on Labor Day weekend at Muscle Beach.  A simple google search should quickly reveal this is not an invented excuse.  Unfortunately, this event sponsorship also has Mr. Kramer unavailable for deposition on Thursday 8/30.  Further, while there certainly is no requirement that any deposition notice be submitted more than 10 days prior to the deposition, when less than 10 days notice is provided the party noticing the deposition should not be surprised when the opposing party is unavailable.

I further note, in the past we've discussed the sequence of depositions in this matter.  As  my previous emails indicate, as a matter of general practice in Arizona (and elsewhere) the party who notices up depositions first is entitled to take depositions first.  ThermoLife noticed its depositions up prior to Creative in this matter; accordingly, ThermoLife's depositions should occur first.  For the second time in three months, you have simply ignored this well-settled practice rule and in response to my deposition requests you have noticed up my client's deposition.  This is entirely improper.

Mr. Kramer is available for deposition on September 10, 2012.    Mr. Kramer will be in LA, California on this date.  Since you will be traveling for this deposition anyway, we'd request that Mr.Kramer's deposition take place in LA.

Please confirm that you will provide an amended deposition notice for Mr. Kramer's deposition and Mr. Kramer's deposition will not go forward on 8/31. If you intend to go forward with Mr. Kramer's deposition on 8/31, please let me know immediately so that we can raise this issue with the Court.

With the deposition issue addressed, I want to address the status of this case.  I have been authorized to make the following non-monetary settlement offer to Creative Compounds.  In settlement of this dispute, my clients propose that Creative Compounds enter into a stipulated judgment in which : (1) Creative Compounds stipulates to the entry of permanent injunction barring further infringement of the patent at issue; (2) Creative Compounds acknowledges that the patent is valid and enforceable; and (3) Creative Compounds dismisses its counterclaim with prejudice with both sides to bear their own attorneys' fees and costs.  If Creative Compounds is willing to enter into a stipulated judgment incorporating the terms outlined above, this matter will be resolved with both sides bearing their own attorneys' fees and costs. This settlement offer is contingent upon the parties entering into a mutually agreeable settlement agreement.

Both sides appear poised to incur substantial attorneys' fees in the next six months. ThermoLife makes this settlement offer now in an effort to resolve this dispute before these attorneys' fees are incurred.  Once depositions commence in

1

this matter, my clients are resolved to see this dispute through. This settlement offer will remain open until Tuesday at noon Arizona time.

I look forward to hearing from you. If you'd like to discuss these matters over the phone, please give me a call tomorrow morning.

Best Regards,

Greg Collins

On Aug 25, 2012, at 2:33 PM, "Tom DeGroot" <tom@degrootlaw.net> wrote:

Greg,

This is most unfortunate. I was able to get some of your proposed deponents to change schedules in large part on reliance on your email stating that Mr. Kramer would be available for deposition during anytime 8/28-8/31. Now, after I picked one of the dates you proposed, ThermoLife suddenly remembers that it has a large event that makes Mr. Kramer unavailable on 8/31. It is a little hard to believe that they totally forgot all about that event when, as you said in your email of 8/10, Mr. Kramer would be available.

Also, there is no requirement under the Federal Rules that 10 days' notice is required for a deposition. The requirement is reasonable notice, which was given. Nonetheless, I am willing to accommodate Mr. Kramer on 8/31 if you will agree to make him available for deposition on 8/30 at the same time and place designated in my last deposition notice.

Thomas DeGroot
Law Offices of Thomas DeGroot, LLC
7733 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
314-812-2668
314-296-6970
314-296-6001 facsimile
tom@degrootlaw.net

**From:** Gregory Collins [mailto:gbc@kflawaz.com]
**Sent:** Friday, August 24, 2012 1:09 PM
**To:** Tom DeGroot; Jenessa Coccaro
**Cc:** ask@jaburgwilk.com; mcs@jaburgwilk.com
**Subject:** RE: ThermoLife v. Creative

Tom,

I wanted to get back to you as soon as possible regarding Ron Kramer's deposition. Mr. Kramer is not available on August 31. Although this date was listed in my prior email, the date should not have been included. Mr. Kramer's company, ThermoLife, is sponsoring a large event over labor day weekend. I will provide the details of the event when I have more information. I am working now to obtain a list of alternative possible dates for Mr. Kramer's deposition. Because the deposition was noticed on less than 10 days notice, I

2

wanted to provide this information to you as soon as possible. I will be in touch later regarding the other issues mentioned in your email below.

