Gregory B. Collins (#023158)
Eric B. Hull (#023934)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
Telephone: (480) 421-1001
Facsimile: (480) 421-1002
gbc@kflawaz.com
ebh@kflawaz.com

Attorneys for Plaintiffs Ron Kramer, Sal Abraham, and ThermoLife International LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ron Kramer, an Arizona resident; Sal Abraham, a Florida resident; ThermoLife International LLC, an Arizona limited liability company,<br><br>  Plaintiffs,<br><br>v.<br><br>Creative Compounds LLC, a Nevada limited liability company,<br><br>  Defendant. | Case No. 2:11-cv-01965-PHX-JAT (Lead)<br>2:11-cv-02033-PHX-JAT (Cons)<br><br>**NOTICE OF FEDERAL CIRCUIT'S RULING ON APPEAL** |
| Creative Compounds LLC, a Nevada limited liability company,<br><br>  Plaintiff,<br><br>v.<br><br>Ron Kramer, an Arizona resident; and Sal Abraham, a Florida resident,<br><br>  Defendants. | |

Defendants Ron Kramer and Sal Abraham (collectively, "Kramer") hereby provide notice to the Court that the Federal Circuit Court of Appeals has affirmed this Court's Judgment (Dkt. #81), dated January 4, 2014. Even after full briefing and oral ar-

gument, the Federal Circuit provided no substantive explanation for its ruling, issuing only a one sentence affirmation.

At this time, Kramer's Amended Motion for Attorneys' Fees (Dkt. #98), filed June 9, 2014, is still pending before this Court. Kramer filed the Amended Motion after the Court denied Kramer's previous motion for fees without prejudice due to a change in the standard governing fee awards under § 285 as explained in the recent Supreme Court cases *Octane Fitness, LLC v ICON Health and Fitness, Inc.*, 134 S.Ct. 1749 (2014) and *Highmark Inc., v. Allcare Health Management Sys., Inc*., 134 S.Ct. 1744 (2014). (*See* May 12, 2014 Order (Dkt. #96).) Creative filed a Response to the Amended Motion (Dkt. #101) and Kramer filed a reply (Dkt. #110).

With Creative's appeal concluded, and this Court's judgment affirmed, allocation of attorneys' fees is the only remaining issue in the case.

RESPECTFULLY SUBMITTED this 22nd day of October, 2014.

KERCSMAR & FELTUS PLLC

By  *s/Gregory B. Collins*
    Gregory B. Collins
    Eric B. Hull
    7150 East Camelback Road, Suite 285
    Scottsdale, Arizona 85251
    *Attorneys for Plaintiffs Ron Kramer, Sal Abraham, and ThermoLife International LLC*

**CERTIFICATE OF SERVICE**

I certify that on October 22, 2014, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following.

Thomas DeGroot
LAW OFFICES OF THOMAS DEGROOT LLC
32 S. Elm Ave.
St. Louis, Missouri 63119
tom@degrootlaw.net
*Attorney for Defendant Creative Compounds LLC*

Maria Crimi Speth
Adam S. Kunz
JABURG & WILK PC
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
mcs@jaburgwilk.com
ask@jaburgwilk.com
*Attorneys for Creative Compounds LLC*

*s/Gregory B. Collins*