# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2014-1284

## RON KRAMER, SAL ABRAHAM, and THERMOLIFE INTERNATIONAL LLC,
*Plaintiffs – Appellees,*

v.

## CREATIVE COMPOUNDS, LLC,
*Defendant – Appellant.*

-------------------------------------------------------------

## CREATIVE COMPOUNDS, LLC,
*Plaintiff – Appellant,*

v.

## RON KRAMER and SAL ABRAHAM,
*Defendants – Appellees.*

Appeal from the United States District Court for the District of Arizona in Nos. 2:11-cv-01965-JAT and 2:11-cv-02033-JAT, Judge James A. Teilborg.

## **MANDATE**

In accordance with the judgment of this Court, entered October 15, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs in the amount of $322.72 were determined and taxed against the appellant.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court