Gregory B. Collins (#023158)
Eric B. Hull (#023934)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
Telephone: (480) 421-1001
Facsimile: (480) 421-1002
gbc@kflawaz.com
ebh@kflawaz.com

Attorneys for Plaintiffs Ron Kramer, Sal Abraham, and ThermoLife International LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ron Kramer, an Arizona resident; Sal Abraham, a Florida resident; ThermoLife International LLC, an Arizona limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>Creative Compounds LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 2:11-cv-01965-PHX-JAT (Lead)<br>2:11-cv-02033-PHX-JAT (Cons)<br><br>**NOTICE OF APPEAL** |
| Creative Compounds LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Ron Kramer, an Arizona resident; and Sal Abraham, a Florida resident,<br><br>Defendants. | |

Notice is hereby given that Ron Kramer, Sal Abraham, and ThermoLife International LLC, plaintiffs in the lead case and defendants in the consolidated case referenced above, hereby appeal to the United States Court of Appeals for the Federal Circuit from the Court's Order (Dkt.#126) dated March 19, 2015.

1

RESPECTFULLY SUBMITTED this 13th day of April, 2015.

KERCSMAR & FELTUS PLLC

By *s/Gregory B. Collins*
Gregory B. Collins
Eric B. Hull
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
*Attorneys for Plaintiffs Ron Kramer, Sal Abraham, and ThermoLife International LLC*

**CERTIFICATE OF SERVICE**

I certify that on April 13, 2015, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following.

Nelson Nolte
NOLTE LAW FIRM
918 Pontoison Dr.
Manchester, MO 63021
*Appellate Counsel for Creative Compounds LLC*

Maria Crimi Speth
Adam S. Kunz
JABURG & WILK PC
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
mcs@jaburgwilk.com
ask@jaburgwilk.com
*Attorneys for Creative Compounds LLC*


*s/Gregory B. Collins*