Best Regards,

Gregory B. Collins
Member
Kercsmar & Feltus PLLC
6263 N. Scottsdale Road
Suite 320 (South Lobby)
Scottsdale, Arizona 85250
480.990.6214 (direct)
480.421.1001 (main)
480.421.1002 (facsimile)
gbc@kflawaz.com
www.kflawaz.com
www.businesslawaz.com

<image001.jpg>

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be privileged. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (480.421.1001), and delete the original message. Thank you.

**From:** Tom DeGroot [mailto:tom@degrootlaw.net]
**Sent:** Thursday, August 23, 2012 3:20 PM
**To:** Gregory Collins; Jenessa Coccaro
**Cc:** ask@jaburgwilk.com; mcs@jaburgwilk.com
**Subject:** ThermoLife v. Creative
**Importance:** High

Greg,

Attached is a notice of deposition for Ron Kramer within the time frame you provided. Regarding Creative's witnesses, I think the dates will work (I hope to have final confirmation soon). The location does not. Only one of the witnesses, Corey McNeely, is even employed by Creative. As to Mr. NcNeely, Creative is not required to produce him for deposition in Phoenix. He is available in Cape Girardeau, Missouri on the date you specified. I can also make the other four non-party witnesses available for deposition in Cape Girardeau, without the necessity of a subpoena. If you need a recommendation on a court reporter, please let me know.

I have been waiting some time now for a date for the deposition of Sal Abraham. Please provide me some dates as soon as you can.

On the expert disclosure issue, I agree with you. I look forward to receiving a draft Joint Motion from you.

Creative is willing to split with Plaintiffs the reasonable travel expenses of Mr. Tabak so that he will appear for a deposition in Arizona.

With respect to the discovery Plaintiffs are producing on Monday, can you please email me a copy of everything and express mail hard copies for earliest delivery Tuesday morning at my office address listed below.

Thanks.

Tom

Thomas DeGroot
Law Offices of Thomas DeGroot, LLC
7733 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
314-812-2668
314-296-6970
314-296-6001 facsimile
tom@degrootlaw.net

# EXHIBIT 4

**Brandi Bies**

F
S

ıc.

---

**From:** Tom DeGroot [mailto:tom@degrootlaw.net]
**Sent:** Wednesday, October 03, 2012 11:00 AM
**To:** Gregory Collins
**Cc:** Geoffrey Kercsmar; Eric Hull
**Subject:** RE: Letter regarding ThermoLife International, LLC v. Gaspari Nutrition, Inc.

Let's schedule Mr. Kramer for deposition on October 23rd in LA. I will get out the appropriate notice tomorrow or Friday. I will at that time also respond to your client's demand. Thanks

Thomas DeGroot
Law Offices of Thomas DeGroot, LLC
7733 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
314-812-2668
314-296-6970
314-296-6001 facsimile
tom@degrootlaw.net

---

**From:** Gregory Collins [mailto:gbc@kflawaz.com]
**Sent:** Tuesday, October 02, 2012 8:02 PM
**To:** Tom DeGroot
**Cc:** Geoffrey Kercsmar; Eric Hull
**Subject:** RE: Letter regarding ThermoLife International, LLC v. Gaspari Nutrition, Inc.

Tom,

The settlement proposal is essentially what ThermoLife previously offered. I suppose ThermoLife would forgo its demand that Creative Compounds stipulate to an injunction as long as Creative agreed not to sell the infringing product going forward. The crux of the offer is that ThermoLife is willing to settle this matter without a monetary payment from Creative Compounds. In light of this offer, the only reason for Creative Compounds to go forward with the lawsuit is to invalidate the patent. As you know Creative Compounds has the burden here and given the evidence I've reviewed thus far, it does not appear that Creative Compounds can meet its burden. Further, I don't understand how it can possibly make financial sense for Creative Compounds to move forward with the litigation given ThermoLife's settlement offer. At the behest of Mr. Tabak, ThermoLife is willing to resolve this case without a monetary payment and with both parties going their separate ways. The terms of settlement would need to be documented in a settlement agreement.

As far as Mr. Kramer's deposition, I provided the October 11 deposition date almost a month ago, on September 6. I have not heard from you about this deposition since that email and this date was offered along with several other dates. Mr. Kramer is a very busy man and his calendar fills up quickly. He now has a business meeting on the 11th that cannot be rescheduled. He is available the week of October 15 and 22, but I

1

have a court of appeals argument on the 16th. Accordingly, he is available for deposition in LA October 18-19 or 23-26. If you respond quickly, I'll let him know and we'll set aside whichever date works for you.

Best Regards,

Gregory B. Collins
Member
Kercsmar & Feltus PLLC
6263 N. Scottsdale Road
Suite 320 (South Lobby)
Scottsdale, Arizona 85250
480.990.6214 (direct)
480.421.1001 (main)
480.421.1002 (facsimile)
gbc@kflawaz.com
www.kflawaz.com
www.businesslawaz.com



The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be privileged. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (480.421.1001), and delete the original message. Thank you.

**From:** Tom DeGroot [mailto:tom@degrootlaw.net]
**Sent:** Tuesday, October 02, 2012 12:32 PM
**To:** Gregory Collins
**Cc:** Geoffrey Kercsmar; Eric Hull
**Subject:** RE: Letter regarding ThermoLife International, LLC v. Gaspari Nutrition, Inc.

Greg, I hope you enjoyed your vacation. I am not sure whether the settlement proposal at the last of your email is different in some manner from your last proposal or not. Can you please elaborate so that the client can respond in an informed manner? Thanks.

As for depositions, I would like to take Mr. Kramer's deposition on the previously offered date of October 11th. Will that be in Phoenix or LA? I will be at the client's offices tomorrow and will endeavor to get some dates for the depositions you want. I would like to schedule Mr. Abraham for a deposition on October 30, 2012. Where in Florida will that be?

Thomas DeGroot
Law Offices of Thomas DeGroot, LLC
7733 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
314-812-2668
314-296-6970

314-296-6001 facsimile
tom@degrootlaw.net

**From:** Gregory Collins [mailto:gbc@kflawaz.com]
**Sent:** Tuesday, September 25, 2012 5:42 PM
**To:** Tom DeGroot
**Cc:** Geoffrey Kercsmar; Eric Hull
**Subject:** FW: Letter regarding ThermoLife International, LLC v. Gaspari Nutrition, Inc.

Tom,

I am back from my vacation. Thank you for respecting my vacation.

The letter we sent to Tabak's company was returned to sender for an improper address. As you
know, Tabak is winding up his company and that is probably the reason the letter did not go
through. Accordingly, we sent the letter via email. Below is Tabak's response.

In light of Tabak's response, which pleads for both of our clients to try and resolve their differences
without involving him any further, I have been asked by my clients to contact you again regarding a
potential settlement of this matter. My clients are still willing to resolve this matter without a monetary
payment. You have expressed that Creative Compounds intends to move forward with its claim to
invalidate the patent at issue, arguing that: (1) Ron Kramer is a not a proper inventor; (2) the
invention was in the public domain before the patent was applied for; and (3) that Derek Cornelius
invented the patented technology and did not suppress, abandon or conceal his invention. I'm
generally not one to argue my clients' case over email, but given that my clients are offering to
resolve this case without a monetary payment and my clients sincerely wish to honor Tabak's wishes,
I will briefly address Creative Compounds' claims here.

As you know, Creative Compounds has the burden of proof on each of its claims and each of these
claims must be proven by clear and convincing evidence. While I have not taken your clients'
depositions, from the documents disclosed it does not appear that Creative Compounds' claims are
strong. An inventor need not be involved in conception as a whole. A person may be listed as a
patent co-inventor even if he or she "did not make the same type or amount of contribution" or "make
a contribution to the subject matter of every claim of the patent." *P.N.A. Const. Technologies, Inc. v.
McTech Group, Inc.*, 414 F. Supp. 2d 1228, 1241 (N.D. Ga. 2006). Here, Ron Kramer contributed to
the conception of the patented invention and Creative Compounds' claims to the contrary are strongly
disfavored.

As to Creative Compounds' claim that the invention was in the public domain prior to the patent being
applied for, Creative Compounds has not produced a single document showing that the invention was
in the public domain.

Finally, Creative Compounds claim that Derek Conelius invented the technology is one where more
discovery is needed. From the documents I have reviewed, it appears that even if Derek Cornelius
did invent DIAC, which is highly questionable on this record, there is no evidence that he conceived of
the patented methods for using DIAC set forth in the patent. Moreover, even if Dereck Cornelius
invented DIAC, he never applied for a patent and he never publically disclosed his invention. "The
courts have consistently held that an invention, though completed, is deemed abandoned,
suppressed, or concealed if, within a reasonable time after completion, no steps are taken to make
the invention publicly known." *Int'l Glass Co. v. U. S.*, 408 F.2d 395, 403 (Ct. Cl. Mar. 14,
1969). "Thus, failure to file a patent application; to describe the invention in a publicly disseminated

3

document; or to use the invention publicly have been held to constitute abandonment, suppression or concealment." *Int'l Glass Co. v. U. S.*, 408 F.2d 395, 403 (Ct. Cl. Mar. 14, 1969).

As explained, I offer these brief thoughts on Creative Compounds' defenses in an effort to resolve this matter. Both our clients will incur substantial attorneys' fees litigating this matter. These attorneys' fees can be avoided by resolving this matter now. Please let me know if Creative Compounds will consider resolving this case now without a monetary payment and I will draft a proposed settlement agreement.

Should Creative Compounds decide to press forward, Sal Abraham is available for deposition in Florida October 29-31. Also, please let me know when you intend to depose Mr. Kramer. Finally, I need to obtain deposition dates for Creative Compounds' witnesses. I'd like to conduct these depositions in late October or early November.


Best Regards,

Gregory B. Collins
Member
Kercsmar & Feltus PLLC
6263 N. Scottsdale Road
Suite 320 (South Lobby)
Scottsdale, Arizona 85250
480.990.6214 (direct)
480.421.1001 (main)
480.421.1002 (facsimile)
gbc@kflawaz.com
www.kflawaz.com
www.businesslawaz.com



The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be privileged. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (480.421.1001), and delete the original message. Thank you.


**From:** Francisco Alfredo Tabak [mailto:franciscotabak@gmail.com]
**Sent:** Thursday, September 13, 2012 12:40 PM
**To:** Jenessa Coccaro
**Subject:** Re: Letter regarding ThermoLife International, LLC v. Gaspari Nutrition, Inc.

Dear Miss Coccaro

I am at present in Vienna, Austria. I plan to return to Argentina on October 13.

Mr. Kramer knows about this trip. He also knows I am having health problems (cardiac arrhytmias). Before leaving Buenos Airers, about two weeks ago, I sent a mail to both Mr. Ron Kramer and Mr. Derek Cornelius, asking them both not to continue involving me in this lawsuit, mainly because it is adversly affecting my health. As far as I know, this lawsuit has no relation to me, nor to my activity, but just receiving your mail made me nervous again.

I am not represented nor have asked advise from any counsel on this matter, nor can I obtain any such advise here in Austria.

I am not a lawyer, I am a biochemist and pharmacist, so these legal matters are beyond my understanding. Maybe I could understand if you would explain in simple words what all this is about.

Again, please consider my health before continuing involving me in this matter.

Sincerely

Francisco Tabak

2012/9/13 Jenessa Coccaro <jbc@kflawaz.com>

Mr. Tabak,

My name is Jenessa Coccaro and I represent ThermoLife International, LLC in *ThermoLife v. Gaspari Nutrition, Inc.*, United States District Court, District of Arizona, Case No. CV 11-01056-NVW. Please see the attached letter from Greg Collins. If you are represented by counsel in this matter, please forward this letter to him or her. We look forward to discussing this matter with you.

Thank you,

Jenessa

Jenessa G. B. Coccaro

Kercsmar & Feltus PLLC

6263 N. Scottsdale Rd, Suite 320

Scottsdale, Arizona 85250

5

Phone (480)990-6218

Fax (480) 421-1002

jbc@kflawaz.com

# EXHIBIT 5

**Brandi Bies**

---

**From:** Tom DeGroot [mailto:tom@degrootlaw.net]
**Sent:** Friday, October 19, 2012 7:29 PM
**To:** Gregory Collins
**Cc:** Geoffrey Kercsmar
**Subject:** Rule 408 Settlement Demand

Greg,

This email is written subject to Federal Rule 408. It is not to be construed as an admission of any matter, factual or legal. From time-to-time, you have raised the possibility of settling this matter. This email responds to inquiries and previous demands.

Creative sees little risk in taking this matter to trial. Creative has not sold any product that infringes your clients' patent. Creative's offer to sell DIAC for the non-infringing purpose of weight loss (as opposed to promoting lean muscle mass) was limited to a select number of customers (for which I doubt your clients had to do much, if any, corrective advertising). Finally, the statements in Creative's advertising were true (Creative's planned 3,5 DIAC product was more pure than what is offered for sale in this country via the internet, particularly DIAC products that consumers can order from overseas). At best, your clients have minimal, if any, damages. Further, especially in light of the lack of any infringing sales, Creative believes that it is highly unlikely that a court would find this an exceptional case so as to justify an award of attorneys' fees. On the other hand, your clients run the risk of having the '533 Patent declared invalid. Further, your clients will incur substantial attorneys' fees on a going-forward basis. For a variety of reasons, attorneys' fees are simply not an issue for Creative. So, as Creative sees it, it has little to lose while retaining a relatively cost-free shot at invalidating the '533 Patent.

Like you, I am not inclined to disclose in detail Creative's strategy for this case. However, the '533 Patent has no independent claims for 3,3' DIAC. Instead, each of the claims of the '533 Patent includes both 3,3' and 3,5 DIAC, and (by definition) all other isomers of DIAC. The evidence will clearly and convincingly demonstrate that the emails in late 2001 between Tabak and Cornelius discussing DIAC refer to 3,5 DIAC. Derek Cornelius conceived of using 3,5 DIAC to promote lean muscle mass by no later than November 2001 and had it reduced to practice by January 2002, when he received a sample of 3,5 DIAC from Tabak, as will be established by a number of witnesses. Cornelius tested it on himself and others to see if it promoted lean muscle mass. Along with the emails, Creative will be able to prove by clear and convincing evidence that, among other things, the invention described in the '533 Patent was known or used by Cornelius and others before the invention thereof by Kramer and Abraham. As I understand it, your clients have no documents showing conception earlier than 2003 and most of their efforts were directed to 3,3' DIAC. As noted, however, the '533 Patent has no claims limited in scope to 3,3' DIAC. Creative believes it will successfully invalidate the '533 Patent.

In addition to the above facts, there are many other questions regarding your clients' claims, including non-infringement, obviousness of the '533 Patent, and other matters best reserved for expert testimony, which I will not share at this time. And, again, your clients' have no damages.

1

Creative is willing settle this matter on the following terms: (1) payment by your clients of a royalty of 10% of the net proceeds from the sale of any its products containing DIAC from the date of its patent (4/5/11) through the date of any settlement, along with 10% of any gross royalty income they have received from others (for example, through licensing the '533 Patent), (2) after settlement, payment on a going-forward basis to Creative of 5% of the net proceeds from the sale of any your clients' products containing DIAC, along with 5% of any gross royalty income they receive from others (for example, through licensing the '533 Patent, (3) a non-exclusive royalty-free license in favor of Creative under the '533 Patent, (4) a joint press release regarding settlement of the lawsuit that discloses the existence of the royalty-free license and acknowledges Mr. Cornelius contribution to development of DIAC, while keeping confidential the rest of the settlement terms, and (5) dismissal with prejudice of all claims by all parties, each party to bear their own costs.

I look forward to hearing from you as soon as possible.

Tom

Thomas DeGroot
Law Offices of Thomas DeGroot, LLC
7733 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
314-812-2668
314-296-6970
314-296-6001 facsimile
tom@degrootlaw.net